COMPLAINT UNDER 42 USC §1983 CIVIL RIGHTS ACT TDCJ-ID (Rev 7/93)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE ___Northern___ DISTRICT OF TEXAS
## ___Amarillo___ DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUL - 6 2004

CLERK, U.S. DISTRICT COURT
BY _____
DEPUTY

Curtis M McKinney #534028
Plaintiff's name and ID Number

Estelle, 264 Fm 3478, Huntsville, Tx 77320
Place of Confinement

CASE NO: 2-04CV-173-J
(Clerk will assign the number)

v.

Correctional Managed Health Care Advisory committee, OFFicial CAPacity
Defendant's name and address  unknowned

Kelly Suddon, 9655 Spur 591 Amarillo Tx 79107
Defendant's name and address

Dr. Ronald LACy, 9655 Spur Amarillo Tx 79107
Defendant's name and address
(DO NOT USE "ET AL.")

_____

### I.  PREVIOUS LAWSUITS:

A. Have you filed *any* other lawsuits in state or federal court relating to your
imprisonment?          ✓ YES  ___ NO

B. If your answer to "A" is "yes", describe each lawsuit in the space below.
(If there is more than one lawsuit, describe the additional lawsuits on another piece of paper,
giving the same information.)

1. Approximate date of filing lawsuit: ___October, 2003___

2. Parties to previous lawsuit:
Plaintiff(s) Curtis M McKinney

Defendant(s) Gary L Johnson ET AL Defendants

3. Court (If federal, name the district; if state. name the county) Northern U.S. District Cour

4. Docket Number: 2:03-CV-0385

5. Name of judge to whom case was assigned: Clinton E Averitte

6. Disposition: (Was the case dismissed, appealed, still pending?)

___Still Pending___

7. Approximate date of disposition: ___N/A___

II. **PLACE OF PRESENT CONFINEMENT:** _Estelle Unit 264 Fm 3478 Huntsville 7732_

III. **EXHAUSTION OF GRIEVANCE PROCEDURES:**
Have you exhausted both steps of the grievance procedure in this institution?  ___✓___ YES ___ NO
Attach a copy of the Step 2 grievance with the response supplied by the prison system.

IV. **PARTIES TO THIS SUIT:**
A. Name of address of plaintiff: _Curtis Marvin McKinney_
_264 Fm 3478 Huntsville Tx 77320_

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: _Gail Anderson, medical Administrator_
_Wallace unit P.O Box 2000 Colorado City Tx 79512_
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_Reckless endangerment, Deliberate indifference to serious medical_
Defendant #2: _Dr. Lillian Gonzalas_
_8602 Peach Street Lubbock Tx 79404_
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_Reckless endangerment, Deliberate indiffrence to serious medica_
Defendant #3: _Dr. Mark Maxwell_
_Roberson Unit 12071 Fm 3522 Abilene 79511_
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_Reckless endangerment, Deliberate indiffrence to serious medical_
Defendant #4: _Dr. Robert Hults_
_Wallas Unit P.O Box 2000 Colorado City Tx 79512_
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_Reckless indangerment, Deliberate indiffrence to serious medical_
Defendant #5: _Debra Burns nurse_
_9055 Spur 591 Amarillo Tx 79107_
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_Reckless endangerment, Deliberate indiffrence to serious medica_

V. **STATEMENT OF CLAIM:**

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how <u>each</u> defendant is involved. <u>You need not give any legal arguments or cite any cases of statutes.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember that the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.
_See Attach extra Pages_
_The Defendants subjected the Plaintiff to reckless_

**II.    PLACE OF PRESENT CONFINEMENT:** _____

**III.   EXHAUSTION OF GRIEVANCE PROCEDURES:**

Have you exhausted both steps of the grievance procedure in this institution?  ___ YES ___ NO
Attach a copy of the Step 2 grievance with the response supplied by the prison system.

**IV.   PARTIES TO THIS SUIT:**

A.  Name of address of plaintiff: _____

_____

_____

B.  Full name of each defendant, his official position, his place of employment, and his full
mailing address.

Defendant #1: _J Amie L. BAKer_____
_Clement unit 9601 Spur 591 AmArillo Tx 79107_____
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_Reckless endAngerment, DeliberAte indiffrence to serious m_
Defendant #2: _____

_____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

Defendant #3: _____

_____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

Defendant #4: _____

_____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

Defendant #5: _____

_____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

**V.    STATEMENT OF CLAIM:**

State here in a short and plain statement the facts of your case, that is, what happened, where did it
happen, when did it happen, and who was involved. Describe how each defendant is involved. You
need not give any legal arguments or cite any cases of statutes. If you intend to allege a number of
related claims, number and set forth each claim in a separate paragraph. Attach extra pages if neces-
sary, but remember that the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS
RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

_____

_____

to the Plaintiff serious medical needs and condition which resulted in the Plaintiff suffering irreparable harm and injury. The Plaintiff is filing on the Correctional Managed Health Care Advisory Committee in their one Official Capacity And All others in their individual capacity.

See Attached Extra Pages

## VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Fucture Medical and monetary damges of $150.000⁰⁰ Each Defendant in their individual capacity

## VII. BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases:

Curtis Marvin McKinney

B. List all TDCJ-ID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if known to you.

# 534028

## VII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?

___ YES ___/ NO

B. If your answer is "yes", give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)
1. Court that imposed sanctions (if federal, give district and division): ___ N/A ___
2. Case Number: ___ N/A ___
3. Approximate date sanctions were imposed: ___ N/A ___
4. Have the sanctions been lifted or otherwise satisfied? ___ YES ___ NO

C. Has any court ever warned or notified you that sanctions could be imposed? ___ YES ___ NO

D. If your answer is "yes", give the following information for every lawsuit in which warning was imposed. (If more than one, use another piece of paper and answer

STATEMENT OF Cause Continue

January, 2004, University OF Texas medical
Branch at Galveston's neuro surgeon, ordered
phyiscal and occupational therpoy for the
second time after the August 16, 2002 spinal
cord surgery and carpitunal surgery, on
his right hand which the neuro surgeon
(Dr. Maxwell) that performed the surgeries
had ordered me, (Curtis M. McKinney) to
recieve the phyiscal and occupational therpoy
As can be tolerated in his (Dr. Maxwell's dis-
charge summary from Hendricks medical
Hospital to Texas Tech medical personal
August 19, 2002.

August 28, 2002, I, was discharged from
the Roberson unit Hospital, and returned to
the Neal unit, which I, was assigned to at
the time.

August 30, 2002, at About 8:00 AM, I, was
seen by Dr. Lacy, at the Neal unit infirmary.
Dr. Ronald Lacy, be reviewed the medical records
On the spinal and carpitunal surgries exam-
ined the incisions and ordered me not to
be involved in any agressive or phyiscal
activitied due to the serousiness of
the spinal surgry.

August 30, 2002 at about 4:00 Pm I, went
to the infirmary due to exstream pain and
numness that I, was experencing due to
I had been subjected to a unjestified us
of phyiscal force at about 11:15 Am August
30, 2002 by T.D.C.J. ID officials due to
the phyiscal disabilities that I, was left
with due to the then (14) day old spinal
surgry and the fact that medical administ-
rator Gail Anderson and Dr. Robert Hults of
the Wallace Unit greatly delayed a M.R.I,
of my cervical spine after I, repeatly complained
of loss of ability in my limbs, weakness, numness,
sharp shooting pains, and provided the with
copies of medical records from Arlington Memorial
Hospital pretaining to a neck/spinal injury that
I suffered that left me particaly quadripligic.

Around or about January, 2002, a neuro
specilist at the monfort hospital unit, that
was seeing me for the carpitunal symptons
noticed symptons of a C-spinal cord injury
and asked me if I had ever had a spinal
or neck injury (due to the state that
my phyiscal condition had deterorated to)(due too
Mrs. Anderson and Dr. Hults ignored the
symtons, complaint and medical records)
and ordered a M.R.I. of my C-spine

After viewing the C-spine M.R.I's, neuro
Surgeon Dr. Mark Maxwell, stated that the
Spinal condition had been allowed to deterorate
to the point that the least jurk or push could
result in me being left paralyzed.

August 31, 2002, I, suffered another unjestified
use of phyiscal force by T.D.C.J. ID., officals
in retaliation to my filing a complaint on the
August 30, 2002, incident. I, was brought to
the infirmary in great pain (due to my ~~back~~
arms and hands had been forced behine my
back and cuffed against the limited range
of motion that I, had been left with because
of the Anderson Hults delay and the August
16, 2002 spinal and carpitunal surgries) for
the second day in a row

Due to the exstream pain that I, was in and
being light headed, dizzy, filling faint and chest
pains I, pleaded with nurse Debra Burns to
please have security to hand cuff me in the
front due to the pain and symptoms I, was
experiencing in which the August 31, 2002
security ~~video~~ video will show

Nurse Burns ignored my pleas even after
she recorded my blood pressure at 215/132
and reviewed my medical chart and seen that
I had a recent spinal cord surgry which
required me to ware the neck brace and
tens unit that I had on and that I was
a chronic high blood pressure patient that
was on a twice a week blood pressure check
due to it had been out of control. I also
told her that I had not had my blood press-
ure medication.

I then pleaed with Dr. Lacy, to please have
security to handcuff me in the front(due
to my spinal condition that he had examined
and had full knoweledge of from the records
he had review the day befor August 30, 2002)
because of the pain that I was in as the
August 31, 2002 video tape from security
would have shown. Dr. Lacy also knew that
my blood pressure had been recorded dangerously
high at 215/132 and he had me on a twice a week
monitoring checks for a month that ended
August 31, 2002, yet he still ignored my pleas and
complaints of dizzness and chest pains and feeling
of faint and did not order me blood pressure
medication to until around or about September 5, 2002,
nor did I recieve a dose until then in solitary.

Neuro Surgeon Dr. Maxwell, prescribed a (tens unit) to help relieve the pain from the spinal surgry. When I was released from the Roberson Unit hospital the inter changable prong pads were left at the hospital due to they could not be found int. Medical Administrator Kelly Suddon, and Dr. Lacy, would not attempt to get the pak Pack that was left at the Roberson unit, nor would they order more resulting in me only getting to use the tens unit only (17 days) and me suffering from the pain of the two unjestified uses of forces and the spinal surgry.

My phyiscal condition begain to deterorate to the point that I begain to become very weak in my arms hands and legs. I begain to loose control of my legs and balance. I repeatly request for Dr. Lacy, Kelly Suddon, and Dr. William Gonzalas, to allow me to recieve the phyiscal theropy and occupational theropy that neuro surgeon doctor Maxwell ordered me to recieve as can be tolirated (and was repeatly denied the much needed rehibilitation.)

Dr. Lacy, ordered a portable handicap shower chair for me to use (due to the rapid loss of strength and the limited abilities that I had regained) in the shower but would not allow me to recieve the phyiscal theropy that the neuro surgeon ordered. Due to problems that I, was having with the portable shower chair. Dr. Lacy moved me to a wing. that had a built in handicap shower.

Dr. William Gonzalas of the Monfort hospital unit continued to ignor and denied my request to recieve the ordered phyiscal theropy as I continued to tell him about my deterorating condition.

Neal unit medical Administrator Kelly Suddon contued to refused my request for the ordered phyiscal theropy as I described my deterorating condition.

Due to Dr. Lacy, Kelly Suddan and Dr. Williams refusal to follow the neuro specilist orders for me to recieve phyiscal theropy I've suffered a serious injury to my lower back which is interfering with the phyiscal and occupationnal theropy ordered by the neuro surgeon at U.T.M.B.

AFter having carpitunal surgry on my right hand and major spinal cord surgry on levals C2, C3, C4, and C5, August 16, 2002. I begain to exspirence weakness and loss of ability and balance in my limbs. In or about Octo-ber, 2002 Dr. Lacy of the Neal unit ordered me to use a portable handicap shower chair (due to there was not a built in handicap shower on my assigned wing C and my physical condition was rapidly regressing.)

On October 15, 2002, I reported the number of probles that I was having with the handicap shower chair. Dr. Lacy, contacted Captain Agurrie and requested that I be moved from C-Wing to A-Wing due to A-Wing had a built in handicap shower. October 15, 2002 I was moved from C-Wing #118 to A-Wing #103. Due to A-103 was needed for disc-iplainary reasons I was later moved to cell 107 with a active homosexual. Due to the fact that the homosexual was having his mate in our cell we begain to have problems

The homosexual attempted to get moved to another cell due to he stated that he was not going to stop having his mate in our cell. Major Baker refused to move the homosexual. The problem begain to escalate between me and offender Williams so I wrote Mrs. Southern, of offender Classification and Major Baker, in a attempt to get the problem resolved with any one getting hurt. Due to both of the reports of life indangerment and/or health risk were ignored by Mrs. Southern and Major Baker I filed a grievance on the matter. Around or about November 27, 2002 I recieved a move slip to move from (A wing) in which the doctor ordered me to be moved on for the built in handicap shower back to (C-wing) which does not have a built in shower. I spoke with Captain Agurrie about being moved from the wing with the built in handicap shower back to the wing that I was moved off of due to it did not have a built in handicap shower.

Captain Agurrie called Major Baker and told her that I needed to stay on (A wing) due to Dr. Lacy had contacted her October 15, 2002, and ordered that I be moved to (A - wing) due to it had a built in handicap shower. Major Baker told Captain Agurrie to tell me that I could either stay in the cell and deal with the problem that I reported with the homosexual activity or move back to (C - wing) in which the doctor had ordered that I be moved off (due to it did not have a built in handicap shower. December 27, 2002 a officer Howard would not give me the portable handi- cap shower chair from the picket to shower with with in the limited shower time (which is one of the problems that I reported that I was having with the portable handicap shower chair to Dr. Lacy October 15, 2002). Due to officer Howard would not give the port- able handicap shower chair to me I was forced to attempt to shower with out the shower chair.

My legs became very weak and unsteady
so I desided to get out of the shower.
As I attempted to get out of the shower
I fell due to my legs had became very
weak and unstable. Sence the December
27, 2002 fall I've suffered from sharp
pains in my lower and mid back my legs
and tail bone constantly hurt. I can barly
walk at times due to the exstream pain
and numness in my legs. M.R.I.s were
taken Febuary, 2003 and October
2003 that showed damage and/or injuries
to the lumbar area of my back.

I am also suffering from pinched nerves at
levals C-4&5 and C-5&6 ( which Dr Maxwell perf-
ormed surgry on and second checked to make
sure that every thing was alright) due to Dr.
Lacy and nurse Burns failure to request
that my arms and hands be unbound from
behine my back when they had full knoweledge
of my serious medical condition. I had not
been accused of being aggressive or threating.

After suffering the unjestifed use of two days after being released from the Roberson Unit Hospital I contacted Dr. Maxwells office and reported that I had suffered possible damage and/or injury to the surgerical area due to the use of force. I contact his office again and reported that my condition was rapidly deteroatting due to the injuries suffered and Texas Techs Medical refusal to follow his post surgerical orders. Dr. Maxwell ignored the reports that I made as a patient that he conforted and asured that he would be there for me. Dr. Maxwell did not even call me back for a post surgerical follow up appointment. I suffer from too ruptured disk with pinched nerves at C-4&5 and C-5&6 wich I've been scheduald to under go a second surgery to the same area that Dr. Maxwell claimed he would fix. Also due to Dr. Maxwell abandoning me I suffered injury to my lumbar spine which will likly reaquir surgery. Mentally I'm having a very hard time in trusting the surgeon to proform the second surgery and the possiable third lumbar surgery

The Correctional Managed Health Care Advisory Committee was legislatively mandated to create and oversee the implementation of a managed health care delivery system at the Department has fail to over see and manage the helth care system which has resulted in me suffer futher injury that requir futh sugries to ease the pain and disabilities.

1. Court that imposed warning (if federal, give the district and division): _N/A_ -
2. Case number: _N/A_
3. Approximate date warnings were imposed: _N/A_

Executed on: _____
                     DATE

_____

_____
                              (Signature of Plaintiff)


## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.

2. I understand if I am released or transferred, it is my responsibility to keep the Court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

- 3. I understand that I must exhaust all available administrative remedies prior to filing this lawsuit.

4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility, which lawsuits are dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire $150 filing fee and costs assessed by the Court, which shall be deducted in accordance with the law from my inmate account by my custodian until the filing fee is paid.


Signed this ____1____ day of ___July___ , 20 _0 4_ .
                    (Day)                    (Month)              (Year)

*Curtis M McKinney*

*Curtis M. McKinney*
                              (Signature of Plaintiff)


**WARNING:** The Plaintiff is hereby advised any false or deliberately misleading information provided in response to the following questions will result in the imposition of sanctions. The sanctions the Court may impose include, but are not limited to monetary sanctions and/or the dismissal of this action with prejudice.

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐ Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)

3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden-if approved, will be forwarded to the Director of Classification)

4. ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78711)

5. ☐ Visiting List (Asst. Director of Classification, Administration Building)

6. ☐ Parole requirements and related information (Unit Parole Counselor)

7. ☐ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)

8. ☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

TO: __Mr. underhill__ DATE: __2-2-98__

    (Name and title of official)

ADDRESS: __Middleton Administration__

**SUBJECT:** *State briefly the problem on which you desire assistance.*

I'm writing to make sure that you all have the correct proper means of getting my free world medical record witch have already signed consent for you all to request. Please Send this 2 doc that to confirm the fact that you have received this information.

My doctor's name is Dr Syed A.A. Shah @ Arlington memorial his address is 319 osler Drive Suite 140 ] Hospital located at Arlington Tx 76010 @ Cooper and Randol mill st

his phone # is (817) 460-1190 or (817) 460-1190 Arlington Tx
(Administrative Medical Records 7th all

Name: _Curtis McKinney_   No: _534028_   Unit: _middleton_

Living Quarters: _G83_  F1.04   Work Assignment: _leHoe Squad_

**DISPOSITION:** (Inmate will not write in this space)

Medical Records will lay you in for a FWR Appt. for you Can give this info. Please, keep this info and bring it with you at the Appt. We show no records. If you signing a release, it might have already been sent out before. We will just go ahead and get with you again. YKS - ms. King - MCA - 2-3-9.

I-60 (Rev. 11-90)                                                               J0271

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐ Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)

3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden-if approved, will be forwarded to the Director of Classification)

4. ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78711)

5. ☐ Visiting List (Asst. Director of Classification, Administration Building)

6. ☐ Parole requirements and related information (Unit Parole Counselor)

7. ☐ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)

8. ☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

TO: _____   DATE: 5-11-98

(Name and title of official)

DDRESS: _____

**SUBJECT: State briefly the problem on which you desire assistance.**

I'd like to be seen by a doctor qualified to make a proper decision on the injury I suffered 5-11-98. I was refused proper medical attention by Mrs Welsh and would like to be seen and diagnosed by a physician. I'd also like a response to my on Mrs Anderson on this inmate request and the other two also filed 5-11-98. If possible 'd like Mrs Welsh's full name and her state medical tech license number. I would like to be able to come down a review my medical record dating back from 8-28-97 thrue May 11, 1998 and would like copies of requested information recorded and gave by me Curtis McKinney #534028.

Name: Curtis McKinney    No: 534028    Unit: WCC

Living Quarters: C-2-18    Work Assignment: 2 Hoe Sq

1998 MAY 12 AM 7:51

**DISPOSITION:** (Inmate will not write in this space)

I-60 (Rev. 11-90)

J0271

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☑ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐ Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)

3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden-if approved, will be forwarded to the Director of Classification)

4. ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78711)

5. ☐ Visiting List (Asst. Director of Classification, Administration Building)

6. ☐ Parole requirements and related information (Unit Parole Counselor)

7. ☐ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)

8. ☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

TO: _Dr. Anderson, Health Administrator_ DATE: _5-11-98_
(Name and title of official)

ADDRESS: _Dick Ware Health Administrator_

**SUBJECT:** State briefly the problem on which you desire assistance.

When intering T.D.C.J. I signed consent and requested that the medical Administrator send for copies of my medical records from Arlington memoricial hospital Church department located at 800 W. Randol mill rd Arlington Tx 76612. The records would have showed that i suffered a injury that left me paralized for 3 months and it would have shown that i would not have been assigned to the fields. I was hurt today 5-11-98 in the fields and refused proper medical atention by Mrs. Welsh. Instead she disregared the injury by injured of plays a heat pack on it that should be nursing condition. I'd like to seen by propper personal and my medical records to be sent off to by Mrs. Anderson.

Name: _Curtis  McKinney_     No: _S 3 10 2 8_     Unit: _Ware_

Living Quarters: _C-2-18_     Work Assignment: _2 Hoe  Sq_

1993 MAY 22  AM 7:55

J0271

**DISPOSITION:** (Inmate will not write in this space)

_Refer to appropriate staff_

You were not refused medical treatment on 5-11. You were seen at work you - treated per Protocol and told what to do if your need additional problem.

YID Anderson RN
5-14-98

I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*

2. ☐ *Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)*

3. ☐ *Request for Promotion in Class or to Trusty Class (Unit Warden-if approved, will be forwarded to the Director of Classification)*

4. ☐ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78711)*

5. ☐ *Visiting List (Asst. Director of Classification, Administration Building)*

6. ☐ *Parole requirements and related information (Unit Parole Counselor)*

7. ☐ *Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)*

8. ☐ *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

TO: _B. Anderson_      DATE: _5-11-98_

        *(Name and title of official)*

ADDRESS: _Deck Wise Health Administrate_

**SUBJECT:** *State briefly the problem on which you desire assistance.*

After being brought in for a on the job injury by Ms Hernandez a Dick Ware field officer. I was refused proper medical treatment by Ms Welch for the injury reported. I'd like information on the free world establishment that Dick Ware medical staff use with. I'd like for my free world medical records to be sent for by the medical Administration here at the Dick Ware Unit located at Arlington memorial hospital 800 W Randoll mill Rd Arlington Tx 76102. I'm currently having a number of problems and would like to be properly treated here at Dick Ware by medical for injuries suffered in the Dick Ware fields.

Name: Curtis McKinney No: 534028 Unit: Ware Unit

Living Quarters: C-2-18 Work Assignment: 2hoe Sq

1998 MAY 12 AM 7:51

**DISPOSITION:** (Inmate will not write in this space)

Refer to Don Garcia

Free world records can be obtained by being ordered by physician to establish need and you signing a release –

Ms Anderson RN

I-60 (Rev. 11-90)

J0271

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*

2. ☐ *Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)*

3. ☐ *Request for Promotion in Class or to Trusty Class (Unit Warden-if approved, will be forwarded to the Director of Classification)*

4. ☐ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78711)*

5. ☐ *Visiting List (Asst. Director of Classification, Administration Building)*

6. ☐ *Parole requirements and related information (Unit Parole Counselor)*

7. ☐ *Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)*

8. ☐ *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

DATE: _____5-/3- 98_____

TO: _____
    (Name and title of official)

ADDRESS: _____

**SUBJECT:** *State briefly the problem on which you desire assistance.*

I was hurt on the job 5-11-98 and received proper medical attention (after being brought in by the field officer) I worked for 5-11-98. Today 5-13-98; Curtis McKinney was forced to go out due to the improper medical attention by lower-level medical personal. My condition seemed to worse go to aggravation of the care brought on by poor condition. Officer explains to the field officer the situation I was not required to do as much. I'm currently experiencing sharp pains in back area also weakness in right leg and offset of balance. It seems. Please respond to this request dated 5-13-98 and the other three dated 5-11-98.

Name: Curtis McKinney   No: 534028   Unit: Wack

Living Quarters: C-2-18   Work Assignment: 2 Hoe Sg

**DISPOSITION:** (Inmate will not write in this space)

I-60 (Rev. 11-90)

J0271

grievance - problem - resolution

RECEIVED JUL 10 1998

1998 MAY 14   AM 8:08

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

## INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐ Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)

3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden-if approved, will be forwarded to the Director of Classification)

4. ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78711)

5. ☐ Visiting List (Asst. Director of Classification, Administration Building)

6. ☐ Parole requirements and related information (Unit Parole Counselor)

7. ☐ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)

8. ☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

TO: _Dr. A Grisham_

(Name and title of official)

ADDRESS: _Dick Ware Medical_

DATE: _5-12-98_

**SUBJECT:** *State briefly the problem on which you desire assistance.*

I was hurt 5-11-98 on the job at the Dick Ware unit. I was refused proper medical atention by lower-level personel and as of 5-18-98 I am having a number of problem as follows. Sharp Pain in lower back, numbness in right leg, weakness in right leg. I'm the forms medical screened to be shot for in the free world. I've already signed one release when entering T.D.C.J. and will sign another if needed. I'm still in a great deal of pain and need to be seen by a doctor with I've been cleared up to this point. I'd like the name of the free world medical establishment that Dick Ware uses medical branches from also please.

Name: Curtis McKinney

No: 534628    Unit: Ware

Living Quarters: C-2-18    Work Assignment: 24hr sg

1998 MAY 18 AM 8: 21

**DISPOSITION:** (Inmate will not write in this space)

I-60 (Rev. 11-90)

J0271

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐ Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)

3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden-if approved, will be forwarded to the Director of Classification)

4. ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78711)

5. ☐ Visiting List (Asst. Director of Classification, Administration Building)

6. ☐ Parole requirements and related information (Unit Parole Counselor)

7. ☐ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)

8. ☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

TO: ___Dr. Duke___   DATE: ___5-21-98___
(Name and title of official)

ADDRESS: ___Dick Ware Medical___

**SUBJECT:** State briefly the problem on which you desire assistance.

I'm experiencing sharp pain in my midback lower back. Also I'm experiencing a loss of facilities to the right side of my body + operated lower extremities plus I've had a constant headache since the injury. I'd like to be scheduled to have test done that will show damage or injury to spinal cord, spinal nerve, disk or ruptured disk material that may be pressing on the spinal nerve. Previous records doesn't indicate damage or injury to skeletal system. I'd also like to be scheduled to be examined by one who specialize in nerve and spinal field.

Name: Curtis McKinney          No: 53 40 28   Unit: Dick Ware

Living Quarters: _____   Work Assignment: Special Doe SG

**1998 MAY 22 AM 8:44**

**DISPOSITION:** (Inmate will not write in this space)

Seen 5/19 a.3 04 PA.
cont. current meds ordered

ohw owo40on l.pim

Alum W. 5.22.00

I-60 (Rev. 11-90)

J0271

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☑ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐ Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)

3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden-if approved, will be forwarded to the Director of Classification)

4. ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd., Austin, Texas 78711)

5. ☐ Visiting List (Asst. Director of Classification, Administration Building)

6. ☐ Parole requirements and related information (Unit Parole Counselor)

7. ☐ Inmate Prison Records (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)

8. ☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

TO: _Roger Gunst_      DATE: _5  29-98_

           (Name and title of official)

ADDRESS: _Dick Ware Medical_

**SUBJECT:** *State briefly the problem on which you desire assistance.*

I am still experiencing sharp pains and loss of abilities
to the right side of body, you had lower extremities as i
described 5-21-98. The medication approven isn't helping
at all the pain is getting worse each day it seems.

Name: Curtis McKinney

Living Quarters: C-2-13

No: 536028   Unit: Dick Ware

Work Assignment: DE 140 261 Medical field Sg

**DISPOSITION:** (Inmate will not write in this space)

NSC 5-30-98

B. Nicolevia LVN

I-60 (Rev. 11-90)

J0271

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐ Restoration of Lost Overtime (Unit Warden–if approved, it will be forwarded to the State Disciplinary Committee)

3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden–if approved, will be forwarded to the Director of Classification)

4. ☐ Clemency–Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78711)

5. ☐ Visiting List (Asst. Director of Classification, Administration Building)

6. ☐ Parole requirements and related information (Unit Parole Counselor)

7. ☐ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)

8. ☐ Personal interview with a representative of an outside agency (Treatment Division, Administration Building)

TO: _Mr. Edwards_        DATE: _5-29-98_
        (Name and title of official)

ADDRESS: _Dick Ware Medical Records_

**SUBJECT:** *State briefly the problem on which you desire assistance.*

I'd like the right to exercise my (Curtis McKinney #53628)
constitutional right to review my medical chart here at
the Dick Ware T.F. with the free world records that
(Curtis McKinney #53628) obtained by sending my mother
(Marie McKinney) to Afripton Memorial Hospital and requesting
a medical release form in which i sent back form here at the Dick
Ware T.F. On the medical release form that was sent back with
the medical records requested that a copy be sent to me
(Curtis McKinney) and not to the medical administrator with the
has not had the means to copy the original copy that i obtained.

Name: Curtis McKinney        No: 53 16 28   Unit: Dick Ware

Living Quarters: C-2-18       Work Assignment: Special field Sq

**DISPOSITION:** (Inmate will not write in this space)

1998 NOV 30 AM 9:47

referred to Medical records

y. mosley RN
5-30-98

You are not allowed
access to your free-
world records. If you want
your records you can obtain
them at your own expense. See
y. Conner med. rec.

I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☑ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐ Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)

3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden-if approved, will be forwarded to the Director of Classification)

4. ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78711)

5. ☐ Visiting List (Asst. Director of Classification, Administration Building)

6. ☐ Parole requirements and related information (Unit Parole Counselor)

7. ☐ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)

8. ☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

TO: _Health Quality Assurance_   DATE: _7-3-98_
(Name and title of official)

ADDRESS: _Health Services_

**SUBJECT**: *State briefly the problem on which you desire assistance.*

I'm still having a number problems such as loss
of abilities in upper and lower limbs and still having very
sharp pains in mid and lower back. The medication that I've
been taking for about a month hasn't helped with any
of the problems at all. I'm very afraid that if im not
helped out or treated or diagnosed in this medical situation
soon I'll end up cripled for life. I'm going though the step 2
grievance procedure but fear that if the problem isn't looked
into soon it will be too late. I was seriously injured May 11, 1998
and have been suffering physicly acodemicly ever since. please help me in the matter

Name: _Curtis McGinney_   No: _5346 28_   Unit: _Dzck Wace_

Living Quarters: _6-2-18_   Work Assignment: _Field Sq 2_

**DISPOSITION:** (Inmate will not write in this space)



I-60 (Rev. 11-90)

J0271

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐ Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)

3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden-if approved, will be forwarded to the Director of Classification)

4. ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78711)

5. ☐ Visiting List (Asst. Director of Classification, Administration Building)

6. ☐ Parole requirements and related information (Unit Parole Counselor)

7. ☐ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)

8. ☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

TO: _____PALMER_____   DATE: ____1-19-99____

(Name and title of official)

ADDRESS: _____Wallace Unit Classificaion_____

**SUBJECT:** *State briefly the problem on which you desire assistance.*

If I Curtis Mckinney was transfered in october due to medical reasons. Then why con I still #534028 still under the same medical con mial struction and elccien treatment as I was at the Dick ware unit.

Name: Curtis Mckinney   No: 534028   Unit: Wallace

Living Quarters: F 213   Work Assignment: German factory

**DISPOSITION:** (Inmate will not write in this space)

Consult Medical

I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐ Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)

3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden-if approved, will be forwarded to the Director of Classification)

4. ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78711)

5. ☐ Visiting List (Asst. Director of Classification, Administration Building)

6. ☐ Parole requirements and related information (Unit Parole Counselor)

7. ☐ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)

8. ☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

TO: ___ *Wallace Medical Administrator* ___ DATE: ___ *1-10-04* ___
       (Name and title of official)

ADDRESS: *Wallace Unit Medical Administrator*

**SUBJECT:** *State briefly the problem on which you desire assistance.*

I need to follow up appointment to have
my Indomethacin medication re ordered due to pain
and suffered from back injury received in accident
medical chart

Name: Curtis McKinney

No: 5311228    Unit: Wallace

Living Quarters: F 213    Work Assignment: Garment Factory

**DISPOSITION:** (Inmate will not write in this space)

NSC 1-22-99 ① 1500

K. Mauss- 1/24/99

I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐ Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)

3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden-if approved, will be forwarded to the Director of Classification)

4. ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78711)

5. ☐ Visiting List (Asst. Director of Classification, Administration Building)

6. ☐ Parole requirements and related information (Unit Parole Counselor)

7. ☐ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)

8. ☑ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

TO: _____   DATE: _____

(Name and title of official)

ADDRESS: _____

**SUBJECT:** *State briefly the problem on which you desire assistance.*

I am still having very bad attitude problem that goes down everyday like lights, lockup, lo.
Only if one prisoner is stabbling for to [illegible] room 1
[illegible] I have the same close to trouble room 2
I am having problems at work due to this
problem that use to be everyday. Like I trust
hurt my self I started out on my second 5:00 AM [illegible]
[illegible] I did not help at all and then I started
to sleep on them. I feel that by Dr. [illegible] would the thing was
way of [illegible] the problem and just one look on the same

Name: Curtis McKinney                No: 53 4028      Unit: Jordan/Price

Living Quarters: [illegible]          Work Assignment: [illegible] at Turkey

**DISPOSITION:** (Do not write in this space)
medication that did not work at first time
tryed [illegible] that he does not hold a medicated
on helping me at all. I need to see Dr.
[illegible] some one who can do follow up.

[signature] 2/19/99

I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐ Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)

3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden-if approved, will be forwarded to the Director of Classification)

4. ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78711)

5. ☐ Visiting List (Asst. Director of Classification, Administration Building)

6. ☐ Parole requirements and related information (Unit Parole Counselor)

7. ☐ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)

8. ☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

FEB 28 AM 5:

TO: _Wallace Medical Staff_           DATE: _2-8-99_
                (Name and title of official)

ADDRESS: _Wallace Unit Medical_

**SUBJECT:** *State briefly the problem on which you desire assistance.* Exit G

I having very sharp stabbing pains that shoot all over body when sitting for only 5 min or more and the same problem when standing 10 minutes or more. I've had weakness and a lack of physical control of right arm hand and leg. After being hurt in the field [illegible] been any [illegible] the diagnosis injury. Only [illegible] Xrays [illegible] bone [illegible] damage systems and complaint [illegible] please help I have problems at work and sitting in day room

Name: Curtis McKinney No: 534023 Unit: Wallace

Living Quarters: [redacted] Work Assignment: Garment Factory

**DISPOSITION:** (Inmate will not write in this space)

Called over and assessed, will get lay-in for follow-up MD/PA appt.

B Baldwin 2-9-99

**I-60 (Rev. 11-90)**

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐ Restoration of Lost overtime (Unit Warden–if approved, it will be forwarded to the State Disciplinary Committee)

3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden–if approved, will be forwarded to the Director of Classification)

4. ☐ Clemency–Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78711)

5. ☐ Visiting List (Asst. Director of Classification, Administration Building)

6. ☐ Parole requirements and related information (Unit Parole Counselor)

7. ☐ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)

8. ☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

TO: _Medical Treatment_  DATE: _9-16-98_
(Name and title of official)

ADDRESS: _Pill window_

**SUBJECT:** State briefly the problem on which you desire assistance.

As of SEPt 16 PERSCribed medication namely Indomethacin expires. Please schedule To be examined by Dr. to consider renewal of per scribe ~~drug~~. per scription curve on pac. Has free world medical records request around or about Aug 19 been sent As request for review of dick WARD medial person.

Name: Curtis McKinney

No: 5-3-42-28    Unit: WACE

Living Quarters: C-4-10

Work Assignment: Special

1998 SEP 17 PM 4:18

NSC 9-17-98

**DISPOSITION:** (Inmate will not write in this space)

[signature]

9-17-98

I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐ Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)

3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden-if approved, will be forwarded to the Director of Classification)

4. ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78711)

5. ☐ Visiting List (Asst. Director of Classification, Administration Building)

6. ☐ Parole requirements and related information (Unit Parole Counselor)

7. ☐ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)

8. ☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

DATE: _2-8-99_

_(Name and title of official)_

TO: _____

ADDRESS: _Wallace Pratt Michael C Clements_

**SUBJECT:** *State briefly the problem on which you desire assistance.*

[handwritten inmate statement — largely illegible]

Name: _C.J. McKinny_   No: _531628_   Unit: _____

Living Quarters: _____   Work Assignment: _____

**DISPOSITION:** (Inmate will not write in this space)

You are scheduled for a doctors appt.
2-11-99. You will been by nurse 2-9-99 —
I do not understanding what you are requesting
from me.   AMD Anderson RN
2-9-99 /330

I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐ Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)

3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden-if approved, will be forwarded to the Director of Classification)

4. ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78711)

5. ☐ Visiting List (Asst. Director of Classification, Administration Building)

6. ☐ Parole requirements and related information (Unit Parole Counselor)

7. ☐ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)

8. ☐ Personal Interview with a representative of an outside agency (Treatment-Division, Administration Building)

TO: _Mrs. W. Anderson_   DATE: _2-17-99_

_(Name and title of official)_

ADDRESS: _Wallace Pack Medical Administrator_

**SUBJECT:** *State briefly the problem on which you desire assistance.*

Dear Mrs. Anderson, I am simply attempting to get your good medical personnel the blame for the brief injury that took place May 11, 1998. First due to the fact that I suffered from perebro on probly saying that left me with some of the same symptoms from that I am having and have been having have the M&J injury. I'd like for you all to send my medical records from John S.B. hospital and all other same can get. I'd like for you all to get me up to here in M&J, Cat is can or turn off see attachment.

Name: _Wester McKinney_    No: _5 3 4 0 23_    Unit: _Wallace_

Living Quarters: _____    Work Assignment: _Garment Factory_

**DISPOSITION** (Inmate will not write in this space)

You were refered back to see D. Steels for an order request for CT scan through utilization review for approval. Will let you know when approved.

No problems 2-18-99

Name: (illegible handwriting)
2-17-99

I-60 (Rev. 11-90):

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐ Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)

3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden-if approved, will be forwarded to the Director of Classification)

4. ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd., Austin, Texas 78711)

5. ☐ Visiting List (Asst. Director of Classification, Administration Building)

6. ☐ Parole requirements and related information (Unit Parole Counselor)

7. ☐ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)

8. ☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

1999 FEB 25 PM 11:42

TO: _Wallace Unit Medical_          DATE: _2-25-99_
        (Name and title of official)

ADDRESS: _Wallace Unit Medical Staff_

**SUBJECT:** *State briefly the problem on which you desire assistance.*

I was seen by the director 2-24-99. Ct
that time he (the director) explained that there is
some mild staunches that my console help
give some relief if taught. I would like to know
how I can get more information and instruction
on the subject due to the fact that I am not
getting much relief from an existing illness.

Name: _Dustin McKinney_   No: _5 3 40 28_   Unit: _Wallace_

Living Quarters: _____   Work Assignment: _Garment Fact_

**DISPOSITION:** (Inmate will not write in this space)

I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐ Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)

3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden-if approved, will be forwarded to the Director of Classification)

4. ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78711)

5. ☑ Visiting List (Asst. Director of Classification, Administration Building)

6. ☐ Parole requirements and related information (Unit Parole Counselor)

7. ☐ Inmate Prison Record-Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)

8. ☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

TO: _____ J. Anderson _____   DATE: __ 3 - 1 - 99 __

(Name and title of official)

ADDRESS: __ Wallace Unit Medical Administrator __

**SUBJECT:** *State briefly the problem on which you desire assistance.*

I am experiencing a increase of sharp stabbing pains that are going off every few licks it seems like only setting for five minutes to ten some times standing for ten minutes the pains greatly increases even more the past eight months I've suffered these pains with disability has greatly increased. I can barely use my right hand which has started to swell. I am having problems at my support job. I will not be able to perform up to standards required. Trying to keep up with what is causing more pressure. Please see at once.

Name: ___Curtis McKinney___   No: ___536028___   Unit: ___Wallace___

Living Quarters: _____   Work Assignment: ___Garment Factory___

**DISPOSITION:** (Inmate will not write in this space)

NSC 3-3-99 @ 1500
FOWMQWR 3-3-99

I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☑ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐ Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)

3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden-if approved, will be forwarded to the Director of Classification)

4. ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78711)

5. ☐ Visiting List (Asst. Director of Classification, Administration Building)

6. ☐ Parole requirements and related information (Unit Parole Counselor)

7. ☐ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)

8. ☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

TO: _Dr. Hulta_____   DATE: _3-23-99_

_(Name and title of official)_

ADRESS: _Wallace Unit Medical_____

**SUBJECT:** *State briefly the problem on which you desire assistance.*

Sence being further injuried 3-15-99 while working in the garment factory. I've been exspiancing a brouse like sorness and my back has begain stiffing to a point that it seems to have go all the way out at times making it difault for me to walk. I feel that a muscle relaxer will help out with the stiff locking like exspianc. Could I please be brought back in to be examined.

Name: Curtis McKinney No: 534028 Unit: Wallace

Living Quarters: C-1/4 Work Assignment: Unassiged med

**DISPOSITION:** (Inmate will not write in this space)

You have a follow-up appt already scheduled to see the MD/PA, wait for your lay-in. You will see him this week. LDwing LVN 3/23/99

I-60 (Rev. 11-90)

MAR 23 1999

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐ Restoration of Lost Overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)

3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden-if approved, will be forwarded to the Director of Classification)

4. ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78711)

5. ☐ Visiting List (Asst. Director of Classification, Administration Building)

6. ☐ Parole requirements and related information (Unit Parole Counselor)

7. ☐ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)

8. ☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

DATE: 3-28-99

TO: Mai L. Vanderson
(Name and title of official)

ADDRESS: Wallace Medical Administrator

**SUBJECT:** *State briefly the problem on which you desire assistance.*

At my appointment with Dr. Webb 3-26-99 he mentioned that to reaffirm deny bad liver disease. Does this mean that the C.T. scan has been done? If so Could you tell me why it was said that it was denied?

Name: Curtis M^c Kinney          No: 5 3 4 0 2 8     Unit: Wallace

Living Quarters: C-11 4          Work Assignment: W-A-m

**DISPOSITION:** (Inmate will not write in this space)

It was denied by utilization Management / Dr. Alfred due to HEayp do not approve any procedures - No surgery here etc.

You miswrote denied
info. so maybe can get
it approved anyway - Please contact me. / Mr. A

Mr. Anderson
3-30-99

J0271

I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☑ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐ Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)

3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden-if approved, will be forwarded to the Director of Classification)

4. ☐ Clemency-Pardon, parole, early out, mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78711)

5. ☐ Visiting List (Asst. Director of Classification, Administration Building)

6. ☐ Parole requirements and related information (Unit Parole Counselor)

7. ☐ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)

8. ☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

TO: _Medical Administration_ DATE: _3 - 30 - 99_
(Name and title of official)

ADDRESS: _Wallace unit Medical_

**SUBJECT:** *State briefly the problem on which you desire assistance.*

My job demand in cuvdiny off operation to look and rea. My buck hurt. Due to frighten to the port that I can hardly walk. The pain on the ankle refird to me hurk the rate. My back feel as if it going to go out at any day and I'm left trying begin against my job. Please help.

To the at work 3-30-97 I felt that I was going to go out. I feel my back I have all walking activities due to my current work situation.

Name: _____  No: __534028__  Unit: _workflag_

Work Assignment: _Garment Fact_

Living Quarters: __C-114__

**DISPOSITION:** (Inmate will not write in this space)

This problem was addressed on 3-28-99 by

Disfults.

No Mellow Box)
3-31-99

I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐ Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)

3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden-if approved, will be forwarded to the Director of Classification)

4. ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78711)

5. ☐ Visiting List (Asst. Director of Classification, Administration Building)

6. ☐ Parole requirements and related information (Unit Parole Counselor)

7. ☐ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)

8. ☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

c/c

TO: _____   DATE: _3-30-99_

(Name and title of official)

ADDRESS: _Wallace medical Administrator_

**SUBJECT:** *State briefly the problem on which you desire assistance.*

I need to know if the C.I. been approved -
Must has be denied or if I'm still be returned.

If it was denied please briefly tell me why?

Name: _Austin McKinney_          No: _534028_     Unit: _Wallace_

Living Quarters: _C-119_     Work Assignment: _Garment Fact_

**DISPOSITION:** (Inmate will not write in this space)

the second request is still pending -
I cannot give you any info. at this
time.

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐ Restoration of Lost Overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)

3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden-if approved, will be forwarded to the Director of Classification)

4. ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78711)

5. ☐ Visiting List (Asst. Director of Classification, Administration Building)

6. ☐ Parole requirements and related information (Unit Parole Counselor)

7. ☐ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)

8. ☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

TO: _____   DATE: ___4 - 5 - 9 9___
(Name and title of official)

ADDRESS: _Wallace Merkel, Administration_

**SUBJECT:** *State briefly the problem on which you desire assistance.*

I am experiencing constant sharp pains and tightness in my back that began to make it difficult for me to walk. My job requirement has great affected these conditions. After comming off a temporary reassigned leave my job was changed to inspector. But due to the fact that there is not any restriction on bending and lifting I'm being forced to constantly aggravate injuries that have went undiagnosed since May 11, 98 possibly causing permant damage.

Name: Curtis McKinney No: 534028 Unit: Wallace

Living Quarters: [redacted] Work Assignment: Garment Fact

**DISPOSITION:** (Inmate will not write in this space) 1999 MAR -6 AM 5:47

Scheduled Drs appointment - 4-9-99

MD Anderson RN

I-60 (Rev. 11-90)

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
**HEALTH SERVICES DIVISION**
**SICK CALL REQUEST**

**PART A:** (To be completed by offender)

Date: _5-6-99_

Offender's Name: _McKinney Curtis_

TDCJ No. _534028_

Work Assignment: _____

Work Hours: _____

Wing No. _C-1/14_     School Hours: _____

Service needed: ☐ Medical   ☐ Dental   ☐ Mental Health   ☐ Other: _____

Reason for Health Services Appointment: _____

How long have you had this problem?     Hours : _____     Days : _____

*In accordance with state law, if this visit meets offender health care copayment criteria, I understand that my trust fund will be charged a $3.00 copayment fee. I also understand that I will be provided access to health services regardless of my ability to pay this fee.*

_____
Signature of Offender

**PART B:** (To be completed by medical personnel -- Do not write below this line)

Medical Reply: _I talked to Mr. Lanigan 5-5-99 He asked you to tell your staff that he did recieve your correspondence but they have been forwarded to the appropriate medical authority._ _Willie RN LVN_     _5-6-99_

Medical Staff Member's Signature _____     Date

**HSA - 9 (Rev. 5/97)**

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*

2. ☐ *Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)*

3. ☐ *Request for Promotion in Class or to Trusty Class (Unit Warden-if approved, will be forwarded to the Director of Classification)*

4. ☐ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78711)*

5. ☐ *Visiting List (Asst. Director of Classification, Administration Building)*

6. ☐ *Parole requirements and related information (Unit Parole Counselor)*

7. ☐ *Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)*

8. ☐ *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

TO: _____  DATE: 5-12-99

(Name and title of official)

ADDRESS: Wallace Unit Medical Administrator

**SUBJECT:** *State briefly the problem on which you desire assistance.*

This is an attempt to formally resolve the matter of my pain medication not being supplied nor treatment plan or even diagnosis of the injury that has caused pain and suffering since being injured May 4, 1998 on an eye injury. I feel that I am being retaliated against due to the fact that I contacted the Ombudsman for emergency medical help or to be relocated to a safer place now. I feel that I am being denied to sufficient care by Mr. Anderson orders —

Name: _Curtis McKinney_ No: _539228_ Unit: _Wallace_

Living Quarters: _C-114_ Work Assignment: _Garment Fact.__

**DISPOSITION:** (Inmate will not write in this space)

Mr. Anderson does not write orders!
You told you numerous time!

Mr. Anderson, P.A.
5-18-99
1640

I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐ Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)

3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden-if approved, will be forwarded to the Director of Classification)

4. ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78711)

5. ☐ Visiting List (Asst. Director of Classification, Administration Building)

6. ☐ Parole requirements and related information (Unit Parole Counselor)

7. ☐ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administratin)

8. ☐ Personal Intirview with a representative of an outside agency (Treatment Division, Administration Building)

TO: _Medical Dept_   DATE: _6-13-99_

_Wallace Jun____ Medical Dept_
(Name and title of

ADDRESS: _____

**SUBJECT:** *State briefly the problem on which you desire assistance.*

Due to loss of abilities and numbness in
and on the right side of my body due to a
injury suffered May 14-98 while working on the heavy
test filler. My right foot has been cut of due
to unknown cause of control and my left
foot is continuing to grow slower than the
is causing to balance due to the wrong flow
of one side and not the other. This cause the
following a great fullness of pain to
my back

Name: Curtis McKinney

No: 536 28   Unit: Wallace

Living Quarters: _____   Work Assignment: Garment Fact

**DISPOSITION:** (Inmate will not write in this space)

10-15-99

I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐ Restoration of Lost Overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)

3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden-if approved, will be forwarded to the Director of Classification)

4. ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78711)

5. ☐ Visiting List (Asst. Director of Classification, Administration Building)

6. ☐ Parole requirements and related information (Unit Parole Counselor)

7. ☐ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)

8. ☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

TO: _Wallace Mont Medical_ DATE: _8-20-99_

(Name and title of official)

ADDRESS: _Wallace Unit medical Department_

**SUBJECT**: *State briefly the problem on which you desire assistance.*

After receiving only 2 of the 3 religious dated
June 17 - July 17th the PLL windows been pealing
for that for some reason upon the 3rd one dated
6-17-99 7-17-99 has been sent back. The
no going on my third day into medication and
I am having a great deal of pain but it
in becoming so difficult for me to carry on my
job duties. If I wish I but it to be sent by
the doctor so the equipment to get medication

*Respectfully,*

Name: ~~Curtis McKinney~~

No: 539028   Unit: Wallace

Living Quarters: ~~[illegible]~~   Work Assignment: 1st [illegible]

**DISPOSITION:** (Inmate will not write in this space)

[illegible handwritten disposition notes]

I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☑ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐ Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)

3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden-if approved, will be forwarded to the Director of Classification)

4. ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78711)

5. ☑ Visiting List (Asst. Director of Classification, Administration Building)

6. ☐ Parole requirements and related information (Unit Parole Counselor)

7. ☐ Inmate Prison Record-Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)

8. ☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

TO: _____ DATE: _10-6-99_
        (Name and title of official)

ADDRESS: _Wallace Unit Medical_

**SUBJECT**: *State briefly the problem on which you desire assistance.*

I need to know why I, Mc Kinley was sued

____ two weeks ago October 1498 from

the Dirk Ware facility. The reason is all

I need do is for you not write it on the

request that will be filed here

Name: _Curtis McKinley_   No: _53.4028_   Unit: _Wallace_

Living Quarters: ____   Work Assignment: _1st Kitchen_

**DISPOSITION**: (Inmate will not write in this space)

As far as I can tell this transfer

was a post medical.

No McAdam Rd

10-8-98

I-60 (Rev. 11-80)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐ Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)

3. ☐ Request for Promotion In Class or to Trusty Class (Unit Warden-if approved, will be forwarded to the Director of Classification)

4. ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78711)

5. ☐ Visiting List (Asst. Director of Classification, Administration Building)

6. ☐ Parole requirements and related information (Unit Parole Counselor)

7. ☐ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)

8. ☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

TO: _Mr. Poland_ DATE: _10-11-99_
(Name and title of official)

ADDRESS: _Wallace Unit Classification_

**SUBJECT:** *State briefly the problem on which you desire assistance.*

Mr Palmer Could you please pull my file
and tell me why I was recommended to get
transfered from the Dick Ware Unit but I
Chose to the wallace Unit. Can direct
me to the proper office to obtain this
information.

                                    Thank you

Name: _Curtis McKinney_   No: _534028_   Unit: _Wallace_

Living Quarters: _R 216 -_   Work Assignment: _1st Kitchen_

**DISPOSITION:** (Inmate will not write in this space)

You were transfered to Robertson
10/19/98 for Medical Treatment
and subsequently transferred to
Diagnostic and assigned here by
the Bureau of Classification in Huntsville.

I-60 (Rev. 11-90)                                              J0271

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐ Restoration of Lost-overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)

3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden-if approved, will be forwarded to the Director of Classification)

4. ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78711)

5. ☐ Visiting List (Asst. Director of Classification, Administration Building)

6. ☐ Parole requirements and related information (Unit Parole Counselor)

7. ☐ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)

8. ☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

TO: _____   DATE: _10- 11- 09_

(Name and title of official)

ADDRESS: _____

**SUBJECT:** *State briefly the problem on which you desire assistance.*

Dear Mrs. Anderson, I know that we are not on different on the select pool. Please transfer to me that I what want to be a better to you being maybe. Could you please tell me the date shown that I was previously transferred from the Bill Wise Unit October 1968.

Thank you

Name: _Quintin McKinney_  No: _534 28_  Unit: _Bill Clements_

Living Quarters: _H 216_  Work Assignment: _1st Kitchen_

SEP 1 PM 9:57

**DISPOSITION:** (Inmate will not write in this space)

I have answered this already. That unit is not a medical transfer. One can only be at a transfer facility so one the 2 yr. Facility @ one unit. It was time to go to 6-I.D. Will Clements @ one unit when I can to go to ID when I go somewhere.

No indicates they wanted what anything.

7-13-89

I-60 (Rev. 11-90)

Refer to PHJA - B.H. Jones LVN 10-11-99

J0271

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐ Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)

3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden-if approved, will be forwarded to the Director of Classification)

4. ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd, Austin, Texas 78711)

5. ☐ Visiting List (Asst. Director of Classification, Administration Building)

6. ☐ Parole requirements and related information (Unit Parole Counselor)

7. ☐ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)

8. ☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

TO: _Mr Palmer_  DATE: _1-1-69_

(Name and title of official)

ADDRESS: _Classification_

**SUBJECT:** State briefly the problem on which you desire assistance~

My name is Curtis McKinney #534028. You transferred me from over at the Dick Ware unit due to the fact I felt my life was in danger after be threaten by L.T Selvin. Sargent Morris had a statement made by warden weeland who major use of force was used pks the threats were vidio taped October 8th 1998. I feel that I'm in the same life threatening situation with LT Selvin being second CAPT LT here at wallace unel Sargent Morris now being LT Morris here at the wallaie unad wardin weeland being assistion asst. here who I feel for you to please transfer me do to the fact I feel my life is in the same danger.

Name: Curtis McKinney   No: 534028   Unit: Wallace

Living Quarters: J1-C-217   Work Assignment: Garment factory

**DISPOSITION:** (Inmate will not write in this space)   You were transferred due to Medical reasons. Your accusations will be documented and investigated by Unit Administration.

I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐ Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)

3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden-if approved, will be forwarded to the Director of Classification)

4. ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78711)

5. ☐ Visiting List (Asst. Director of Classification, Administration Building)

6. ☐ Parole requirements and related information (Unit Parole Counselor)

7. ☐ Inmate Prison Record - Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)

8. ☐ Personal interview with a representative of an outside agency (Treatment Division, Administration Building)

TO: _Medical Dept_
(Name and title of official)

DATE: _10-18-99_

ADDRESS: _Wallace Unit Medical Dept_

**SUBJECT:** *State briefly the problem on which you desire assistance.*

I expiriencing a lot of constant pain in my lower back also I've been having numness in my buttock on the past four days. My pain medicat ion has not ~~given~~ given me any releaf in the past four days either. It does not feel that I have control compleatly of my bulance.

Name: Curtis McKinney No: 534028 Unit: Wallace
Living Quarters: K 216 Work Assignment: 1st Kitchen

**DISPOSITION:** (Inmate will not write in this space)

ASC 10/20/99 @1500

**I-60 (Rev. 11-90)** R Swanson 10/19/99

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐ Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)

3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden-if approved, will be forwarded to the Director of Classification)

4. ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78711)

5. ☐ Visiting List (Asst. Director of Classification, Administration Building)

6. ☐ Parole requirements and related information (Unit Parole Counselor)

7. ☐ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)

8. ☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

TO: _Medical Department_    DATE: _10-22-99_
        (Name and title of official)

ADDRESS: _Wallace Unit Medical Dept._

**SUBJECT:** *State briefly the problem on which you desire assistance.*

I am suffering from constant sharp pain in my mid lower back the pain is shooting down the back of my right leg. I am experiencing numbness in my buttox as it does not feel like I have full control of my bal- ance when breathing had first standing. The indions ethnica crowd tyle out is not helping at all. This has been going on for 7 days now.

Name: Curtis McKinney   No: 534028   Unit: Wallace

Living Quarters: _____   Work Assignment: 1 Kitchen

**DISPOSITION:** (Inmate will not write in this space)

NSC 102399 00300.

J. Dillon LVN

10-22-99 0815

RECEIVED

OCT 22 1999

I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐ Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)

3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden-if approved, will be forwarded to the Director of Classification)

4. ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78711)

5. ☑ Visiting List (Asst. Director of Classification, Administration Building)

6. ☐ Parole requirements and related information (Unit Parole Counselor)

7. ☐ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)

8. ☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

2000 MAR 15 PM 1:43

TO: _Wallace Deposit Department_ DATE: _3-14-00_
(Name and title of official)

ADDRESS: _Wallace Unit Deposit Dept_

**SUBJECT:** *State briefly the problem on which you desire assistance.*

A very painful front have developed on my
gum inside the teeth that were recently filled
on my right lower jaw. Please see me to ease
even as possible give it to me to great deal
of pain.

Name: Curtis McHenly                No: 534028        Unit: W Wallace

Living Quarters: J 216           Work Assignment: 1st Kitchen

**DISPOSITION:** (Inmate will not write in this space)

You have been scheduled for an appt.

Afple Deloon   3/15/00

b (Rev. 11-90)

J0271

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐ Restoration of Lost overtime (Unit Warden–if approved, it will be forwarded to the State Disciplinary Committee)

3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden–if approved, will be forwarded to the Director of Classification)

4. ☐ Clemency–Pardon, parole, early out–mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78711)

5. ☐ Visiting List (Asst. Director of Classification, Administration Building)

6. ☐ Parole requirements and related information (Unit Parole Counselor)

7. ☐ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers–Unit Administration)

8. ☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

2000 MAR 15 PM 1:44

TO: _Medical Dept._   DATE: _3-14-00_

(Name and title of official)

ADDRESS: _Wallace Unit Med Dep_

**SUBJECT**: State briefly the problem on which you desire assistance.

I'm experiencing a great deal of sharp pains. I've been with out pain medication for four days and would like to have the nApRozEN 500 mg refilled and/or ordered please.

Name: Curtis McKinney

No: 53/228

Unit: Wallace

Living Quarters: ▓▓▓▓▓▓

Work Assignment: Kitchen / of kitchen

**DISPOSITION:** (Inmate will not write in this space)

You have no refills left for Naproxen.

CRumpton MD

3/15/00

I-60 (Rev. 11-80)

J0271

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐ Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)

3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden-if approved, will be forwarded to the Director of Classification)

4. ☐ Clemency--Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78711)

5. ☐ Visiting List (Asst. Director of Classification, Administration Building)

6. ☐ Parole requirements and related information (Unit Parole Counselor)

7. ☐ Inmate Prison Records (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)

8. ☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

TO: ___Wallace Mehlich_____   DATE: _3-18-00_

(Name and title of official)

ADDRESS: _Wallace Unit Medical Department_

**SUBJECT:** *State briefly the problem on which you desire assistance.*

I am experiencing a great deal of leave and back pain that going down both of my legs

Name: Curtis McKinney   No: 53 42 28   Unit: Wallace

Living Quarters: 72/4   Work Assignment: 1 Kitchen

2011 MAR 20   AM 10: 46

**DISPOSITION:** (Inmate will not write in this space)

MSC 3-21-00 @ 0300

I-60 (Rev. 11-90)

J0271

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*

2. ☐ *Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)*

3. ☐ *Request for Promotion in Class or to Trusty Class (Unit Warden-if approved, will be forwarded to the Director of Classification)*

4. ☐ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78711)*

5. ☐ *Visiting List (Asst. Director of Classification, Administration Building)*

6. ☐ *Parole requirements and related information (Unit Parole Counselor)*

7. ☐ *Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)*

8. ☐ *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

TO: _Dr. Kulta_____  DATE: _7-16-00_

(Name and title of official)

ADDRESS: _Wallace Unit medical_

**SUBJECT:** *State briefly the problem on which you desire assistance.*

I am having problems at work due to the
fact that I use leasst most of my gripp no may
night hand and can hardly write or type
due to weakness and loss of feeling in my
right leg so during my move I me been bee
suffering from sharp pains in my knee
and left foot due to my absence from
the medication.

Name: Curtis McKinney          No: 534028     Unit: WALLACE

Living Quarters: _____     Work Assignment: I Kitchen

**DISPOSITION:** (Inmate will not write in this space)

NSC 7-18-00 @ 1500

J. Sharp RN          7-17-00

I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐ Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)

3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden-if approved, will be forwarded to the Director of Classification)

4. ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78711)

5. ☐ Visiting List (Asst. Director of Classification, Administration Building)

6. ☐ Parole requirements and related information (Unit Parole Counselor)

7. ☐ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)

8. ☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

2000 JUL 2

TO: _Medical Dept._       DATE: _1-27-00_

(Name and title of official)

ADDRESS: _Wallace Medical_

**SUBJECT**: *State briefly the problem on which you desire assistance.*

I'm having a great deal of difficulties at work due to loss of use of my right hand and still being ordered to handle the algels that I'm only barly able to fall on to. to this. Frank's at the rest to face punishment. I suffred futher inqury 7-26-02 after slapping trys on my fast.

Name: _Curtis McKinny_

No: _53628_   Unit: _Wallace_

Living Quarters: _____   Work Assignment: _Kitchen_

**DISPOSITION:** (Inmate will not write in this space)

MSe  7-28-02 @ 1500

_[signature]_  7-27-02

I-60 (Rev. 11-90)

J0271

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐ Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)

3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden-if approved, will be forwarded to the Director of Classification)

4. ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78711)

5. ☑ Visiting List (Asst. Director of Classification, Administration Building)

6. ☐ Parole requirements and related information (Unit Parole Counselor)

7. ☐ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)

8. ☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

TO: _Medical Dept_　　　　　　　　　　DATE: _8-8-00_
　　　　(Name and title of official)

ADDRESS: _Wallace Unit Medical Dept_

**SUBJECT:** *State briefly the problem on which you desire assistance.*

I'm having a difficult time getting up and down the stairs to my bunk because due to not being able to use the left arm due to loss of feeling in my right hand and numbness. I'm not able to use my right arm to walk in a safe manner. The fear of having to go up to the left side so that I can try to get to my rail and come down on the right side so that I can use my left hand on the rail. Not being able to have a [?] on the right side. If I could be assigned a bottom bunk that is a [?] bed up and left side [?].

Name: _Curtis McKnae_    No: _574028_    Unit: _Wallce_

Living Quarters: _____ Work Assignment: _kalls good Med_

**DISPOSITION:** (Inmate will not write in this space)

You were seen by Doctor on this problem. You will receive a pass [?]. Bottom Medr on cell.

8-5-00

**I-60 (Rev. 11-90)**

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐ Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)

3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden-if approved, will be forwarded to the Director of Classification)

4. ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78711)

5. ☐ Visiting List (Asst. Director of Classification, Administration Building)

6. ☐ Parole requirements and related information (Unit Parole Counselor)

7. ☐ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)

8. ☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

TO: _M.r.o - Underson_  DATE: _8-23-00_

(Name and title of official)

ADDRESS: _Wallace Medical Administrator_

**SUBJECT:** *State briefly the problem on which you desire assistance.*

Dear Mrs. Anderson, Mr. Parnes have provided me with information that Mr. McKinney has in fact informed two of you on the Unit. I was told at B, Wallace to please provided me with information pertaining to the above I do am medication transfered. As I was I need to contact so why do I need to contact. Thank you who I need to contact.

Name: Curtis McKinney          No: 534628          Unit: WALLACE

Living Quarters: F-208          Work Assignment: (X-A-M)

**DISPOSITION:** (Inmate will not write in this space)

I talked with the DN at new Unit - You were reassigned due to Hypertension - Needed to be on Unit with 24 hour medical unit.

MD Chukwurah
8-24-00

I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐ Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)

3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden-if approved, will be forwarded to the Director of Classification)

4. ☐ Clemency-Pardon, parole, early out-mandatory-supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78711)

5. ☐ Visiting List (Asst. Director of Classification, Administration Building)

6. ☐ Parole requirements and related information (Unit Parole Counselor)

7. ☐ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)

8. ☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

SEP   1: 51

TO: _____Dr. Holton_____   DATE: _____9-5-00_____
(Name and title of official)

ADDRESS: _____

**SUBJECT:** *State briefly the problem on which you desire assistance.*

Could you please let me know what the
status of the consultation is prior any to
the loss of abilities in my right hand etc.

The problem seems to be worsing due to
I cant even write a complaint letter with
out my hand getting swelled and I can't that
I only even write to legable for long?
the 5 minutes at the most. Also in the mornings
when I wake up I cant even feel my legs at all etc.

Name: _Curtis McKinney_   No: _534628_   Unit: _Wallace_

Living Quarters: _____   Work Assignment: _Wall 01 Cell Restriction_

**DISPOSITION:** (Inmate will not write in this space)

You were just seen by MD on 8/25/00, given Motrin
no repetitive injury found, wo Dr's orders @
that time

_9-5-00_   _J. Atkins_   _13 88_

I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☑ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐ Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)

3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden-if approved, will be forwarded to the Director of Classification)

4. ☐ Clemency (Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78711)

5. ☐ Visiting List (Asst. Director of Classification, Administration Building)

6. ☐ Parole requirements and related information (Unit Parole Counselor)

7. ☐ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)

8. ☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

TO: _____ mr. G. Godwin _____
(Name and title of official)

ADDRESS: _____ Wallace Unit Medical Department _____

DATE: 9-8-00

referred to PHSA Taylor L 9-9-00
discussed c security - security stated would checkout & get back to medical?

**SUBJECT:** *State briefly the problem on which you desire assistance.*

Due to the fact that I've suffered from a severe irritation of some sort that I suffered for at least ten months. Due to the fact that I am currently on special cell restriction me and my celly are forced to stay in the cell together and conduct all of our personal business to with the other in the cell. He awoke as I was applying medical cream to the infected area which is on my genitals and thought that something else was going on. After I being forced to explain to him about the medical problem I've been suffering. He became even more upset and made threats that one of us had to go before there is a problem.

Name: Curtis McKinney No: 53428 Unit: Wallace

Living Quarters: 1-[redacted] Work Assignment: Special cell restriction

**DISPOSITION:** (Inmate will not write in this space) Due to I suffering from limited physical condition I am very afraid that I can't handle self is attacked. Please help!

Security was notified concerning your fear of "unable to handle yourself -

MD Anderson RN
9-11-00

I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL-JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☑ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*

2. ☐ *Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)*

3. ☐ *Request for Promotion in Class or to Trusty Class (Unit Warden-if approved, will be forwarded to the Director of Classification)*

4. ☐ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78711)*

5. ☐ *Visiting List (Asst. Director of Classification, Administration Building)*

6. ☐ *Parole requirements and related information (Unit Parole Counselor)*

7. ☐ *Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)*

8. ☐ *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

TO: _____Mrs. Anderson_____   DATE: __9-6-00__
                  *(Name and title of official)*

ADDRESS: _____Medical department_____

**SUBJECT:** *State briefly the problem on which you desire assistance.*

I am trying to find out if I am still scheduled for the consultation the matter as I was told by the doctor. The request was made at the hearing of last month

Name: Curtis McKinney    No: 594028    Unit: Wallace

Living Quarters: _____    Work Assignment: special collsection

**DISPOSITION:** (Inmate will not write in this space)

an appointment date as yet — We have not received

M. McCullum RN

I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐ Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)

3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden-if approved, will be forwarded to the Director of Classification)

4. ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78711)

5. ☐ Visiting List (Asst. Director of Classification, Administration Building)

6. ☐ Parole requirements and related information (Unit Parole Counselor)

7. ☐ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)

8. ☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

TO: _Medical_            DATE: _10-24-00_

_(Name and title of official)_

ADDRESS: _Wallace Stout Medical Dept._

**SUBJECT:** *State briefly the problem on which you desire assistance.*

The above dwelling keeps price in paying of food and not to force him quickly around. I'm understood does not forcing out of all with the continued messages I'm continually messaging children so the bad to the point that it is sufficient for me to write.

Name: _Curtis Mc_____ No: S 34628 Unit: Wallace

Living Quarters: _____ Work Assignment: C/F 2pm - 12pm

**DISPOSITION:** (Inmate will not write in this space)

NSC@ 0300  10/26/00

T Kadee hw   10/26/01

I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐ Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)

3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden-if approved, will be forwarded to the Director of Classification)

4. ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78711)

5. ☐ Visiting List (Asst. Director of Classification, Administration Building)

6. ☐ Parole requirements and related information (Unit Parole Counselor)

7. ☐ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)

8. ☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

TO: _Medical Dept Sick Call_    DATE: _12-5-00_
   (Name and title of official)

ADDRESS: _Walless Sick Call_

**SUBJECT:** *State briefly the problem on which you desire assistance.*

I'm suffering from very sharp aching pain in my right hand wrist and forearm area also there is a great deal of burning in the area. I'm afraid that I've worsen the nerve disorder that I suffer from at work two days ago. ~~[illegible]~~ ~~[illegible]~~ My boss told me to have you all call him ~~of~~ about the injury.

00 DEC -7 AM 5 15

Name: Curtis McKinney No: 534028 Unit: Wallace

Living Quarters: [redacted] Work Assignment: G/F

**DISPOSITION:** (Inmate will not write in this space)

NSC 12-8-00 @ 1500 hr

D Snowden RN 12-7-00

**I-60 (Rev. 11-90)**

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐ Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)

3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden-if approved, will be forwarded to the Director of Classification)

4. ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78711)

5. ☐ Visiting List (Asst. Director of Classification, Administration Building)

6. ☐ Parole requirements and related Information (Unit Parole Counselor)

7. ☐ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)

8. ☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

TO: _____
(Name and title of official)

DATE: _2 - 19 - 01_

ADDRESS: _____

**SUBJECT**: *State briefly the problem on which you desire assistance.*

I'd like to be examined. To heal my failing doctor no need to locate about a probable medical injury of how the is a patient deterioration of my physical condition.

If I do let me know your limitations I will proceed —
M. Graham

Name: Custa McKinnon

Living Quarters: [illegible]

No: 534028     Unit: WALKE

Work Assignment: G-15

**DISPOSITION**: (Inmate will not write in this space)

REFER TO PHSA-USDNM — to qualify for medical transfer — to medical facility!

Must be having frequent treatments of some sort - Vision impaired - slow, speech impaired - need Occupational therapy, Physical therapy, wheelchair - Walker - Unable to work without crutches, cane - Walker - etc.

Whether is "Unable to feel safe, chose not to/unable to negotiate stairs - a combination of these - Do you feel your facility R Ms Grahamor

I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐ Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)

3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden-if approved, will be forwarded to the Director of Classification)

4. ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board Of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78711)

5. ☐ Visiting List (Asst. Director of Classification, Administration Building)

6. ☐ Parole requirements and related information (Unit Parole Counselor)

7. ☐ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)

8. ☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

TO: _____   DATE: 3-19-01
(Name and title of official)

ADDRESS: Medical Administrator

**SUBJECT: State briefly the problem on which you desire assistance.**

Some of the reasons I feel that I should be medical transfered due to Physical
deteriorating medical condition.

I am a 33year old male that suffered a previous spinal injury that left me diagnosed
partial quadriplegia. I've constantly had to under go physical therapy to keep my physical
abilities. T.D.C.T has records showing that I had to have physical therapy at Beto-one
unit in 1996. 1997. I've lost all my abilities in my right hand that I was misdiagnosed
As carpal tunnel syndrome after getting sent to Montfort Hospital due to my loss of abilities in
my right hand. Dr. Duke him self stated that he is not any symptoms of carpol wal physically
Due to Montfort did not have knowledge of the previous spinal injury and the elective
testrevisited nerve damage I was mis diagnosed with carpal tunnel I'm also suffering from
complese loss of felling in both legs when I walk up in the morning and also when I set
on the steal benches for a short time I've also stated back to walk slap feirst on my right side

Name: _Curtis McKinney_ No: _539028_ Unit: _Wallace_

Living Quarters: _C-106_ Work Assignment: _C/F_

**DISPOSITION:** (Inmate will not write in this space) Dr. Hollis You submitted a follow up
Neurology Consult- We will have to get the
Referred to FHSA Consult if it is approved to see if your
X-Hammond RN condition is resolving - Do you all plan
3-21-01 reviewing your records - No transfer from
from Hollis Neurology - MD Wilkinson/RN
3-23-01

I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.

1. ☑ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐ Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)

3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden-if approved, will be forwarded to the Director of Classification)

4. ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78711)

5. ☐ Visiting List (Asst. Director of Classification, Administration Building)

6. ☐ Parole requirements and related information (Unit Parole Counselor)

7. ☐ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)

8. ☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

DATE: 5-14-01

TO: Medical Dept
(Name and title of official)

ADDRESS: Wallace Unit Medical Dept

**SUBJECT:** *State briefly the problem on which you desire assistance.*

I'm experiencing a great deal of pain in my right hand and wrist. My ability to accurately use the hand due to weakness and pain.

Name: _Curtis McKinney_   No: _534028_   Unit: _Wallace_

Living Quarters: _____   Work Assignment: _G-F_

**DISPOSITION:** (Inmate will not write in this space)

NSC on 5/15/01 at 0300

Jayne LVN    5/14/01

2001 MAY 11 AM 5: 23

I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐ Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)

3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden-if approved, will be forwarded to the Director of Classification)

4. ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78711)

5. ☐ Visiting List (Asst. Director of Classification, Administration Building)

6. ☐ Parole requirements and related information (Unit Parole Counselor)

7. ☐ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)

8. ☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

TO: Medical _____ DATE: 11-19-00

(Name and title of official)

ADDRESS: Wilbur Wood Medical Dept.

**SUBJECT:** *State briefly the problem on which you desire assistance.*

The sharp shooting pains in my back has gotten alot worse. When I'm forced to set on the day room bench over 5 minutes I lose total feeling in both legs to numness. From my knee down in my right leg stays num at all times. I costantly suffer harsh pains down the back of my legs and hurt ~~mor~~ more so on the right side then left. My condition has greatly worsened and I am afraid please help

Name: Curtis McKinney No: 534028 Unit: Wallace

Living Quarters: [redacted] Work Assignment: G/F

**DISPOSITION:** (Inmate will not write in this space)

NSC appt 11-21-00 @ 0300

J Taylor LVN 11-20-00

**I-60 (Rev. 11-90)**

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐ Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)

3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden-if approved, will be forwarded to the Director of Classification)

4. ☐ Clemency-Pardon, parole, early out mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78711)

5. ☑ Visiting List (Asst. Director of Classification, Administration Building)

6. ☐ Parole requirements and related information (Unit Parole Counselor)

7. ☐ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)

8. ☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

TO: _Dr. LACY_ DATE: _9-9-02_

(Name and title of official)

ADDRESS: _Need want to edical Dept_

**SUBJECT**: *State briefly the problem on which you desire assistance.*

I Am SufFering From constant sharp shauting pains that goies fire on my Neck duwn to the back of my right leg. My right sholder And arm Arm is num with back ng pain ilso my left shobl is num with the dull like achiey the sharp shooting pains also in the back of the right side of head. The I Bruphen isint helping at all

Name: _Curtis McKirnely_   No: _53 40 28_   Unit: _Neal_

Living Quarters: _C-103_   Work Assignment: _unassigned med_

**DISPOSITION**: (Inmate will not write in this space)

9-10-03

I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐ Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)

3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden-if approved, will be forwarded to the Director of Classification)

4. ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78711)

5. ☐ Visiting List (Asst. Director of Classification, Administration Building)

6. ☐ Parole requirements and related information (Unit Parole Counselor)

7. ☐ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)

8. ☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

TO: _Medical Dept_     DATE: _2/11/03_
(Name and title of official)

ADDRESS: _Neal Unit Medical Dept_

**SUBJECT**: *State briefly the problem on which you desire assistance.*

My neck has become very sore use the surgery area. It's sore like it was right after surgery. Plus I am having frequent sharp shooting pains up through the back of my head like a migraine pain.

Name: _Curtis McKinney_

Living Quarters: _____

No: _534028_   Unit: _Neal_

Work Assignment: _utility #2_

30Hs

**DISPOSITION**: (Inmate will not write in this space)

FNP APPT SCHEDULED

I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

## INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*

2. ☐ *Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)*

3. ☐ *Request for Promotion in Class or to Trusty Class (Unit Warden-if approved, will be forwarded to the Director of Classification)*

4. ☐ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78711)*

5. ☐ *Visiting List (Asst. Director of Classification, Administration Building)*

6. ☐ *Parole requirements and related information (Unit Parole Counselor)*

7. ☐ *Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)*

8. ☐ *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

TO: _Medical Dept_ DATE: _2/19/62_
(Name and title of official)

ADDRESS: _Neal Unit Medical Dept_

**SUBJECT:** *State briefly the problem on which you desire assistance.*

I'm suffering from a great deal of soreness in the surgical area of my neck and the sharp shooting pain has increased for many years and hasn't gotten better. I was suppose too be scheduled too be seen but never received a day - so

Name: Curtis McKinney   No: 536 28   Unit: Neal

Living Quarters: 114 B   Work Assignment: Utility # 2

**DISPOSITION:** (Inmate will not write in this space)

NCL APPT. SCHEDULED

I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*

2. ☐ *Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)*

3. ☐ *Request for Promotion in Class or to Trusty Class (Unit Warden-if approved, will be forwarded to the Director of Classification)*

4. ☐ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78711)*

5. ☐ *Visiting List (Asst. Director of Classification, Administration Building)*

6. ☐ *Parole requirements and related information (Unit Parole Counselor)*

7. ☐ *Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)*

8. ☐ *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

TO: _Dr. Lara_ DATE: _3 - 12 - 03_
(Name and title of official)

ADDRESS: _Neal Unit Med Department_

**SUBJECT:** *State briefly the problem on which you desire assistance*

The Physical therapy exercises that I was showned And told too do on Feb 13 2003 has caused The lower lumbar Area of my back to hurt a lot worse as if the exercises has caused further injury to the Area

Also I Am suffering from a great deal of pain in my Neck and shoulder that Also hurt down in my chest neck Area very bad like it hurt when I was handcuffed 8-30 and 8-31 2002. I Am very Afrad that something has went wrong with the 8-16-02 surgery

Name: Curtis M Kinsley

No: 5 3 4c 23   Unit: N201

Work Assignment: Utility #2

Living Quarters: A114B

Work Assignment: 5

**DISPOSITION:** (Inmate will not write in this space)

NCL APPT. SCHEDULED

I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☑ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐ Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)

3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden-if approved, will be forwarded to the Director of Classification)

4. ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd., Austin, Texas 78711)

5. ☐ Visiting List (Asst. Director of Classification, Administration Building)

6. ☐ Parole requirements and related information (Unit Parole Counselor)

7. ☐ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)

8. ☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

TO: _____Medical Dept_____ DATE: ___4/29/03___
*(Name and title of official)*

ADDRESS: ___Neal Unit Medical Dept___

**SUBJECT:** *State briefly the problem on which you desire assistance.*

I'm suffering from increased spasms in my neck area that was cut open for the C-Spinal cord surgery. Also the pain in my lumbar area is not getting any better. The indomethacin is not helping with the pain at all plus it's upsetting my stomach. Can I please be put back on the Ibuprofin I Brofin?

TMINAL JUP...

Name: Curtis McKinley          No: 534088          Unit: Med

Living Quarters: A 114          Work Assignment: Utility  ZZ 6-6o

**DISPOSITION:** (Inmate will not write in this space)     P.A. APPT SCHEDULED

I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*

2. ☐ *Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)*

3. ☐ *Request for Promotion in Class or to Trusty Class (Unit Warden-if approved, will be forwarded to the Director of Classification)*

4. ☐ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78711)*

5. ☐ *Visiting List (Asst. Director of Classification, Administration Building)*

6. ☐ *Parole requirements and related information (Unit Parole Counselor)*

7. ☐ *Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)*

8. ☐ *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

TO: _____Medical Dept_____   DATE: __0-3 02__

_____(Name and title of official)_____

ADDRESS: ___Chronic Chair of medical Department___

**SUBJECT:** *State briefly the problem on which you desire assistance.*

I've been suffering from a eyestreain head
Ach For the past For plos cuupled with dizzness
And lyght headdness blured vision And at times
felling of faintness

I have not had my chronic high blood
pressure medication sence 8.25. w2 between
1st & 2nd time 0/8/02

Name: _____   No: 540 28   Unit: NCCA

Living Quarters: _____   Work Assignment: _____

**DISPOSITION:** (Inmate will not write in this space)

I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐ Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)

3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden-if approved, will be forwarded to the Director of Classification)

4. ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78711)

5. ☐ Visiting List (Asst. Director of Classification, Administration Building)

6. ☐ Parole requirements and related information (Unit Parole Counselor)

7. ☐ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)

8. ☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

TO: _____Medical Dept_____

(Name and title of official)

ADDRESS: ___Neal Unit Medical___

DATE: _____9-4-02_____

**SUBJECT:** *State briefly the problem on which you desire assistance.*

I've got sharp shoot pains going down my neck down to the back of my right leg which has a deep Achey Pain Also the Achiny pain's in both of my shoulders down to my elbow on the left side with numness in both sholders Anf right leg and feet

Name: Capt Chris McKinney                No: 534223           Unit: NC1

Living Quarters: _____ CHP > C/-3 _____   Work Assignment: 4/9/4-

**DISPOSITION:** (Inmate will not write in this space)

If you don't show up for your Nurse clinic there's nothing we can do.

I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐ Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)

3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden-if approved, will be forwarded to the Director of Classification)

4. ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78711)

5. ☐ Visiting List (Asst. Director of Classification, Administration Building)

6. ☐ Parole requirements and related information (Unit Parole Counselor)

7. ☐ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)

8. ☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

TO: ___Medical Dept___   DATE: ___9/26/02___
(Name and title of official)

ADDRESS: ___Need Unit Medical Dept___

**SUBJECT**: *State briefly the problem on which you desire assistance.*

I am still suffering from a great
deal of sharp shooting pain in the back
of my head down my back to my right
leg. My right knee had leg go out & left a hole
couldn't stand for any of times so need a cell
just need to be on medicate or
isn't helping at all.

Name: _Curtis McKinney_   5 3 4 6 2 8   Unit: _Neal_

Living Quarters: _K 110_   Work Assignment: _uale ssign ed med_

**DISPOSITION**: (Inmate will not write in this space)

NCL APPT. SCHEDULED

I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*

2. ☐ *Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)*

3. ☐ *Request for Promotion in Class or to Trusty Class (Unit Warden-if approved, will be forwarded to the Director of Classification)*

4. ☐ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78711)*

5. ☐ *Visiting List (Asst. Director of Classification, Administration Building)*

6. ☐ *Parole requirements and related information (Unit Parole Counselor)*

7. ☐ *Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)*

8. ☐ *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

TO: ___Mr. B. Belton___ DATE: __11/21/02__
     (Name and title of official)

ADDRESS: __Mental Health Medical Administrator__

**SUBJECT:** *State briefly the problem on which you desire assistance.*

My physical medical condition has deteriated
since I had my C-spine optional cord surgery
August 16.02. My trama condition have worsened
and I am now in more problems right now
and night by lump bed with bhump a bottom prona
that go up through the back of my bed.

Name: _____  No: 53628  Unit: Mel

Living Quarters: _____  Work Assignment: Unassigned Med

**DISPOSITION:** (Inmate will not write in this space)

I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☒ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐ Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)

3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden-if approved, will be forwarded to the Director of Classification)

4. ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78711)

5. ☐ Visiting List (Asst. Director of Classification, Administration Building)

6. ☐ Parole requirements and related information (Unit Parole Counselor)

7. ☐ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)

8. ☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

TO: _Dr. Lacy_     DATE: _12/27/02_

    *(Name and title of official)*

ADDRESS: _Neal Unit medical Dept_

**SUBJECT:** *State briefly the problem on which you desire assistance.*

Being forced to stand long periods of time in freezing temperatures increases to harsh aching throbbing pains that I suffer from and my right leg numbness increases to the point that I feel like its going to collaps after it starts to ach and trob real bad and starts to weakken. I usually pick up the ibprofen at the window KoP. The medical up dates put stop the pain to begin with the allest pain and suffering brought on by prolonged standing in freezing weather makes the problem worse can you order my fall prescription KoP from Huntsville or is there any no oles that I need to contact about this problem befor I end up hurt worse then I am due to numb and weakning legs.

Name: _Quintin McKinney_   No: _534028_   Unit: _Neal_

Living Quarters: _C122_   Work Assignment: _unAssigned bed_

**DISPOSITION:** (Inmate will not write in this space)

Ibuprofen is a one card policy medication per TDCJ policy

X. Morrison

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐ Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)

3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden-if approved, will be forwarded to the Director of Classification)

4. ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78711)

5. ☐ Visiting List (Asst. Director of Classification, Administration Building)

6. ☐ Parole requirements and related information (Unit Parole Counselor)

7. ☐ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)

8. ☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

TO: _Medical_

_(Name and title of official)_

ADDRESS: _Neal Unit Medical_ _RC-12_

DATE: _12/30/02_

**SUBJECT:** *State briefly the problem on which you desire assistance.* me

I'm expiriencing sharp pain in my mid and lower back. Also I'm having a great deal of pain down the back of my legs.
These pains started 12/27/02 after I fell wile comming out of the shower due too my legs got very tired wile standing in the shower showering. I've been having problem with my legs being heavy and lately getting very tired and weak from walking and standing.

Name: Curtis McKinney No: 534028 Unit: NEA1

Living Quarters: 122 Work Assignment: Non assigned med

**DISPOSITION:** (Inmate will not write in this space)

NCL APPT. SCHEDULED

**I-60 (Rev. 11-90)**

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*

2. ☐ *Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)*

3. ☐ *Request for Promotion in Class or to Trusty Class (Unit Warden-if approved, will be forwarded to the Director of Classification)*

4. ☐ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78711)*

5. ☐ *Visiting List (Asst. Director of Classification, Administration Building)*

6. ☐ *Parole requirements and related information (Unit Parole Counselor)*

7. ☐ *Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)*

8. ☐ *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

DATE: __11- 19- 03__

TO: __Medical Department__
_____
(Name and title of official)

ADDRESS: __Neal unit Medical Dept__

**SUBJECT:** *State briefly the problem on which you desire assistance.*

(Follow up) I am suffering from a great deal of increased pain in my shoulders and left side of chest also pain has greatly increased in my tail bone Area and my legs. The Cartaz prine is not helping at All I've also have been suffering from frequent headaches

Name: Curtis McKinely               No: 734628

Living Quarters: A 103 B        Work Assignment: Jail #2 D-6

**DISPOSITION:** (Inmate will not write in this space)

NOV 2 0 2003
1189

P.A. APPT SCHEDULED

I-60 (Rev. 11-90)



**Texas Department of Criminal Justice**

# STEP 2, OFFENDER GRIEVANCE FORM

Offender Name: *Curtis McKinney* marvin TDCJ # 539628

Unit: Neal Kn Housing Assignment: A114B

Unit where incident occurred: Neal

**OFFICE USE ONLY**

Grievance #: 2003091139

UGI Rec'd Date: 3-10-03

HQ Rec'd Date: MAR 13 2003

Date Due: 4-14

Grievance Code: 601, 623

Investigator ID #: D

Extension Date:

You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.

Give reason for appeal (Be specific). *I am dissatisfied with the response at Step 1 because...*

The core of grievance number 2003091139 is the fact that due to Dr Lacy Administrator of medical Mr. Sutton and Dr. Ganzolas ignoring neuro surgeon Dr. Maxwell for me to be physically rehibilitated as can be tolerated after having surgery on my C-spinal cord at levels 2-5 Auguest 16, 2002 resulted in the regression of the limited phyical abilities that I had regained after the spinal surgry that releaved the pressure off my spinal cord after a 4 year delay by Texas Tech medical personal. Due to the ignorance and/or disregaurdance of Dr. Maxwell's orders I became very weak and uncoordinated in my upper and lower limbs which resulted in me falling in the shower 12/27/02 and serouly hurting my Lumbar area of my spine and or back due to the pergression of weakness and loss of control of my upper and lower limbs. Coupled with the fact that a officer Howard would not give me the blue card shower chair (that I had prevously reported 10/15/02 to Dr Lacy that I was having problems getting from officer which contacted Captain Ayurrie and ordered that I be moved to A wing due to the built in handicap shower due the problems I reported to him with officer and the hand cap chair 10/15/02 which major Baker changed due to I complained of my celly homosexual activity in the cell with his boy friend.
On or about 1/9/03 the phyical therapist only displayed intrest in the obvouse pain and suffering that I was in due to the Lumbar area injuries and still too this day, 3/5/03 have not and/or did not mention any phyical therapy ordered by neuro Surgeon Dr. Maxwel for the c-spine abilities lost befor and after Surgery 8/16/02.
On or about 1/9/02 I was not examined until the chain bus had arrived

I-128 Front (Revised 9-1-2001) **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM** (OVER)

to pick us up and give a choise to let him try and get me pulled off the chain due the the lumbar injuries from the shower fall 12/27/0? and stay there over the week-in and do nothing or he Trevino would have me brought back as soon as possiable the nerst week he stated due to I could hardly walk lession on any phyical therapy on the under undiagnossed lumbar injuries. IF a offender refuse treatment a refusal is generaly signed and if I refused why was I finaly brought back 2/13/63 and again only examined for the lumbar injuries that have not been diagnossed which I requested the M.R.I or CAT scan to diagnoss when I finaly was called back for phyical therapy I was again only examined for the lumbar injuries and showed exercises for the un-diagnossed lumbar injuries which is causing aggervation to the lumbar injuries. I have not recieved or been examined for c-spine or carpituinal rehbilitation

Offender Signature: _Curtis McKinney_   Date: _3/5/03_

---

**Grievance Response:**

2003091139        McKinney, Curtis        534028

Review of your Step 1 grievance reflects that you failed to provide specific information, such as current dates. The dates of 1998 and the past 4 years greatly exceed the time limits for filing a grievance, refer to the Offender Orientation Handbook for time limits. Review of your clinical record documentation, based on the date your Step 1 grievance was received, reflects that you were sent for physical therapy on 1-9-03 but refused to stay because you wanted to go back to your unit of assignment and pack your property. On 2-13-03 you were again seen in physical therapy with a follow up ordered in 6 to 8 weeks. You have not been refused physical therapy; you initially refused the ordered treatment. While you have the right to refuse medical care and/or treatment, such refusals can have a negative effect on your overall health and the provider's ability to properly treat you. Clinical decisions are the responsibility of the contracted university providers, who are not supervised by the TDCJ Health Services Division. If you have a concern about the clinical decision made at the facility level, you may wish to direct that concern to the appropriate university official. In this instance, that is William Gonzalez, M.D., Medical Director, Texas Tech Correctional Managed Health Care, 3223 South Loop 289, Suite 210, Lubbock, Texas 79423. If your complaint is specifically against William Gonzales, M.D., you may wish to direct that concern to the Correctional Managed Health Care Committee, 1300 11th Street Suite 415, Huntsville, Texas 77340. Action through the grievance mechanism is not currently warranted.

Signature Authority: _____   Date: _4-1-03_

Returned because:   *Resubmit this form when corrections are made.

- [ ] 1. Grievable time period has expired. **Shia Shabaaz, F.N.P., M.S.N., M.P.H.**
- [ ] 2. Illegible/Incomprehensible. *    **Director of Clinical Services**
- [ ] 3. Originals not submitted. *    **TDCJ Health Services Division**
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 6. Inappropriate. *

CGO Staff Signature: _____

I-128 Back (Revised 9-1-2001)

<table>
<tr><td colspan="3"><strong>OFFICE USE ONLY</strong></td></tr>
<tr><td><strong>Initial Submission</strong></td><td colspan="2">CGO Initials:_____</td></tr>
<tr><td colspan="3">Date UGI Recd:_____</td></tr>
<tr><td colspan="3">Date CGO Recd:_____</td></tr>
<tr><td>(check one) ___Screened</td><td colspan="2">___Improperly Submitted</td></tr>
<tr><td colspan="3">Comments:_____</td></tr>
<tr><td colspan="3">Date Returned to Offender:_____</td></tr>
<tr><td><strong>2nd Submission</strong></td><td colspan="2">CGO Initials:_____</td></tr>
<tr><td colspan="3">Date UGI Recd:_____</td></tr>
<tr><td colspan="3">Date CGO Recd:_____</td></tr>
<tr><td>(check one) ___Screened</td><td colspan="2">___Improperly Submitted</td></tr>
<tr><td colspan="3">Comments:_____</td></tr>
<tr><td colspan="3">Date Returned to Offender:_____</td></tr>
<tr><td><strong>3rd Submission</strong></td><td colspan="2">CGO Initials:_____</td></tr>
<tr><td colspan="3">Date UGI Recd:_____</td></tr>
<tr><td colspan="3">Date CGO Recd:_____</td></tr>
<tr><td>(check one) ___Screened</td><td colspan="2">___Improperly Submitted</td></tr>
<tr><td colspan="3">Comments:_____</td></tr>
<tr><td colspan="3">Date Returned to Offender:_____</td></tr>
</table>



## Texas Department of Criminal Justice

# STEP 1

**OFFENDER GRIEVANCE FORM**

| OFFICE USE ONLY |
|---|
| Grievance #: _2003091139_ |
| Date Received: _1-23-03_ |
| Date Due: _3-4-03_ |
| Grievance Code: _601, 623_ |
| Investigator ID #: _I0312_ |
| Extension Date: _____ |
| Date Retd to Offender: **MAR 0 4 2003** |

Offender Name: _Curtis McKinney_ TDCJ # _534028_

Unit: _Neal_  Housing Assignment: _AI-A4Bbb B_

Unit where incident occurred: _Neal_

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? _Dr. Lacy, Mr Shelton, Dr Gonzales_ When? _1/21/03_

What was their response? _Would try too get rehab approved_

What action was taken? _None Delayed until further inquired_

---

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

_Dr. William Gonzales has knowingly and intentionly causing me a great deal of serious unnecessary wanton infliction of pain suffering and injury due too his repeatly shown deliberate indifference too my serious medical need and orders. Neuro Surgeon Dr. Marks Maxwell plainly stated that I needed physical rehabilitation as soon can be tolerated five months ago after I had major surgey on my C-spinal cord. I lost a great deal of mobile skills and coordination be for and after the spinal cord surgery due too Dr. Gonzalez and Texas Tech medical science personal ignored and delayed the much needed spinal surgery for (4) years due too their disregardance of the personal medical records that I provided them from Arlington memorial hospital in 1998 that showed that I had suffered a neck injury, that had and/or left me partly quadriplagic by refusing too order a M.R.I. of the previously injured area that was most likly the core of the problem of loss of abilities that I was complaining of for years._

_Due too Dr. Gonzalas playing word games by stating that the plainly stated order for me too be physical rehibilitated as can be tolerated can be interpided too mean something else. I've suffered a very serious injury too my lower back after falling in the shower wale attempting too get out due too the handicap shower chair that was prescrib_

---

**I-127 Front** (Revised 9-1-2001)  **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**  (OVER)

too me by Dr. Lacy was taken by a office Howard even though I had a medical blue card too have it and would not give it back too me too take a shower. Due too the now over five month delay in getting the physical rehabilitation ordered by the ~~neuro surgeon~~ neuro surgeon by Dr. Gonzales and Texas Tech medical ~~personnel~~ personnel I've lost a great deal of strength coordination and mobile skills which has resulted in me falling and seriously injuring my lower ~~back~~ back. Also I've suffered a gea set back in my spinal surgery recovery due too injuries suff suffered at the hands of untrained office in dealing with an acute condition that I suffer due too me being sent back too this limit unrehibilitated as ordered by Dr. Maxwell by Texas Tech medical Staff.

**Action Requested to resolve your Complaint.**

Have a MRI and a CAT Scan taken of lower back in a attempt too diagnose the pain and injury too my lower back. Be med Cly transferred from under the care of Texas Tech medical Care. I recieve extensive physical therapy and a rehabilitation need too be able too go on too live a possiable normal life.

**Offender Signature:** _Curtis McKinney_      **Date:** _1/21/03_

---

**Grievance Response:**

You have already had surgery on your back so I am not sure as to why you are requesting a cat scan or MRI. As far as physical therapy, Dr. Maxwell's discharge summary states gradual advance to activity and physical therapy as tolerated. Dr. Lacy referred you to physical therapy when he felt you were ready. You were seen by physical therapy on 1-9-03 and refused to stay, stating that you wanted to return to your unit of assignment to pack your property. This office must defer to the medical expertise of the physician's treating you and also to defer to your request to refuse treatment.

**Signature Authority:** _DLC_   **DL COLE**    **Date:** _03-03-83_

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

---

**Returned because:**   *****Resubmit this form when corrections are made.**

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days.*
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution.*
☐ 6. No requested relief is stated.*
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. *Vacant – discontinued 9-1-00*
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Signature:** _____
**I-127 Back** (Revised 9-1-2001)

**OFFICE USE ONLY**

**Initial Submission**      UGI Initials:_____

Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

**2nd Submission**      UGI Initials:_____

Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

**3rd Submission**      UGI Initials:_____

Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____



**Texas Department of Criminal Justice**

# STEP 2     OFFENDER GRIEVANCE FORM

Offender Name: _Curtis McKinney_ TDCJ # _534028_

Unit: _Estelle_    Housing Assignment: _D-2-104_

Unit where incident occurred: _Same_

<table>
<tr><td colspan="2" align="center">OFFICE USE ONLY</td></tr>
<tr><td>Grievance #:</td><td>2004093962</td></tr>
<tr><td>UGI Recd Date:</td><td>MAR 31 2004</td></tr>
<tr><td>HQ Recd Date:</td><td>APR 0 2 2004</td></tr>
<tr><td>Date Due:</td><td>5-5</td></tr>
<tr><td>Grievance Code:</td><td>623</td></tr>
<tr><td>Investigator ID #:</td><td></td></tr>
<tr><td>Extension Date:</td><td>R</td></tr>
</table>

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be specific).** *I am dissatisfied with the response at Step 1 because...*

The Carpituneal surgry and the C-spinal cord surgries were done August 16, 2002 and the neuro sergion order PT and OT to began as soon as possible but Dr. Gonzalas and the Texas Tech medical personal disregarded the order and refused to give me the phyiscal and occupational therapy order for a proper recovery.

Due to the refusal to follow the specilist orders I strart to regress in my phyiscal abilities and fell in the shower which caused serious injury to my lower back Dec, 2002.

Due to a Oct, 2003 M.R.I showed pinched nerves that I suffered during a August 30,31, 2002 use of force I request to try Phyiscal and occupational therapy Jan 2004 rather then have another C-spinal cord surgry which would have required the front of my neck to be cut open to opperate on the pinched nerves.

Dr. Gonzal and the Texas Tech medical staff never complyed with the neuro surgiens orderes and did not transfer me to have the phyiscal and occupational therapy.

APR 0 2 2004

**I-128 Front** (Revised 9-1-2001)     **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**     (OVER)

Due to the disregard of the surgions orderes I am having a very difficult in the OT/ PT due to the year and a half delay.

**Offender Signature:** _Curtis McKinney_ **Date:** _3/30/04_

**Grievance Response:**

2004093962            McKinney, Curtis        534028

The review of your grievance, regarding your allegation that you have been denied physical therapy as ordered by the neurosurgeon, indicates an appropriate response at Step 1. You have been assigned to the Estelle Facility since 2/5/04, where you are presently participating in physical and occupational therapy. Issue resolved at the facility level. No further action is required through the grievance mechanism.

**Signature Authority:** _Guy Smith_                          **Date:** _4-7-04_

<div align="center">

**Guy Smith**
Program Admin. 111-OPS
</div>

**Returned because:**   *Resubmit this form when corrections are made.*

- [ ] 1. Grievable time period has expired.
- [ ] 2. Illegible/Incomprehensible. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 6. Inappropriate. *

**CGO Staff Signature:** _____

**I-128 Back (Revised 9-1-2001)**

| **OFFICE USE ONLY** | |
|---|---|
| **Initial Submission** | **CGO Initials:**_____ |
| Date UGI Recd:_____ | |
| Date CGO Recd:_____ | |
| (check one) ____Screened ____Improperly Submitted | |
| Comments:_____ | |
| Date Returned to Offender:_____ | |
| **2nd Submission** | **CGO Initials:**_____ |
| Date UGI Recd:_____ | |
| Date CGO Recd:_____ | |
| (check one) ____Screened ____Improperly Submitted | |
| Comments:_____ | |
| Date Returned to Offender:_____ | |
| **3rd Submission** | **CGO Initials:**_____ |
| Date UGI Recd:_____ | |
| Date CGO Recd:_____ | |
| (check one) ____Screened ____Improperly Submitted | |
| Comments:_____ | |
| Date Returned to Offender:_____ | |



**Texas Department of Criminal Justice**

# STEP 1

**OFFENDER GRIEVANCE FORM**

**OFFICE USE ONLY**

Grievance #: 2004 093962

Date Received: JAN 28 2004

Date Due: 3/8/04

Grievance Code: 023

Investigator ID #: IO7 68 IO909

Extension Date: _____

Date Retd to Offender: MAR 0 4 2004

Offender Name: Curtis McKinney    TDCJ # 534028

Unit: Wynne    Housing Assignment: A2-119-B

Unit where incident occurred: Neal

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Dr. William Gonzalas    When? Sep-02-1-2004

What was their response? He interpited the order to mean sumthing different

What action was taken? I've been left disable and suffering for over 1year 1/2

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

After having right hand corpituinal surgry and major spinal cord surgry at levels C-2 C-3 C-4 and C-5 I was prescribed physical therapy rehibilitation by the neuro surgeron.

In violation of AD-06.07 Sections 499.102(a)(7) and 8) 501.051 and 501.059 Texas Goverment Code Dr. William Gonzalas refused me access to the health service by statting that he interpited the neuro surgerons orders to mean other then what it stated.

Dr. Gonzalas stated that my very limited daily moving about was all the physical therapy that I needed to recover from the physical impairment abilities

My physical condition has not gotten any better and has regressed sence haing the August 16, 2002 surgries and I've suffered daily physicaly and mentally due to the regress limitations due to I to beleaved Dr Gonzalas and followed his orders and has greatly suffered physically and mentally to this date 1-27-04

---

**I-127 Front** (Revised 9-1-2001)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

**Action Requested to resolve your Complaint.**

(1) Investigate the reason that Dr. Gonzalas interfered with the orders of the neuro specialist when he is with out sophistication in the neuro branch of the medical field which has resulted in me greatly suffering phyisally and mentally (2) Recieve the phyiscal therapy ordered by the neuro Surgeon

**Offender Signature:** Curtis McKinney                      **Date:** 1-27-04

**Grievance Response:**

McKinney, Curtis TDCJ-ID # 534028        Griev # 2004 093962

This office defers to the professional opinion of the medical department in this matter. The medical department investigated this matter and stated: This offender was medically assigned to the Estelle Facility where he can receive OT/PT needed.

ASST.
WARDEN
JOHNSON

**Signature Authority:** _____        **Date:** 2-3-04

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response.  State the reason for appeal on the Step 2 Form.

**Returned because:    *Resubmit this form when corrections are made.**

☐ 1. Grievable time period has expired.

☐ 2. Submission in excess of 1 every 7 days.*

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. No documented attempt at informal resolution.*

☐ 6. No requested relief is stated.*

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 8. The issue presented is not grievable.

☐ 9. Vacant – discontinued 9-1-00

☐ 10. Illegible/Incomprehensible. *

☐ 11. Inappropriate. *

**UGI Signature:** _____

**I-127 Back** (Revised 9-1-2001)

**OFFICE USE ONLY**

**Initial Submission**          UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender:_____

**2nd Submission**          UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

**3rd Submission**          UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender:_____

Date Returned to Offender



**Texas Department of Criminal Justice**

# STEP 2   OFFENDER
**GRIEVANCE FORM**

Offender Name: _Curtis McKinney_   TDCJ # _534028_

Unit: _Neal_   Housing Assignment: _A 114B_

Unit where incident occurred: _Neal_

**OFFICE USE ONLY**

Grievance #: _2003120574_

UGI Rec'd Date: _4-21-03_

HQ Rec'd Date: _APR 28 2003_

Date Due: _05-26_

Grievance Code: _611,643_

Investigator ID #:

Extension Date: _D_

You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.

---

Give reason for appeal (Be specific).   *I am dissatisfied with the response at Step 1 because...*

The core of this grievance #2003120574 is the
fact that I was never physically rehibilitated as
the neuro surgeon order of having surgery on my
C-spinal cord and carpituinal surgry on my right hand
A review of my medical records will show that I never
recieved and sort of excercises or physiscal therapy in
any form for the August 16, 2002 surgries.
January 9, 2003 the physical therapist did not get around
too see me until the chain bus was there too pick us up
and only examped me for the exstream pain that I was
in due too the injury too my lumbar that I suffered Dec 27,
2002, too Dr. Lacy's orders for me too be housed on A wing
with the built in handicap shower that was ordered Oct, 15, 2002
due too I was having too many problems with getting the portable
handicap chair from the the officers) when I faill in the shower
due too regression in my physical abilites due too not being physica
physically rehibititated as ordered after I had lost a geat deal
of physical abilities due too the (4)four year delay in schedualling
of the spinal cord surgry when they Texas Tech had free world
medical records that show that the previouse injury too my c-spine
was most likly the core of my problems that the ignored for the (4)
years.
January 9, 2003 stated that he was going too have me put back
on the chain as soon as possiable too come back for physical thera
I never refused therapy which would have required me too sign
a refusal accordding too policy. In fact I had too file a grievance
too be brought back after he did not bring me back as he stated he

---

I-128 Front (Revised 9-1-2001)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

was going too do. When I went back Feb, 13, 2003 the therapist
only displayed intrest in the lumbar injury that I had suffered
due too the great delay in and/or due too the neuro surgeons order
being ignored and the misconduct of major Baker at the Neal unit
which changed the doctors orders in retaliation too me filing a comp-
laint. A review of my medical records will show that the Feb, 13
2003, excercises were for the lumbar not for the C-Spinal area
and the right hand capitunal was not mentioned at all. There is
Know were in my medical file that showes where I've recieved any
excercises for the c spine or my right hand as ordered by neuro
surgeon Dr. Maxwell nor is there a refusal that that I suposely
signed. Health Services and Procedures Governs and Admin-
stration Policy 0.1 P access to care Policy 0.2 Responciable health
Authority A-0.2.1 and A-0.3.1 Policy-29 and Policy E-40.1 are being violated

Offender Signature: __Curtis McKinney__     Date: __4/20/03__

**Grievance Response:**

2003120574     McKinney, Curtis     534028

Review of your Step 1 grievance reflects that you have failed to provide specific information, such as current dates, to
enable investigation at this level. Review of grievance records reflects that the issue of your alleged delay and/or denial
of physical therapy previously received an appropriate review; refer to the response received for Offender Grievance
number 2003091139. Action through the grievance mechanism is not currently required.

Signature Authority: __Donna Vallie__     Date: __5-19-2003__

**Donna Vallie**
**Inv. V-OPS**

Returned because:     *Resubmit this form when corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Illegible/Incomprehensible. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 6. Inappropriate. *

CGO Staff Signature: _____

**I-128 Back (Revised 9-1-2001)**

| OFFICE USE ONLY | |
|---|---|
| **Initial Submission** | CGO Initials:_____ |
| Date UGI Recd:_____ | |
| Date CGO Recd:_____ | |
| (check one) ___Screened ___Improperly Submitted | |
| Comments:_____ | |
| Date Returned to Offender:_____ | |
| **2nd Submission** | CGO Initials:_____ |
| Date UGI Recd:_____ | |
| Date CGO Recd:_____ | |
| (check one) ___Screened ___Improperly Submitted | |
| Comments:_____ | |
| Date Returned to Offender:_____ | |
| **3rd Submission** | CGO Initials:_____ |
| Date UGI Recd:_____ | |
| Date CGO Recd:_____ | |
| (check one) ___Screened ___Improperly Submitted | |
| Comments:_____ | |
| Date Returned to Offender:_____ | |



**Texas Department of Criminal Justice**

## STEP 1

**OFFENDER GRIEVANCE FORM**

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2003120514 |
| Date Received: | 3-7-03 |
| Date Due: | 4-16-03 |
| Grievance Code: | 611, 643 |
| Investigator ID #: | I0312 |
| Extension Date: | |
| Date Retd to Offender: | APR 1 4 2003 |

Offender Name: _Curtis McKinney_ TDCJ # _53628_

Unit: _Neal_ Housing Assignment: _A 114B_

Unit where incident occurred: _Neal_

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? _Mr. Sutton, Dr. Lacy, Dr. Gonzalez, Trevino_ When? _3/3/03 & 2/13/03_

What was their response? _Examined given exercises for undiagnosed lumbar injuries_

What action was taken? _Still have not been examined or rehabed for C-spine and carpitunnal_

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

Due to Texas Tech ignored and or disregaurded neuro surgeon Dr. Maxwell's orders for me to recieve physical therapy as can be tollerated to rehab my right hand for carpitunnal surgy and the loss of abilit abilities lost due too delay in C-spine surgery surg 8/16/02 I've suffered from a great deal of pain and suffering from a undiagnosed lumbar injury that I suffered 12/27/02 due to I lost a great deal of the limited abilities and strength in my lumbar which resulted in the undiagnosed lumbar injuries On Jan 9, 2003 when finaly sent to be examined for P.T. Mr. Trevino did not see and/or examine me until the chain bus had came and be stated that he could try too get me pulled off the chain or be would get me brought back as soon as possable the folling week after be Trevino examine and noted the obvuse pain and injury from the lumbar injuries which he donly examined me for when I was over there to be examined for physical therapy for the carpitunnal and C-spine injuries that I recieved and ordes physical therapy by neuro surgeon Dr. Maxwell that has been ignored and/or disregaurded to this day 3/5/03 which resulted in the undiagnosed lumbar injuries which I was given exe exercises for 2/13/03 when I finaly got called back for P.T. after filing a grievance 1/21/03.

**I-127 Front** (Revised 9-1-2001)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

again I have not yet been examined and/or recieved any physical therapy for the 8/14/02 carpituneal and C-spinal cord surgeries that Dr. Max well ordered.

Feb 13, 2003 appointment I attempted too tell P.T. Trevino of the fact that I was there for o to be examined for the P.T. that Dr. maxwell order but he did not display any intrest possibly dose too the 1/21/03 grievance filed on Dr. Ganyulos he should me exercises for the undiagnossed lumbar inquiries and ordered me do them which has caused a great deal of pain and aggervation too the undiagnossed injury a claimed has was going onto a foot brace for drag foot

**Action Requested to resolve your Complaint.** Be examined and recieved physical therapy for for the carpituneal and C-spine surgries that Dr Maxwell ordered. Have M.R.I and/or CAT scan to diagnose the lumbar inquries suffered 12/27/02 fall due too neglgence in following the neuro specialist Maxwell written orders

**Offender Signature:** _Curtis McKinney_     **Date:** _3/5/03_

**Grievance Response:**

Your medical records indicate that you were seen by Physical Therapy on 1-9-03 and that you refused to stay at Montford. You were seen again on 2-13-03 where you were given and taught exercises for you to perform. A follow up visit has been scheduled. This office must defer to the Physical Therapist is providing the appropriate exercises for your condition and to schedule a follow-up appointment to monitor your improvement after performing the exercises.

**D.L. COLE**

**Signature Authority:** _DLC_     **Date:** _4-13-03_

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:    *Resubmit this form when corrections are made.**

☐ 1. Grievable time period has expired.

☐ 2. Submission in excess of 1 every 7 days.*

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. No documented attempt at informal resolution.*

☐ 6. No requested relief is stated.*

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 8. The issue presented is not grievable.

☐ 9. *Vacant – discontinued 9-1-00*

☐ 10. Illegible/Incomprehensible. *

☐ 11. Inappropriate. *

**UGI Signature:** _____

**I-127 Back** (Revised 9-1-2001)

| OFFICE USE ONLY | |
|---|---|
| **Initial Submission** | **UGI Initials:**_____ |
| Grievance #: | _____ |
| Screening Criteria Used: | _____ |
| Date Recd from Offender: | _____ |
| Date Returned to Offender: | _____ |
| **2nd Submission** | **UGI Initials:**_____ |
| Grievance #: | _____ |
| Screening Criteria Used: | _____ |
| Date Recd from Offender: | _____ |
| Date Returned to Offender: | _____ |
| **3rd Submission** | **UGI Initials:**_____ |
| Grievance #: | _____ |
| Screening Criteria Used: | _____ |
| Date Recd from Offender: | _____ |
| Date Returned to Offender: | _____ |

# CLINIC NOTES
### TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## INSTITUTIONAL DIVISION

**Name:** _MC KINNEY-CURTIS_
**TDCJ No.:** _572028_
**Unit:** _Neal_

| Date & Time | Notes |
|---|---|
| 8/28/02 | 1300 Chained into Neal Unit _JJohnson LVN_ |
| 8/29/02 1230 | walk in to clinic. c/o needing Blue card for TENS unit & neck brace. Had cervicle laminectomy & surgery for carpal tunnel 8/16/02. mid line Incision @ back of neck healing well. steri strips intact -- No drainage Noted. Incision on Rt. hand healed well. No drainage or redness noted. ① Blue card for neck brace & TENS unit until seen by MD. ② F/u c̄ MD 8/30/02. _v.o Dipley/Jobe_ |
| 8/29/02 | 1240 Blue card issued for Neck brace & TENS unit. Blue card issued to RTC in A.M. for F/u. orders noted — _J Webb RN_ |
| 8/30/02 0930 | Here for MD. F/u on Neck Brace & Tens — v/s 98.9-11-20/98 wt 229 _JJohnson LVN_ Had cervical disc surg 3 levels 8-16-02 On TENS unit - Neck brace to be worn 3mo Wound healed OK - Feels better - Also had Carpal tunnel on Rt - healing OK A̅ Cervical disc disease & Carpal Tunnel P̄ Instructed r/ROm — Tens unit Blue card for 3 months — med unassign. Ref 3 months ✓ _Dr. [signature]_ |

_Please sign each entry with status._

000018

3.1

# CLINIC NOTES
### TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

**Name:** McKinney, Curtis
**TDCJ No.:** 534028
**Unit:** Neal

| Date & Time | Notes |
|---|---|
| 8/30/02 0936 | tens unit, neck brace blue card issued to x/p 11/30/02 _(signature)_ |
| 8-30-02 | 11:30 — Fluhl, M.D. on 10/30 from Rydale Emergies Clin |
| 8/30/02 | 11:30 — orders noted. _(signature)_ D. Morris Pa |
| 8/30/02 1630 | ① C/o in primary c/o increased pain due to being hand cuffed by an officer. ② ∅ visible sign of injury. Gait steady. Ⓐ Facial expression smiling. ③ Cont to take meds per dr order & if pain increase return to clinic or drop SCR if needed. — A Kay RN |
| 8-31-02 @ 1315 | ① Escorted to medical for PHD physical ② T-96°, P-104, R-24, BP 215/132 ④ PHD physical done. ∅ injuries noted. C/o pain to wrist bilat due to handcuffs & to back due to positioning of arms-being cuffed. Sgt Harrington able to place his fingertips between offenders wrist & the cuffs. Dr Lacy here - assessed offender ∅ obvious reason for ↑ discomfort. Tens neck back in place. Released from ~~security~~ medical to security. _(signature)_ D Buneski |

000019

Action Requested to Resolve your Complaint.

_Refer to Inspector General Warden Cole Major Baker Regional & Director Perkins, Cooper_

Offender Signature: _Curtis McKinney_          Date: _9-30-02_

**Administration's Decision**

☐ Mandatory referral to IAD (Grievance worksheet attached)

☐ No action warranted (Explain).

    Your grievance is being forwarded to the Central Grievance Office for
    coordination with the Office of the Inspector General Investigative
    Division.

### D.L. COLE

Signature Authority: _____          Date: __11-12-12__

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the Step 1 response. State your reason for appeal on the Step 2 form.

Returned because:

☐ 1. Grievable time period has expired.

☐ 2. Submission in excess of 1 every 7 days*

☐ 3. Original not submitted*

☐ 4. Inappropriate/excessive attachments*

☐ 5. No documented attempt at informal resolution.*

*You may resubmit this issue once corrections are made.

☐ 6. No requested relief is stated.*

☐ 7. Malicious use of vulgar, indecent, or physically threatening language directed at an individual.

☐ 8. The issue presented is not grievable.

☐ 9. No remedy exists.

☐ 10. Illegible/Incomprehensible*

☐ 11. Inappropriate (request is for employee disciplinary action or consequential or punitive damages).

I-127 Back (9/1/1999)                    UGI: _____



**Texas Department of Criminal Justice**

# STEP 2    OFFENDER GRIEVANCE FORM

Offender Name: _Curtis McKinney_   TDCJ # _53628_
Unit: _Neal_    Housing Assignment: _C 122_
Unit where incident occurred: _Neal_

OFFICE USE ONLY
Grievance #: 2003056359
UGI Rec'd Date: 1-14-03
HQ Rec'd Date: JAN 1 7 2003
Date Due: 2/18
Grievance Code: 000
Investigator ID #: 00258
Extension Date:

You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.

**Give reason for appeal (Be specific).** *I am dissatisfied with the response at Step 1 because...*

Due too I had too file complaint #2003056359 in a attempt too prevent futile problems inbetween me and my celly due Major Baker and Mrs Southern Mrs Southern ignored the report I made too then that could have lead too serious injure too me due too medical problems that I already suffer due too a major spinal cord surgry on the area of the spinal cord that stem off too my basin

Out of retaliation too me having too file the complaint Major Baker moved me off of a wing with the built in handicap shower with the safty rails bars after it was brought too her attention that the unit doctor had requested that I be placed on a wing for the shower by Capt Auguzie that I was ever there and a wing for the handicap shower.

Major Baker told Capt Auguzie too tell me that I could stay in the cell with the person that was causing the problem due too him having his homosexual boy friend in my cell for homo sexual reasons which already have resulted in them being seperated too diffent wings too prevent such activate.

Major Baker handled the problem in a racist manner due too the problem was inbetween two black inmates due too there are some same instances and/or not here

I-128 Front (Revised 9-1-2001)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

000088

_as abuse as mine that involve caucasian inmates that get prompt response with having the file complaint and are handle in a better justifien manner._

_Deper Major Baker abusing her authority and changing the doctors orders for me too be house on A wing with the handicap shower with the rails after I had problems on C wing in Oct 2002 with the shower chair. I've suffered unnecessary and wanton infliction of pain and suffering after falling in the shower while attempting too get out due too a B officer Howard took the shower chair 12/27/02 which is one of the problems that I had again reported to Dr Sac in Oct which made him request A wing housin._

**Offender Signature:** _Curtis McKinney_     **Date:** _1/13/03_

**Grievance Response:**

Appropriate action was taken at the unit level in regards to your life endangerment claims.  Further investigation reveals you have been re-housed to A-Wing.  No further action is warranted.

**Signature Authority:** _D. F. FONDREN_     **Date:** FEB 0 4 2003

**Returned because:**   *Resubmit this form when corrections are made.*

- ☐ 1.  Grievable time period has expired.
- ☐ 2.  Illegible/Incomprehensible. *
- ☐ 3.  Originals not submitted. *
- ☐ 4.  Inappropriate/Excessive attachments. *
- ☐ 5.  Malicious use of vulgar, indecent, or physically threatening language. *
- ☐ 6.  Inappropriate. *

**CGO Staff Signature:** _____

**I-128 Back (Revised 9-1-2001)**

| OFFICE USE ONLY | |
| --- | --- |
| Initial Submission | CGO Initials:_____ |
| Date UGI Recd:_____ | |
| Date CGO Recd:_____ | |
| (check one)____ Screened ____ Improperly Submitted | |
| Comments:_____ | |
| Date Returned to Offender:_____ | |
| 2nd Submission | CGO Initials: _____ |
| Date UGI Recd:_____ | |
| Date CGO Recd:_____ | |
| (check one) ____ Screened ____ Improperly Submitted | |
| Comments:_____ | |
| Date Returned to Offender:_____ | |
| 3rd Submission | CGO Initials:_____ |
| Date UGI Recd:_____ | |
| Date CGO Recd:_____ | |
| (check one) ____ Screened ____ Improperly Submitted | |
| Comments:_____ | |
| Date Returned to Offender:_____ | |

000089



**Texas Department of Criminal Justice**

**STEP 1** OFFENDER
GRIEVANCE FORM

OFFICE USE ONLY

Grievance #: _2003056359_

Date Received: _11-27-02_

Date Due: _1-6-03_

Grievance Code: _000_

Investigator ID #: _I0312_

Extension Date: _____

Date Retd to Offender: _JAN 0 6 2003_

Offender Name: _Curtis McKinney_  TDCJ # _534028_

Unit: _Neal_   Housing Assignment: _A107B_

Unit where incident occurred: _Same       C122_

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? _Sgt Smothers and Warst Mg Baker_  When? _11/18/02_

What was their response? _Contact Mrs Southern_

What action was taken? _None_

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

_Mrs Southern has knowly and intentional placed my
life and/or well being in great danger due to negligence
and racist actions due to on 11/18/02 I reported to Mrs
Southern that I've been having some problem with
my celly inmate Williams a knowed homosexual that
has been having his boy friend come in cell for what ever they
do. I spoke with him and he stated that he was not going to stop.
Due to I am a muslim and recently had a major surgery on my
spinal cord at the area that stems off to my brian 8/16/02 and could
easly be paralized or killed due to lack of abilities some of my
muslim brothers want to get involve and due to he has
been on the unit a long time he has a lot of friends that want
to get involve which can turn in to a major black on black incident,
& then Caucasion Caucasion inmates complain about the simplest
unfounded complaint about there celly they are quickly moved
& for it results into violance.
Mrs Southern is in direct violation of PD 22 #21 Discrimination
against persons on protected class due to African American inmates
problems are looked over and/or disregarded due to lack of concern for
them & putting one another. PD 22 # 5. Reckless endangerment
has been violated due to Mrs Southern knows from separate and
medical records that I had a major spinal surgery at the area on
that stemes off to my brian 8/16/02 and could easly be killed
or paralized from a physical confrontation. PD 22 # 8
Failure to follow proper safety procedures when her legal duty, to protect_

I-127 Front (Revised 9-1-2001)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)

000090

*offenders as in Swofford v. Mandell 969 F2d 547, 549, Butler v. Dowd 979 F2d 661, 675 (8th cir 1992) PD 22#7 Substandard duty performance level (4) due to maj. Southern has recklessly ignored a possible violent and/or deadly incident after I reported it to her. I feel strongly that there is a act and/or another act of retaliation of this administration chief due to I've had to file complaints on supervising officials after being assaulted by a officer 8/30/02 and a unjustified major use of force by Lt Nelson and then suffered another unqualified use of force by Lt Parda and Sgt Hinkle 8/31/02 for filing a incident report 8/30/02 on the 8/30/02 incident and upon written <sub>(over)</sub> 8/31/02 and placed in ...... custody with ... aggressive officer* PD 22#5

**Action Requested to resolve your Complaint.**

*I intend to ... trucking system for investigation of directors and agents. Investigate by inspector general office (coordinator. Refer to IAD team ... ... Place on file for CIA ... Fellows of human rights. Investigated by the NAACP. Move one of me and/or his boyfriend is .......... in our cell*

**Offender Signature:** *Curtis McKinney*     **Date:** *11/22/02*

---

**Grievance Response:**

Your grievance was thoroughly investigated and records indicate you were moved on 11-27-02. No further action deemed necessary.

---

**M. MUNSELLE**

**Signature Authority:** *M. Munselle*     **Date:** *1-4-03*

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

---

**Returned because:    *Resubmit this form when corrections are made.**

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days.*
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution.*
☐ 6. No requested relief is stated.*
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. *Vacant – discontinued 9-1-00*
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Signature:** _____
**I-127 Back** (Revised 9-1-2001)

**OFFICE USE ONLY**

Initial Submission     UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

2nd Submission     UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

3rd Submission     UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____



**Texas Department of Criminal Justice**

# STEP 2

**marver**

**OFFENDER GRIEVANCE FORM**

OFFICE USE ONLY

Grievance #: 2003091139

UGI Rec'd Date: 3-10-03

HQ Rec'd Date: MAR 13 2003

Date Due: 4-14

Grievance Code: 601, 623

Investigator ID #:   D

Extension Date:

Offender Name: _Curtis McKinney_ TDCJ # 534228

Unit: _neal Kn_   Housing Assignment: _A114B_

Unit where incident occurred: _neal_

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

Give reason for appeal (Be specific).   *I am dissatisfied with the response at Step 1 because...*

The core of grievance number 2003091139 is the fact that
due to Dr Lacy Administrator of medical Mr. Sutton and DrGonzales
ignoring neuro surgeon Dr. Maxwell for me to be physicaly rehi-
bilitated as can be tolerated after having surgry on my
C-spinal cord at levels 2-5 Anguest 16, 2002 resulted in the re-
gression of the limited physical so abilities that I had regained
after the spinal surgry, that released the pressure off my spinal
cord after a 4year delay, by Texas Tech medical personal.
Due to the ignorance and/or discepourdance of Dr. Maxwell's orders
I became very weak and uncoordinated in my upper and lower
limbs which resulted in me falling in the shower 12/27/02 and
serauly hurting my lumbar area of my spine and or back due
to the pergression of weakness and loss of control of my upper and
lower limbs. Coupled with the fact that a officer Howard would
not give me the blue card shower chair (that I had previously
reported 10/5/02 to Dr Lacy that I was having problems getting from
officer which contacted Captain Aguirie and ordered that I be moved
to A wing due to the built in handicap shower due the problems I
reported to him with officer and the handicap chair 10/15/02 which
major Baker changed due to I complained of my celly homosexual
activity in the cell with his boy friend.
On or about 1/9/03 the physical therepist only displayed intreit in
the obvious pain and suffering that I was in due to the lumbar
area injuries and still too this day 3/5/03 have not and/or did not
mention any physical therapy ordered by neuro Surggen Dr. Maxwell
for the C-spine abilities lost befor and after surgry, 8/16/02.
On or about 1/9/02 I was not examined until the chain bus had arrived

I-128 Front (Revised 9-1-2001)          **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**          (OVER)



**Texas Department of Criminal Justice**

# STEP 2    OFFENDER
GRIEVANCE FORM

Offender Name: _Curtis McKinney_    TDCJ # _534028_

Unit: _Neal_    Housing Assignment: _utility #2_

Unit where incident occurred: _Neal_

<table>
<tr><td colspan="2" align="center">OFFICE USE ONLY</td></tr>
<tr><td>Grievance #:</td><td>2003086838</td></tr>
<tr><td>UGI Recd Date:</td><td>3-5-03</td></tr>
<tr><td>HQ Recd Date:</td><td>MAR 1 1 2003</td></tr>
<tr><td>Date Due:</td><td>4-9-03</td></tr>
<tr><td>Grievance Code:</td><td>200,804</td></tr>
<tr><td>Investigator ID #:</td><td>20258</td></tr>
<tr><td>Extension Date:</td><td></td></tr>
</table>

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

Give reason for appeal (Be specific).    I am dissatisfied with the response at Step 1 because...

The case of this grievance is the fact that Major Baker knowingly and intentionally change the doctor orders for me to be housed on A wing due too pit bos has a build in handicap shower after I reported problems that I was having with the portable handicap shower chair Oct 15, 2002 see medical records (to long orders).
After Major Baker and Mrs Southern ignored the I-60 report that I reported the fact that me and my celly was having problems (due too he is a known active homosexual that was have sex with boy friend in our cell) and was attempting too avoid physical confrontation so I filed a grievance on Mrs Southern.
After receiving a move slip the evening after I filed the grievance the move from A-107 R too C 105 R. I went too Capt Aguirre which medical contacted w/ 9-3-02 and ordered that I be moved from C 118 R too A 1 wing due too the built in handicap shower. Capt Aguirre called Major Baker (which authorized the move) and reported the fact that I was ordered moved on A wing by medical for the needed medical shower. I reported the celly problem before it got out of control as it was not a problem for me too stay on A wing in fact it seemed logical for the two homosexuals too be separated due too illegal sexual activity would continue.
Major Baker told Capt Aguirre too tell me that I could stay in the cell with the problems or move too C wing which the doctor had ordered me moved off due too medical needs.

I-128 Front (Revised 9-1-2001)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)

Dec 27, 2002 I fail taging too get out of the show of too my legs got very weak which is why the handicap shower was needed due too the real unit medical department disregarded the _____ neuro surgeons orders for me too be physical rehibilitated after having a major spinal cord surgery. Request 16 and the limited physical abilities had gretly deteroated even futher due to their negligency. And picked officer Braud would not give me the shower chair too use in the limited shower time we had on medum which is one of the problems I reported 6/13/02. When I finally was sent to physical therapy emoluation I was hurting realy bad from the 12/27/02 shower, lower back injury. And could hardly walk the therapist gave me a chase to sit over the week in aide. resulting or time took the resst week when I could get ____ and better

**Offender Signature:** _Curtis McKinney_      **Date:** _3/3/03_  MAR 11 2003

**Grievance Response:**

You were correctly advised at the unit level.  No action is warranted.

**Signature Authority:** _[signature]_      **Date:** MAR 20 2003

## D. F. FONDREN

**Returned because:** *Resubmit this form when corrections are made.*

- [ ] 1. Grievable time period has expired.
- [ ] 2. Illegible/Incomprehensible. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 6. Inappropriate. *

**CGO Staff Signature:** _____

**I-128 Back (Revised 9-1-2001)**

| OFFICE USE ONLY | |
| --- | --- |
| Initial Submission | CGO Initials:_____ |
| Date UGI Recd:_____ | |
| Date CGO Recd:_____ | |
| (check one) ____Screened ____Improperly Submitted | |
| Comments:_____ | |
| Date Returned to Offender:_____ | |
| 2nd Submission | CGO Initials: _____ |
| Date UGI Recd:_____ | |
| Date CGO Recd:_____ | |
| (check one) ____Screened ____Improperly Submitted | |
| Comments:_____ | |
| Date Returned to Offender:_____ | |
| 3rd Submission | CGO Initials:_____ |
| Date UGI Recd:_____ | |
| Date CGO Recd:_____ | |
| (check one) ____Screened ____Improperly Submitted | |
| Comments:_____ | |
| Date Returned to Offender:_____ | |

Texas Department of Criminal Justice

# STEP 1

OFFENDER
GRIEVANCE FORM

OFFICE USE ONLY

Grievance #: 200308 6838

Date Received: 1-15-03

Date Due: 2-24-03

Grievance Code: 200,804

Investigator ID #: I0312

Extension Date:

Date Ret'd to Offender: FEB 2 1 2003

Offender Name: Curtis McKinney   TDCJ # 534028

Unit: Neal   Housing Assignment: C122B

Unit where incident occurred: Neal

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Sgt. Smothers, Lt. Harrell medical   When? 12/5/02 and 12/28/02

What was their response? Would check it out / Scheduled to see the neuro surgeon

What action was taken? none / Scheduled to be examined

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

I've suffered unnecessary and wanton infliction of
infliction of pain due too Major Baker's deliberate
indifference too my serious medical needs due too
she willfuly and intentional abused her authority by
changing Dr. Lacy's order for me too be moved from C wing
around or about October 15, 02 too A wing which has a built
in handicap shower with rails due too that I've been
rapidly loosing strength and ability in my upper and
lower limbs and in coordination due too not being phy-
ically rehibilitated oft after having a major spinal cord-
sergery 8/14/02. Dr. Lacy ordered for me too be moved too
A wing due too increase the distration detrication of abilities
and the A wing shower has handicap rails plus due too problems
that I was having with getting the handicap chair from an officer
and sanitary problems with office, using it for a foot
stool due too a number of times foot prints and
some sort of chemical substances being on the chair
when I get it out of the picket and I don't have any
access too disinfected. Major Baker retaliated on me, having
too file a griearance complaint after I reported homosexual
activity that was causing conflict with me and my cell,
due too he was having his boy friend in our cell while I store
was at Ramadan service and Mrs. Southeen and Major Baker
fail too respond too the report that was leading too serious
physical conflict (see griearance # 2003056359). Capt. Auguire

I-127 Front (Revised 9-1-2001)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

reported too Major Baker 9/27/02 the fact that I had been moved too A wing by medicals request due too the need for the handicape shower. Major Baker told Capt Aguirre too tell me that I could stay in the cell with the person that I was having problems with or move back too C wing which does not have the built in handicap shower with the rails that I used too keep my balance while standing in the shower. I exercised in citing PD22 #37, PD22#23 and 339.04 violating my civil rights. I've suffered severe bodly injury due too I fell attempting too get out of the shower due too I did not have the rails too hold and a office brought me too the the blue card shower chair 12/27/02 and would not give it too me as I previously had too.

**Action Requested to resolve your Complaint.** Call me in too get copies of witness statement on file & inter-in-te-ve ewding system for investigation of inspector general Place on file for CIA James Fellmer of human rights watch and the NAACP Be review for unit too safer due too constant abuse and adulation that I constantly suffered at the hand of smoking administraction and I am in great fear of futher retaliation due too this complaint

**Offender Signature:** Curtis McKinnely   **Date:** 1/16/03

**Grievance Response:**

Your complaint has been noted. You have been on A wing since your return from the RB unit on 1-21-03. According to Major Baker you were the one who requested to be moved. There was no retaliation found on the part of Major Baker. Medical was contacted regarding your complaint and was revealed to this office that your medical record indicates that Dr. Lacy wrote an order for a handicap shower for three months on 10-15-02. On 12-6-02, the P.A. wrote an order for a shower chair for 60 days. You were sent to Montford for physical therapy but you refused to stay for extended therapy. This office must defer to the expertise of the medical dept in caring for your medical needs.

**Signature Authority:** _DLC_   **D.L. COLE**   **Date:** 2-21-03

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**   *Resubmit this form when corrections are made.
- [ ] 1. Grievable time period has expired.
- [ ] 2. Submission in excess of 1 every 7 days.*
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution.*
- [ ] 6. No requested relief is stated.*
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Vacant – discontinued 9-1-00
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

**UGI Signature:** _____
I-127 Back (Revised 9-1-2001)

**OFFICE USE ONLY**

**Initial Submission**   UGI Initials:_____
Grievance #:_____
Screening Criteria Used:_____
Date Recd from Offender:_____
Date Returned to Offender:_____

**2nd Submission**   UGI Initials:_____
Grievance #:_____
Screening Criteria Used:_____
Date Recd from Offender:_____
Date Returned to Offender:_____

**3rd Submission**   UGI Initials:_____
Grievance #:_____
Screening Criteria Used:_____
Date Recd from Offender:_____
Date Returned to Offender:_____



**Texas Department of Criminal Justice**

# STEP 2     OFFENDER GRIEVANCE FORM

Offender Name: _Curtis McKinney_   TDCJ # _53408_

Unit: _Neal_    Housing Assignment: _A 114B_

Unit where incident occurred: _Neal_

<table>
<tr><td colspan="2">OFFICE USE ONLY</td></tr>
<tr><td>Grievance #:</td><td>2003120574</td></tr>
<tr><td>UGI Recd Date:</td><td>4-21-03</td></tr>
<tr><td>HQ Recd Date:</td><td>APR 28 2003</td></tr>
<tr><td>Date Due:</td><td>05-26</td></tr>
<tr><td>Grievance Code:</td><td>611, 643</td></tr>
<tr><td>Investigator ID #:</td><td></td></tr>
<tr><td>Extension Date:</td><td></td></tr>
</table>

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

Give reason for appeal (Be specific). *I am dissatisfied with the response at Step 1 because...*

The core of this grievance #2003120574 is the fact that I was never physically rehibilitated as the neuro surgean order of having surgery on my C-spinal cord and carpitinal surgery on my right hand. A review of my medical records will show that I never recieved and sort of excercises or physical therapy in any form for the August 16, 2002 surgries. January 9, 2003 the physical therapist did not get around too see me until the chain bus was there too pick us up and only examined me for the exstream pain that I was in due too the injury too my lumbar that I suffered Dec 27, 2002, (due too Dr Lacy's orders for me too be housed on A wing with the built in handicap shower that was ordered Oct, 15, 2002 due too I was having too many problems with getting the portable handicap chair from the officers) when I fail in the shower due too regression in my physical abilities due too not being physu physically rehibilitated as ordered after I had lost a geat deal of physcial abilities due too the (4)four year delay in schedualling of the spinal cord sutgry when they Texas Tech had free world medical records that show that the previuse injury too my c-spine was most likly the core of my problems that the ignored for the (4) years.

January 9, 2003 stated that he was going too have me put back on the chain as soon as possiable too come back for physical therepy I never refused therapy which would have required me too sign a refusal accordding too policy. In fact I had too file a grievance too be brought back after he did not bring me back as he stated he

000112

was going too do. when I went back Feb. 13, 2003 the therapist only displayed intrest in the lumbar injury that I had suffered due too the great delay in and/or due too the neuro surgeons order being ignored and the misconduct of major Baker at the neat unit which changed the doctors orders in retaliation too me filing a complaint. A review of my medical records will show that the Feb. 13 2003, excercises were for the lumbar not for the C-Spinal area and the right hand capitunal was not mentioned at all. There is know were in my medical file that shows where I've recieved any excercises for the c spine or my right hand as ordered by neura Surgeon Dr. Maxwell nor is there a refusal that that I suposely signed. Health Services and Procedures Gouana and Admin- stration Policy, o.1 Paccess to care Policy, o.2 Respunciable health Authority A.0.2.1 and A-0.2.1 Policy 29 and Policy E-4 as are being violated

Offender Signature: _Curtis McKinney_    Date: _4/20/03_

---

**Grievance Response:**

2003120574    McKinney, Curtis    534028

Review of your Step 1 grievance reflects that you have failed to provide specific information, such as current dates, to enable investigation at this level. Review of grievance records reflects that the issue of your alleged delay and/or denial of physical therapy previously received an appropriate review; refer to the response received for Offender Grievance number 2003091139. Action through the grievance mechanism is not currently required.

Signature Authority: _Donna Vallie_    Date: _5-19-2003_

**Donna Vallie**
**Inv. V-OPS**

Returned because:    *Resubmit this form when corrections are made.*

- [ ] 1. Grievable time period has expired.
- [ ] 2. Illegible/Incomprehensible. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 6. Inappropriate. *

CGO Staff Signature: _____

I-128 Back (Revised 9-1-2001)

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | CGO Initials:_____ |
| Date UGI Recd:_____ | |
| Date CGO Recd:_____ | |
| (check one)____ Screened | Improperly Submitted |
| Comments:_____ | |
| Date Returned to Offender:_____ | |
| 2nd Submission | CGO Initials:_____ |
| Date UGI Recd:_____ | |
| Date CGO Recd:_____ | |
| (check one)____ Screened | Improperly Submitted |
| Comments:_____ | |
| Date Returned to Offender:_____ | |
| 3rd Submission | CGO Initials:_____ |
| Date UGI Recd:_____ | |
| Date CGO Recd:_____ | |
| (check one)____ Screened | Improperly Submitted |
| Comments:_____ | |
| Date Returned to Offender:_____ | |

000113

 TEXAS TECH UNIVERSITY HEALTH SCIENCES CENTER

Office of Managed Health Care

Lubbock, Texas 79430
(806) 743-1331
FAX (806) 743-1058

May 25, 1999

Mr. Curtis McKinney #534028
P.O. Box 2000
Colorado City, TX 79512

Dear Mr. McKinney,

This is to acknowledge receipt of your letter of 4/28/99 to Mr. Tonniges.  We will ask for
a review of your medical care.

Sincerely,

William E. Gonzalez, M.D.
Medical Director
TTUHSC Managed Health Care

*An EEO / Affirmative Action Institution*



**TEXAS TECH UNIVERSITY HEALTH SCIENCES CENTER**

Office of Health Care Systems
3223 South Loop 289 Ste 210
Lubbock, Texas 79423
(806) 791-4433
FAX: (806) 797-9492

July 12, 2001

Mr. Curtis McKinney
TDCJ # 534028
Wallace Unit
P.O. Box 2000
Colorado City, TX 79512

Dear Mr. McKinney,

In answer to your letter of 6/14/01, we requested a complete review of your medical care. We have copies of your MRI which was performed on 6/7/01. We also have a complete answer of the multiple visits that you have had at the unit. Impression of the staff at the unit is that all you arer wanting is to move to another unit. There is no medical indication for movement to another unit. Dr. Hults and I have requested that you be evaluated by a specialist and this will be done in the very near future.

At present we see that you have access to care, are being treated appropriately and we find no indication for further direct intervention from this office.

We hope you continue to do well and certainly wish the best for you in the near future.

We have requested a specialty consult and this will be done as soon as we possibly can.

Sincerely,

William E. Gonzalez, M.D.
Medical Director
TTUHSC Health Care Systems

cc: Gail Anderson, PHSA

*An EEO / Affirmative Action Institution*



# TEXAS TECH UNIVERSITY HEALTH SCIENCES CENTER

Office of Health Care Systems
3223 South Loop 289 Ste 210
Lubbock, Texas 79423
(806) 791-4433
FAX (806) 797-9492

November 12, 2002

Mr. Curtis McKinney
TDCJ # 534028
Neal Unit

Dear Mr. McKinney,

In answer to your letter of 10/10/02, we requested a review of your medical care. It is found in the surgical notes of Dr. Maxwell that you were to have gradual advance in activity as tolerated. This can be interpreted as physical training to tolerance. There is no magic in physical therapy since evaluation of the surgery that you had and the post surgery was for you to continue motion and movement as tolerated considering your condition. You have been seen by the Medical Director of your unit on 8/30/02, 9/3/02, 9/10/02, 10/8/02, 10/15/02, 10/17/02, and 10/30/02. You had a request to see the doctor on 9/03/02 but you were a no show for a chronic care appointment and on 9/6/02 you were also a no show. You submitted another request on 9/28/02 and you were seen by the nurses on 10/01/01. You were referred to be seen by the doctor and again you were a no show on 10/3/02.

We do know that you have had surgery and needed to be followed carefully but it is up to your physician who is seeing you at present as to what activity or how you should progress to the level of activity that you need. I would recommend if you continue to have difficulty you should address this locally and show up to the clinic as recommended and requested.

The medical staff of your unit has been made aware of your concerns and will continue to monitor the situation. You have the proper restrictions, access to care, and have been treated appropriately. We do not find any indication for direct intervention from this office. We hope you continue to do well and certainly wish the best for you in the near future.

Sincerely,

William E. Gonzalez, M.D.
Medical Director
TTUHSC Health Care Systems

cc: Kelly Sutton, PHSA

*An EEO / Affirmative Action Institution*

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## Health Services Division
### Office of Professional Standards/Patient Liaison Program
#### INTERVIEW FORM

The Health Services Patient Liaison Program is established within the Office of Professional Standards as an informal mechanism for the investigation of complaints, allegations, and concerns about the health or health care of a Texas Department of Criminal Justice (TDCJ) offender. If you are not satisfied with the attempts at informal resolution made by the Patient Liaison Program, the formal grievance process is available to you.

OFFENDER NAME: McKinney, Curtis          TDCJ-ID#: 534028

| ISSUE PRESENTED | Resolved | O/F Ref | PLP Ref * | ADMN Ref |
|---|---|---|---|---|
| 1) back injury 5/11/98 - last seen 9/22/98 for back by P.A. Kuenti. Medications were ordered and limited walking 880 yards. Restrictions are to be assigned by facility physician. | | ✓ | | |
| | | | | |
| | | | | |
| | | | | |

Your signature below, along with that of the Patient Liaison Program Investigator, acknowledges that you have reviewed your correspondence and presented the above issues on 9/25/98 (Date). You will be given a copy of this form. Our office will retain the original for our investigation. *For issues that will be addressed through **PLP Ref** or **ADMN Rev**, please allow 60 days before attempting to speak with the medical department about any resolution.

Denise McCarty                          9/25/98
Patient Liaison Program Investigator      Date

Curtis McKinney                          9-25-98
Offender                                  Date

Reference No.: 9800534028000001

xc:     Facility Medical Management Team

**Legend:** Resolved = Offender reports to investigator that this is no longer a concern. **O/F Ref** = Patient Liaison Program informs the offender that this particular issue is to be handled by the offender, either in person or via established agency procedure. **PLP Ref** = Patient Liaison Program informs the offender that this particular issue will be addressed by our investigator via referral to the medical department. **ADMN Ref** = Patient Liaison Program informs the offender that the particular issue presented is being sent up the chain of command for administrative review and that the response on this issue will not come from this investigator.

# Office of Professional Standards
## *Inter-Office Communication*

**To:** *Curtis McKinney*                    **Date:** *7/21/98*

**From:**     **Office of**                  **Subject:  Copies**
         **Professional Standards**

---

The Office of Professional Standards, Patient Liaison Program is in receipt of your recent correspondence. In it you request that our office make copies of all or part of the correspondence/attachments you provided. This office is not responsible for copying and returning your documents. Your correspondence is being returned to you without action. If you wish to pursue your concerns/issues you may re-submit. Provide only originals/copies that you do not want back. This office will not copy or return the submitted correspondence/documents except by a legitimate request for open records through your Facility Open Records Coordinator. You may describe the information/documents you have rather than mailing them to us. If the investigator believes this information cannot be obtained from alternative sources (such as the medical record) and would impact the investigation, he/she will make arrangements to obtain copies from you at that time.

Sincerely,

**PATIENT LIAISON PROGRAM**

Xc: *Medical Management Team*

Xc (w/enc.): _____

____ Enclosure(s)

_✓_ Reference No.: *9800 5340 2800 0002*

---
---
---
---



**TEXAS TECH**
U N I V E R S I T Y
HEALTH SCIENCES CENTER

UTILIZATION MANAGEMENT
Office of Managed Care

7120 I-40 West, Bldg. A
Suite 360
Amarillo. Texas 79106

(806) 356-5350
(806) 356-5356 - Fax
800-769-7843

# MEMORANDUM

**TO:**     McKinney, Curtis
           TDCJ #534028

**FROM:**   Michael W. Jones
           Director, Utilization Management

**DATE:**   April 27, 1999

**RE:**     Your Correspondence Dated 4-11-98


I have reviewed your letter and our information in this office.  Additionally, I have contacted Ms. Anderson.

In reviewing the available information, I am unable to determine any objective findings as they might relate to your history of back problems.  Plain film x-rays have failed to indicate an acute problem.  At this time, there does not appear to be any reason for off-site specialty services.

I did notice, that you were no longer assigned to the field squad.

Should you have additional concerns, or subjective symptoms do develop, I encourage you to discuss these with Ms. Anderson.


xc:    Ms. Anderson

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE

P.O. Box 99 } Huntsville, Texas 77342-0099

Wayne Scott
Executive Director

July 14, 1999

Offender Curtis McKinney
TDCJ-ID # 534028
Wallace Facility

Offender McKinney:

Review of Patient Liaison correspondence files reflects that your letter expressing dissatisfaction with the medical attention received for back concerns and requesting assistance in receiving a medical transfer did not receive a response. We apologize for the delay in response. Your clinical records have been reviewed and your concerns are herein addressed.

Review of your clinical records reflects that you were assessed for back and orthopedic concerns on June 18, 1999, by Dr. Hults. A continuation of Indocin for discomfort and a specialty clinic referral was submitted requesting a magnetic resonance imaging (MRI) on the same date of examination. Approval of the referral will result in scheduling at a future date. Please be aware that it is the responsibility of the facility clinicians to determine what medical treatments, specialty clinic consultations, or medications will be needed.

The facility physician must initiate any request for transfer due to medical reasons. You are being seen and treated appropriately at your current facility of assignment. If you desire information relating to a non-medical transfer, we suggest that you contact the Bureau of Classification.

The Patient Liaison Program is charged with determining access to health care. Quality of medical care issues are not within the purview of this office. If you are dissatisfied with the assessments the physician made, or the manner in which you were examined, you may wish to address these issues with the Texas Tech Medical Director, Dr. Gonzalez, Texas Tech Correctional Health Science Center, 3601 4th Street, Lubbock, Texas, 79430.

Should you have additional questions or concerns of a medical nature, you are encouraged to contact your facility medical providers and give them the opportunity to resolve complaints and concerns at that level first.

Sincerely,

Denise McCarty
Investigator II, Patient Liaison Program
Office of Professional Standards
Health Services

DMc/sl

XC:     William Gonzalez, M.D., TTUHSC/Medical Director
        Wallace Facility Medical Management Team

Reference No.:   990053402800003

**CLINIC NOTES**
TEXAS DEPARTMENT OF CRIMINAL JUSTICE
**INSTITUTIONAL DIVISION**

Name: _McKenney Curtis_

TDCJ No.: _534028_

Unit: _WC_

| Date & Time | Notes |
|---|---|
| 7-31-00 | 1000 Classification contacted regarding offender fear "of harming himself or others" due to being unable to lift heavy pans etc- job change — A. Anderson RN |
| 8-1-00 | 0825 ... offender c/o injured back placing folded towels on shelf et felt sharp shooting pain to ... back ... tender ... |
| 8-1-00 | 0835 ... Bent over to set down stack of towels, felt sharp |
| VS 95. P 80 | pain mid back, ... |
| R 20 BP 18/ | ... walk ... |
| | ... |
| 0835 | ... ... 500 ... X 10 ... washington 1st — |

DR. R. HULTS, M.D.

| 8-1-00 | 1500 Approval received for referral to RMF EMC / NCS ... cert BMF EMC 07 2800 CD 6446 7 — A. Anderson RN |
| 03.00 ... | ... for ... back ... wt 95 ... |
| Wallace Unit | ... 200  T 98.0 — ... |
| PI E FU CC AD |  |
| 8/8/00 | Problem already addressed F/U 1st ... — |

noted R. Davis LVN 8-3-00    scheduled 8-18-00    DR. R. HULTS, M.D.

# CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

**Name:** McKinney, Curtis

**TDCJ No.:** 534028

**Unit:** WARE

| Date & Time | Notes |
|---|---|
| 5/11/98 1100 | offender WI from fields c̄ C/o LBP states "I was pulling a stump slipped and fell - my back hurts" @ Vls at 217 T98° P76 R18 B/P 155/88 ℗ offender indicates pain to ↓ L Quadrant of back - Ø visible injuries, Ø Swelling, Ø ecchymosis, Ø ↓ Rom, ® pain acute ℗ SAF-04 filed, applied heat X 20min, Ibu 200mg # TIDX 7day issued KoP per strain protocol ___ Jarll in |
| 5/11/98 | 1105 offender observed in waiting moving c̄ difficulty & s/s distress states "I have a Hx of back injury - what are you a nurse - when will I see Dr" LVN advised offender that his full Rom, Ø visible injury, Ø tenderness to area when touched did not automatically call for MD/PA appt simply because he had a 1st year old injury. - offender is being worked WNL of his PULHES - Ø further TX at this time may submit HSA-9 ___ Jarll in |
| 5/12/98 | 0800 received 3 HSA-9s c̄ C/o about medical Treatment refered to DON ___ Jarll in |
| 5/14/98 | 0800 received HSA-9 c̄ C/o about medical treatment - Refto to DON ___ Jarll in |
| 5-14-98 | 1600 Inmate C/o treatment was treated per protocol informed of such - Will schedule MD appt HAnderson Rn ___ |
| 5/15/98 1100 ✓ | MD/PA appt scheduled 5/19/98 for evaluation of back Pain ___ BCogburn RN |
| 5/18/98 | 0800 received HSA-9 c̄ C/o about medical TX - NSC 5/18/98 Jarll in |

Please sign each entry with status.

Arlington Memorial - (Records Dept.)      4-15-98

I, Curtis M. McKenny, am currently incarcerated by the Texas Dept. of Criminal Justice (T.D.C.J.).

I suffer from physical & emotional disabilities — due to a H.S. football injury, which left me temporarily paralized from the neck down — apprx., September-1983. I believe the assigned doctor was "Dr. Lito Porto."

I am enquiring or acquisitioning all the medical\hospital records pretaining to the Sept., 1983 injury.

If there is a fee for copies of my records, I kindly ask that the fee be waivered. Considering my dispposition... I have no-way to extend remunerations.

If feasible, "Please" send the above requested information to me, or respond if fee's can not be waivered... to: Curtis M. McKenney, T.D.C.J. #534028, P.O. Box 2500, Colorado City, TX. 79512.

Sincerly,

Curtis M. McKinney

Curtis M. McKinney

6-18-01

?:51

Mr. Gary, Johnson,
Classifcation
Pg (1)          P.o Box 99
Huntsville, Tx
77342-0099

OFFENDER
CORRESPONDENCE
JUN 2001

Dear Mr. Johnson,

My name is Curtis McKinney,#
534028, an I am currently assinged
to the John "80" Wallace unit were I am
under the care of Ms. Gal Anderson, the
medical administrator located in Colorado,
City, Tx 79512 P.o Box 2000.

I am writting you this letter
in hopes that you will please consider helpp-
ing me and my family get a medical transfer
for me due to the following facts:

C/c    I am a 33 year old man that prevausly
suffer a spinal injury to the "C5" section of
my spine which left me partial quadriplegia as
the medical records I've provided indicates.
There are also medical records pertainning to
the spinal injury that can be obtained from
Archives medical records health services dated
1990 - 1991.

I am in fear of my life, health and well
being due to my phyical abilties has
greatly deteriorated here to the point

Pg(2)

that it has become very noticable and
has made me prey to the other healthy
inmates. I've been threaten a couple time
and has made up my mine mentaly that
I am going to have to result to extreme
measures to protect myself due to the great
deterioration of my phyical abilities under
this medical administration.

Dr Hults has been prescribing Indomethacin
napain or Ibipropin for my deteriorating condition
for the past three years which has not been
conducive protocal for my Condition

I've provided Mrs. Anderson and Dr Hults medical
records pertainning to the prevouse spinal
injury that I suffered concerning my
medical dispossition. I am not sure if
my prevouse medical records or my continous
complaints are being taken into consideration.

c/o

Because of the symptoms that I've been
experiencing for quit some time now I am
questioning the judgement as to why the "C"
section of my spine has not been considered
for view since the "C" section was the core dam-
aged initially.

Though I am not a specialist in the "Nuro" field
I am aware that my condition is not improving
but in fact failing me slowly.

Pg(3)

I state these facts and & that it is indeed
true because in 1999 I was working out and
exercising regularly and today I cant carry
a full pitcher of water 15 ft with out trimbl-
ing and straining to hold on to it. I am having
a very difficult time grasping hold to objects
with a firm grip. For example I have trouble
screwing the top off a salt shaker. At times
my right arm feels as if it's tied to a thou-
sand pound wieght at the end of the day. This
goes the same for my right leg. I use to jog
every other morning but now climbing up
a flight of stairs has become embarissig
be cause I now have to pull up on my pant
leg to assist my right leg up to the nexst
step. Evidence can clearly be seen because
the front of my right shoe is worn down
due to the dragging. Attemptting to jog
has become dangerouse for me because
I've become clumsy and off balanced
People tell me that I walk like a 80 year
old man and I've started to have problems
with security due to problems. I cant get
up off the bed or ground like normal people.

c/o

Though my complaints my be anoying to
Dr. Hults and Mrs. Anderson I dont exped
expect the to understand the mental
burden that they've placed on me as I
continuously explain that I need so help.
But for them to tell me to continue to
take anti-inflamatories is wrong of them.

Pg (4)

I am fully aware of the fact that my condition stems from the previouse spinal injury that I suffered years ago. The treatment that I've been receiving under this medical administration has not been conducive.

I know if don't get your assistance in this matter Mr. Johnson, I wont get any more assistance from Mrs. Anderson and Dr. Hults other then what I've been receiving.

At this time I am pleading with you and requesting that I please be considered for a medical transfer so that I can possiably be evaluated properly and treated properly for deteration and loss of abilities that I've suffered under this medical administration.

c/c

Thank you
Curtis McKinney
# 534028
P.O Box 2000
Colorado City
Tx 79512

To: Arlington Memorial Hospital.
800 W. Randol Mill Road
Arlington, Texas 76012

[ No Cover ]

534028

(old 9758)
✓ old mar
1806

I, *Curtis Marvin McKinney*, authorize release of health care information to:

*D. Anderson, health Administrator, Curtis McKinney # 534028*
Name
*Dick Ware I.F., 1681 S.Cr 202, Colorado City Tx 79512.*
Address

information to be released related to my medical history, diagnosis, treatment or prognosis:

*McKinney, Curtis*                       *611938*
Print patient name                        Hospital number
*Appx. Sept. 1983*                       *7-27-67*
Date(s) of service                        Date of Birth

- ☐ Face Sheet            ☑ Emergency Record
- ☐ History and Physical  ☐ Discharge Summary
- ☐ Operative Report      ☑ Other _____
- ☐ Pathology Report      ☑ Other _____

I understand that the specific type of information to be disclosed may include a history of the diagnosis and/or treatment of mental conditions, chemical or alcohol abuse and dependency, AIDS, and I have given my specific consent for disclosure of this information as indicated below.

I also understand that I may revoke this authorization at any time except when the release is for purposes of obtaining payment for health care. This authorization will expire 180 days from the date of my signature or as otherwise specified by date, event, or condition as follows:

_____
_____
_____

Texas Legislation Senate Bill 975
"The hospital may charge a reasonable fee for providing copies of records, and is not required to release the information requested until the fee is paid."

*Curtis M. McKinney*          *Patient*          *4-15-98*
Signature of patient or legally authorized representative   Relationship to patient   Date

ARLINGTON MEMORIAL HOSPITAL
**Authorization for Release of Information**

MR102- 9/97

# ARLINGTON MEMORIAL HOSPITAL
800 W. RANDOL MILL ROAD • ARLINGTON, TEXAS 76012

1. CHART COPY
## ADMISSION FORM

| DISCHARGE DATE & TIME | |
|---|---|
| 9·14·82 | |

| ACCOUNT NUMBER | ADMISSION DATE & TIME | ROOM & BED NO. | AC. CD. | SERVICE PRIORITY | REGISTRATION DATE | MED. RECORD NO. |
|---|---|---|---|---|---|---|
| 1304-7436 | 9/02/82 10:19PM | 1306-2 | S | M-S EMERGENCY | | 180693 |

**PATIENT**

| NAME, NICK, ADDRESS, PHONE | DATE OF BIRTH | AGE | SEX | RACE | NOK: NAME, RELATIONSHIP, HOME & WORK PHONE |
|---|---|---|---|---|---|
| MCKINNEY       CURTIS MARVIN 1917 GALVESTON GRAND PRAIRIE   TX 75051 817/000-0000 | 7/27/67 | 15 | M | N | CLYDE MCKINNEY FATHER 817/000-0000 214/462-0480 |

| | SOCIAL SECURITY NO. | MARITAL STATUS | | |
|---|---|---|---|---|
| | | S | | |

| RELIGION | SMOKE |
|---|---|
| BAP | NO |

**DIAGNOSIS**

| DIAGNOSIS | PREVIOUS ADMISSION DATE | ICDA CODE |
|---|---|---|
| C SPINE CONTUSION | / / | |

| ADMITTING DOCTOR | ATTENDING DOCTOR |
|---|---|
| 514 PORTO LITO MD | 514 PORTO LITO MD |

**GUARANTOR**

| NAME, ADDRESS, PHONE, RELATIONSHIP | OCCUPATION | EMPLOYER NAME, ADDRESS, PHONE |
|---|---|---|
| MCKINNEY       CLYDE 1917 GALVESTON GR PRAIRIE   TX 75051 817/000-0000 FATHER | HELPER | N W MASONRY LEWISVILLE   TX 214/462-0480 |

| | CLOCK NO. | LENGTH EMPL. |
|---|---|---|
| | | 3YEARS |

| | PREADMIT BY | ADMIT BY |
|---|---|---|
| | | LS |

| MEDICARE NUMBER & SUFFIX | ACCIDENT | ON JOB | ONSET DATE | PRE NUMBER |
|---|---|---|---|---|
| | YES | NO | 9/02/82 | 1353 |

**INSURANCE**

**CARRIER 1**

| NAME, ADDRESS, PHONE | POLICY HOLDER & RELATIONSHIP | VERIFIED |
|---|---|---|
| 214/358-2468 INTERNATIONAL 800 EX. TOWER 3300 W. MOCK DALLAS      TX 75235 | GPISD | |

| GROUP & POLICY NO. | I.D. NO. & EFFECTIVE DATE |
|---|---|
| | / / |

**CARRIER 2**

| NAME, ADDRESS, PHONE | POLICY HOLDER & RELATIONSHIP | VERIFIED |
|---|---|---|
| | | |

| GROUP & POLICY NO. | I.D. NO. & EFFECTIVE DATE |
|---|---|
| | / / |

**PRE-OPERATIVE OR ADMITTING DIAGNOSIS:** Partial quadriplegia   257979

**POST-OPERATIVE OR FINAL DIAGNOSIS:**   344.0

Partial Quadriplegia

**OPERATION:**

**COMPLICATIONS:**

**INFECTIONS:**

| | |
|---|---|
| ☐ REC      ☐ UNIMP | |
| ☐ IMP      ☐ EXP | |

**MEDICAL RECORDS USE ONLY**

| | | |
|---|---|---|
| ALIVE | ☑ | PT. DAYS   12 |
| DIAG. ONLY | ☐ | SERVICE |
| DISC. AMA | ☐ | TREATMENT |
| EXPIRED UNDER 48 HOURS | ☐ | CONSULTS |
| EXPIRED OVER 48 HOURS | ☐ | TRANSFUSIONS |
| AUTOPSY | ☐ | |

I HEREBY CERTIFY THAT THIS ENTIRE CHART HAS BEEN EXAMINED BY ME AND FOUND TO BE COMPLETE AND THE FACTS SHOWN IN THIS CHART ARE CORRECT. THIS PATIENT WAS DISCHARGED AS PER

| DATE | SIGNATURE OF ATTENDING PHYSICIAN |
|---|---|
| 9·14·82 | Porto Lito M.D. |

# ARLINGTON MEMORIAL HOSPITAL
800 W. RANDOL MILL ROAD • ARLINGTON, TEXAS 76012

## EMERGENCY MEDICAL RECORD

| ACCOUNT NUMBER | ADMISSION DATE & TIME | AYB SPR'S AREA | SEX | DATE OF BIRTH | AGE | METHOD OF ARR. VAL |
|---|---|---|---|---|---|---|
| 2308648-1 | 9-2-82 17⁵ AM | | m | 7-21-67 | 15 | ☒ STRETCHER ☐ CARRIED ☐ W/CHAIR |

| NAME | LAST | FIRST | MIDDL INITIAL | NEE | INITIAL COMP U. IT | RACE |
|---|---|---|---|---|---|---|
| McKinney | Curtis | Maurice | Rick up | | | |

COMMENT                                    ATTENDING PHYSICIAN: PEG

| STREET ADDRESS | APT.-BOX | CITY | STA. C | ZIP | AC / PHONE | PAT'D. MARITAL STATUS |
|---|---|---|---|---|---|---|
| 1917 | Galveston | C.P. Tx | 75081 | | np | ☒ SINGLE ☐ MARRIED ☐ PARTED ☐ WIDOWED ☐ DIVORCED |

| GUARANTOR'S RELATIONSHIP | LAST NAME | FIRST | MIDDLE INITIAL | STATE | AC / PHONE | |
|---|---|---|---|---|---|---|
| Father | McKinney | Clyde | | | np | |

| STREET NO. | STREET | APT. OR BOX | CITY | STATE | ZIP | SOCIAL SECURITY NO. |
|---|---|---|---|---|---|---|
| Same | | | | | | |

**IF ACCIDENT, WHERE, WHEN & HOW INJURED. IF ILLNESS, DESCRIBE:**

Pt brought in via ambulance. Couch states pt was tackling, his head bent under. Couch states pt lost consciousness appox 2 min & he was unable to move extremities x approx 10 min. Couch states pt slowly began to regain.   A Wunen

| GLASSES | VISUAL ACUITY | VALUABLES LIST & RECEIPT NO. DEPOSITED | LMP | WEIGHT | HEIGHT | FLOW SHEET |
|---|---|---|---|---|---|---|
| | | Both taken W | | 138 ☒ STATED ☐ ACTUAL | 5'6" ☒ STATED ☐ ACTUAL | |

| CONTACT LENS | OD | OS | OU | | | | | |
|---|---|---|---|---|---|---|---|---|

| CURRENT MEDICATIONS: | ALLERGIES | TPR | 99 | 16 | 130/80 |
|---|---|---|---|---|---|
| No meds | NKA | | | | |

LAST TETANUS

No illness.

| ADMITTING PHYSICIAN / CONSULTING PHYSICIAN | PEG REQUESTED BY: ☐ PATIENT ☐ PRIVATE PHYSICIAN OR FAMILY | ☒ FAMILY NOTIFIED BY: father | BROUGHT BY: ☐ SELF ☐ POLICE ☐ FIRE ☒ OTHER: mesquite fire 504 |
|---|---|---|---|
| POLICE   SIGNATURE   BADGE NO.   AGENCY   MEDICAL EXAMINER | | ANIMAL WARDEN | NOTIFIED BY:                 TIME |

**HISTORY & PHYSICAL FINDINGS:**

movement in extremities. @ present PERL, alert/oriented ×3. Hand grips @ fair grip @ unaided movement of ↑ ext. ↓ jerked. ↓ ext ↓ moving well. Pt denies pain.   A Wunen

Consult Dr Porto Nazilli

Mother McKinney

| DIAGNOSTIC TREATMENT & ORDERS | MEDICATIONS |
|---|---|
| C Spine — Neg — | |
| CBC | |
| Admit for Dr Porto — | |

**DIAGNOSTIC IMPRESSION:** C-Spine Strain — Contusion — Spinal Cord —

| CONDITION ON DISCHARGE: ☐ GOOD ☐ FAIR ☐ POOR ☐ SERIOUS ☐ OTHER | DISPOSITION OF CASE: ☐ HOME / HOSPITAL ☒ STRETCHER ☐ CARRIED ☐ AMB. W/CHAIR | ADMISSION ROOM NO. 730⁻² | NURSE'S SIGNATURE 1013 |
|---|---|---|---|

**INSTRUCTIONS TO PATIENT: ALL PATIENTS ARE TO REMAIN IN EMERGENCY DEPARTMENT FOR 15 MINUTES AFTER INJECTION.**   PATIENT'S SIGNATURE

FOLLOW UP:   Pt Rockready Hp Report given, rex phone TCB

| ADMITTING PHYSICIAN SIGNATURE | ATTENDING PHYSICIAN SIGNATURE | P.E.G. FEE | DATE & TIME DISMISSED |
|---|---|---|---|
| | | 50 | 7/2/82 17⁵ |

ES-1106 (4-82)

MEDICAL RECORD

| | | |
|---|---|---|
| Name: | McKinney, Curtis M. | **ARLINGTON MEMORIAL** |
| Unit No: | | **HOSPITAL** |
| Doctor: | LITO PORTO | |
| Admitted: | 9-2-82 | |
| Operation: | | |
| Discharged: | 9-14-82 | |
| Dictated: | 9-23-82 | |
| Transcribed: | 9-28-82 vls | |

This is a 15 year old male.

ADMITTING DIAGNOSIS:        Partial  quadriplegia.

FINAL DIAGNOSIS:        Same.

OPERATION:        None.

For more details please refer to the physical and history.  The cervical spine was
normal.  The negative lateral cervical spine.  The tomogram of the cervical spine,
no fractures or other osseous abnormalities are seen.  The thoracic spine was negative.
The hemoglobin was 13.4, hematocrit was 41.

The patient was admitted to the hospital he was quite weak, almost quadriplegic,
complete upper and lower extremity with the physiotherapy, the patient was able to
regain the use of her legs and some use of the upper extremities, but he was spastic.
He remained partially quadriplegic.  I have discussed this with the mother and the
family and told them to bring to us as an outpatient and don't let him play football
again.

Lito Porto

DISCHARGE SUMMARY

*1306*

| | | |
|---|---|---|
| Name: | McKinney, Curtis M. | **ARLINGTON MEMORIAL** |
| Unit No: | | **HOSPITAL** |
| Doctor: | THOMPSON | |
| Admitted: | | |
| Operation: | | |
| Discharged: | | |
| Dictated: | 9-2-82 | |
| Transcribed: | 9-3-82 vls | |

**CC:**  Neck injury.

**HPI:**  This patient is a 15 year old black male who was playing football at Mesquite tonight when he tackled someone with his head bent under and suffered a hyperflexion injury of his neck. He was reportedly unconscious on the field for approximately 2 minutes and was reportedly unable to move any of his extremities from approximately 10 minutes. He was brought by ambulance to AMH and upon arrival in the ER he was able to move all extremities, however, they did seem weak, particularly marked weakness in the right hand grip. X-rays done in the ER revealed no abnormalities in the cervical spine. The patient is being admitted at this time for further observation.

**PH:**  No prior hospitalizations, no serious illnesses, no surgery. i.e. no medicines routinely. Is allergic to no known medicines.

**ROS:**  Negative.

**FH:**  Negative.

**PE:**  Blood pressure 140/80, pulse 80 and regular, T 99, R 16.

**GENERAL APPEARANCE:**  Well developed, well nourished teenage black male in no acute distress.

**HEENT:**  Pupils are equal and react to light and accommodation. Sclera and conjunctiva are clear. Examination of the ears, nose and mouth and throat revealed no abnormalities.

**NECK:**  Supple without pain. There is no tenderness over the cervical spine, limited motion reveals no pain. No nodes, masses or thyromegaly are noted.

**CHEST:**  Clear to auscultation.

**HEART:**  Regular sinus rhythm without murmur or apparent cardiomegaly.

**ABDOMEN:**  Flat, soft and nontender. LSK are not palpable. There are no palpable masses.

**EXTREMITIES:**  No apparent injuries, edema or cyanosis.

**NEUROLOGICAL:**  The patient is alert and well oriented, cranial nerves are intact. No obvious sensory deficits, no pathological reflexes. He does exhibit weakness of the right arm and right hand grip, left arm, both legs exhibit full range of motion, however, do seem somewhat weak.

**IMPRESSION:**  Cervical spine strain, rule out cervical cord injury. The patient is being admitted for observation.

G. THOMPSON, M.D.

HISTORY AND PHYSICAL

Sta: 13 0½

| | | |
|---|---|---|
| Name: | McKinney, Curtis | **ARLINGTON MEMORIAL** |
| Unit No. | | **HOSPITAL** |
| Doctor: | Porto | |
| Admitted: | | |
| Operation: | | |
| Discharged: | | |
| Dictated: | 9-10-82 | |
| Transcribed: | 9-13-82  cak | |

CC:                     Partial quadriplegia.

HPI:                    This is a 15 year old colored male who was playing football
                        at Mesquite on the night of 9-2-82, when he tackled
someone with his head bent down and has hyperflexion injury of his neck.    He
was seen by the doctor at the football field and then transferred him to the
hospital.  He could not move either extremities for awhile.  After that he started
to regain some motion in the lower extremities.

PH:                     He had been in good health.

ROS:                    Not contributory.

PHYSICAL EXAM:          BP 130/80, P 85.   No acute distress.

HEENT:                  Head symmetrical.

NECK:                   He does not complain of any neck pain and the neck was
                        supple.   No muscle spasm felt.

HEART:                  Regular rhythm.

LUNGS:                  Clear.

NEUROLOGIC:             The patient is alert and oriented and able to give history.
                        He has a partial quadriplegia.   He is weak in the
upper extremities worse than the lower extremities.   He barely can move the
upper extremities and he has diffuse sensory deficit from about C5 down.

IMPRESSION:             Hyperflexion injury of cervical spine.  Rule out
                        fracture dislocation.   Partial quadriplegia, arms worse
than legs.

RECOMMENDATION:         The patient is going to be admitted to the hospital
                        for further observation and care.

                        Lito Porto, M.D.

**HISTORY AND PHYSICAL**

XR-104 (4-73)

# ARLINGTON MEMORIAL HOSPITAL

### ARLINGTON, TEXAS
### RADIOLOGY REPORT

| PATIENT | MC KINNEY, CURTIS M. | 15 | ROOM | 1306 | DATE | 9-3-82 |
|---------|----------------------|----|------|------|------|--------|
| DOCTOR | PORTO | | X-RAY NO. | 143245 | CASE NO. | 13047436 |

LATERAL VIEW OF THE CERVICAL SPINE:

Repeat lateral views of the cervical spine show the vertebral body height and alignment and intervertebral disc spaces to be well maintained. The posterior elements are intact and there is no fracture seen.

CONCLUSION:                    NEGATIVE LATERAL CERVICAL SPINE.

W. M. Merritt

WMM:wn
9-3-82

WALTER M. MERRITT, M.D.

Case 3:04-cv-00146 Document 1 Filed 03/06/04 Page 188 of 260 PageID 188

XR-104 (4-73)

# ARLINGTON MEMORIAL HOSPITAL

### ARLINGTON, TEXAS

### RADIOLOGY REPORT

| | | | |
|---|---|---|---|
| PATIENT | MC KINNEY, CURTIS M. - 15 | ROOM 1304 | DATE 9-14-82 |
| DOCTOR | PORTO | X-RAY NO. 143245 | CASE NO. 13047436 |

THORACIC SPINE:

The bony structures are intact, and the interspaces are well preserved. Alignment and curvature are unremarkable. Pedicles are intact.

IMPRESSIONS:          NEGATIVE THORACIC SPINE.

*J.T.Telle, M.D.*

J. T. TELLE, M.D.

JTT:jkm
9-14-82

RADIOLOGY REPORT

# ARLINGTON MEMORIAL HOSPITAL

### ARLINGTON, TEXAS

### RADIOLOGY REPORT

| | | | |
|---|---|---|---|
| PATIENT  MC KINNEY, CURTIS M. | 15 | ROOM  1304 | DATE  9-13-82 |
| DOCTOR  PORTO | | X-RAY NO.  143245 | CASE NO.  1304736 |

TONOGRAMS OF THE CERVICAL SPINE:

Two preliminary scout films of the cervical spine in the lateral projection were obtained following by tomograms in the lateral projection.   No fracture or other osseous abnormality is appreciated on the film studies obtained.

*Jack G. Brooks MD*

JACK G. BROOKS, M.D.

JGB:wn
9-13-82

XR-104 (4-73)

# ARLINGTON MEMORIAL HOSPITAL

### ARLINGTON, TEXAS

#### RADIOLOGY REPORT

1306

| | | | |
|---|---|---|---|
| PATIENT | MC KINNEY, CURTIS M. - 15 | ROOM E/S | DATE 9-2-82 |
| DOCTOR | THOMPSON    PEG | X-RAY NO. 143245 | CASE NO. 23086581 |

CERVICAL SPINE:

Vertebral body height, alignment, and intervertebral disc spaces are well maintained. The posterior elements are intact. The intervertebral foramina are widely patent and the soft tissues are unremarkable.

CONCLUSIONS:              NORMAL CERVICAL SPINE.

*W. M. Merritt*

WALTER M. MERRITT, M.D.

WMM:jkm
9-3-82

RADIOLOGY REPORT

| TREATMENT | 1/2 | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | |
| ORDER NUMBER | 1/15 | | | | | | | | | | | | | | | | | | | | |

**ARLINGTON MEMORIAL HOSPITAL**
PHYSICIAL MEDICINE

ORDER INFORMATION:

9-3-82  Pt. c/o some numbness ® UE's.
Ⓛ Active movements L-spine - WNL in supine -
extension not assessed. No tenderness noted
in cervical spine on palpation. Hands
profusely Hyperhidrotic. Sensation intact.
Strength as follows:

| | R | L |
|---|---|---|
| neck flexion | N | |
| neck rotation | N | N |
| shoulder abduction | G 6- | G 6- |
| shoulder elevation | N | N |
| biceps | G+ | G+ |
| triceps | P | F |
| grip/finger flexion | zero | P- |
| finger abduction | zero | zero |

(in supine)

Instructed pt. & family in ROM and
strengthening exercises to be performed
several times a day.

KOtto, LPT

PN-1506                    INITIAL

| TREATMENT | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| ORDER NUMBER | | | | | | | | | | | | | | | |

ACCT#:13047436        P/M  DIS        9/13/82  4:07PM

PT:MCKINNEY, CURTIS M            DOB: 7/27/67 15

ISOL:

DX:C SPINE CONTUSION            ADM: 9/02/82

SEX:M  HT:5/06 F/I  WT:138/000 L/O  ORD#:031  JMO

ALG:                  MR#: 180697

ORDER:            ATTEND:PORTO LITO MD

**ARLINGTON MEMORIAL HOSPITAL**
**PHYSICAL MEDICINE**

ORDER INFORMATION:

0314 PT EXERCISE 30

9-14-82

(O) Reassessed muscle strength. Grades as follows:

|  | R | L |  | R | L |
|---|---|---|---|---|---|
| hip flexion | G | G+ | shoulder elevation | N | N |
| knee extension | G+ | N | shoulder abduction | G to G+ | G to G |
| ankle dorsiflexion | G+ | N | elbow flexion | N- | N |
| great toe extension | N- | N | elbow extension | N- | N |
| hip extension | G+ | G+error | thumb extension | P- | G |
| gluteal | G+ | N G+ | finger abduction | Trace | F |
| hamstring | F | F error | | | |
| past error | | | abdominals | | |
| ankle eversion | G | N | (trunk flexion) | N | |
| ankle plantaflexion | N- | N | | | |

ROM has been maintained. No (R) sided denial seen. Strength has increased throughout. Gait shows less hyperextension at the knee, however (R) knee still does PT. Amb - indep - ascends stairs indep. Balance in sitting, standing, & kneeling is good. Pt. rides bicycle 10 minutes before tiring.

(A)(P): Pt to continue O.P. therapy on a daily basis, & demos as needed. Will continue to work on goals mentioned previously.                    K. Otto, LPT

FINAL

TREATMENT

ORDER NUMBER

**ARLINGTON MEMORIAL HOSPITAL**
**PHYSICAL MEDICINE**

ORDER INFORMATION:

ACCT#:13047436        P/M  1304-2      9/07/82  4:57PM

PT:MCKINNEY, CURTIS M              DOB: 7/27/67 15        0313 PT EXERCISE 15

ISOL:

DX:C SPINE CONTUSION              ADM: 9/02/82

SEX:M  HT:5/06 F/I  WT:138/000 L/O  ORD#:020  JKO

ALG:NKA                              MR#: 180697

ORDER:                    ATTEND:PORTO LITO MD

9-9-82 O: Muscle Test - extensor hallicis longus ℝP-ℝN
trunk flexion - F       peroneals  ℝP  ℝN
Pt's sitting posture poor but able to assume erect
posture on command. Stereognosis WNL Ⓛ, NT on the ℝ
Proprioception impaired at all joints in the ℝ UE.
Tone - Pt evidences clonus Ⓑ, being greater on the ℝ.
⊖ Babinski Ⓑ
A: Continue c̄ previously listed goals and the
addition of (1) ↑ strength trunk & lower extremities
P: Continue c̄ ROM and strengthening exercises
to all extremities and trunk.
                    K. Otto, LPT

9-13-82 Pt seems to be improving. Pt. amb. indep.
and c̄ a much less spastic-like or ataxic-like
gait pattern. Pt. able to ascend & descend stairs
indep. Adduction of hips Ⓑ normal.
                    K. Otto, LPT

FINAL

| TREATMENT | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PDIT 2 30 / | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | |
| ORDER NUMBER | | | | | | | | | | | | | | | | | | | | |

**ARLINGTON MEMORIAL HOSPITAL**
**PHYSICIAL MEDICINE**

ORDER INFORMATION:

ACC##:

PT:MCKINNEY,

6/13    11:

DX:C SPINE CONTUSION

PFX:

ALG:

ORDER:

C SPINE CONTUSION

9-13-82

Ot is a 15 yo male who suffered a spinal
contusion ~ 3 weeks ago.

PROM - wnl

AROM - LUE exception of hand g muscle grade
Hand F̄ exception of ring + little
finger P

RUE G- to F+ c̄ exception of hand which
is P

Ot. alert & understands instructions.
moderately dependent in ADL.
Estimated rehab time 6-10 weeks.
Goal : ↑ function of BUE's → independence
in ADL.
Plan: OT as ordered.

Jeanne Coats, OTR

INITIAL

PM-1000

TREATMENT 9/13

PM+R 30 :/

ORDER NUMBER 33

**ARLINGTON MEMORIAL HOSPITAL**
**PHYSICAL MEDICINE**

ORDER INFORMATION:

ACCT#:13047436      13    1304-2     9/13/82 11:34AM

PT:MCKINNEY, CURTIS M            DOB: 7/27/67 15        0060 OCCUPATIONAL THERAPY

 9/13   11:34A   WHEEL              ISOL:

DX:C SPINE CONTUSION              ADM: 9/02/82

SEX:M  HT:5/06 P/I  WT:138/000 L/O  ORD#:030  KAC

ALG:NKA                          MR#: 180693

ORDER:PORTO LITO MD       ATTEND:PORTO LITO MD

C SPINE CONTUSION

9-14-82    Discharge Plan

Pt to be discharged from hospital today
Plan to see on an outpt basis daily
decreasing after one week to 3x wk.

D/C                    Jeanne Coate, OTR

| TREATMENT | 3 | 7 | 8 | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Eval | √ | √ | | | | | | | | | | | | | | | | | | |
| ROM/EX | 15 | 15 | | | | | | | | | | | | | | | | | | |
| Biofeedback | | √ | | | | | | | | | | | | | | | | | | |

| ORDER NUMBER | 3 | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 15 | | | | | | | | | | | | | | | | | | | |

## ARLINGTON MEMORIAL HOSPITAL
### PHYSICAL MEDICINE

ORDER INFORMATION:

ACCT#:13047476

PT:MCKINNEY, CURTIS M

9/03    12:0PP    CAP

DX:C SPINE CONTUSION

SEX:M  HT:5/06 F/I

ALG:NKA

ORDER:PORTO LITO MD     ATTEND:PORTO LITO MD

STRETCHED NERVE, POOR MOTION, WEAKNESS

---

9-7-82  ROM remains WNL. Muscle return as evidenced in (R) UE's & movement seen in both hands. Ambulated pt × 2 moderate assist a distance of 30 feet × 2. A bilateral slap foot gait & hyperextension of (R) knees was used by pt (pt also very ataxic like). Balance was poor. Biofeedback training will be used (R) UE's - instructions given to pt and family member. Pt also has "nerf ball" and will instruct to use.
                            — K Otto, PT

9-8-82   Grip strength measured. (R) did not register (L) 20 KPa. Manual muscle test performed c the following results.

| | R | L | | | R | L |
|---|---|---|---|---|---|---|
| Shoulder abduction | G | G | | biceps | G | N |
| Elbow flexion | G+ | N | | hamstrings | F+ | F+ |
| "   extension | N | N | | hip abduction | F | F |
| finger flexion | P | F- | | (sustained)(spine) | P | |
| "   abduction | zero | P | | gastroc soleus | P | F |
| Hip flexion | G+ | G+ | | | | |
| "   abduction | F+ | F+ | | | | |

Pt. seen a.m. & ????

PROGRESS

KO.        180693     9/14

| TREATMENT | 7/3 | 7/7 | 7/8 | 9/9 | 9/10 | 7/13 | 7/14 | | | | | | | | | | | | | | |
|-----------|-----|-----|-----|-----|------|------|------|--|--|--|--|--|--|--|--|--|--|--|--|--|--|
| Eval | | | | | | | | | | | | | | | | | | | | | |
| ROM/EX | 15 | 15 | 45 20 | 15 75 45 | 30 30 | 15 60 | 15 | | | | | | | | | | | | | | |
| Biofeedback | / | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | |
| ORDER NUMBER | 13 15 | 20 21 | 22 23 22.5 | 24 26 | 24 31 32.5 | 31 33 | 32 | | | | | | | | | | | | | | |

**ARLINGTON MEMORIAL HOSPITAL**
**PHYSICAL MEDICINE**

ORDER INFORMATION:

ACCT#:13047436      13    1306-2      9/03/82 12:08PM

PT:MCKINNEY, CURTIS M          DOB: 7/27/67 15          0004 EXERCISE

9/03    12:08P    CART          ISOL:          PT FOR ARMS

DX:C SPINE CONTUSION          ADM: 9/02/82

SEX:M  HT:5/06 F/I  WT:138/000 L/O  ORD#:011  MAC

ALG:NKA          MR#:

ORDER:PORTO LITO MD      ATTEND:PORTO LITO MD

STRETCHED NERVE,POOR MOTION,NUMBNESS

9-7-82 ROM remains WNL. Muscle return is evidenced in ® UE's c̄ movement seen in both hands. Ambulated pt. + 2 moderate assist a distance of 30 feet x 2. A bilateral slap foot gait c̄ hyperextension of ® knees was used by pt. Gait also very ataxic like. Balance was poor. Biofeedback training will be used ® UE's - instructions given to pt. And family member. Pt. also has "nerf ball" and therapist to use.
— Kotto, ℓPT

9-8-82   Grip strength measured. ® did not register ℓ 30 KPa. Manual muscle test performed c̄ the following results.

| St. | R | L | | R | L |
|-----|---|---|---|---|---|
| Shoulder abduction | G | G | gluteus | G | N |
| elbow flexion | 6+ | N- | hamstrings | F+ | F+ |
| " extension | N- | N- | hip abduction | F | F |
| finger flexion | trace P | * | extension (spine) | P | |
| " abduction | zero | trace P | gastroc solus | P | F |
| hip flexion | 6+ | 6+ | | | |
| " abduction | F+ | F+ | | | |

Pt. seems to be showing ®-sided denial Sx's. Kotto, ℓPT

PM-1000

106899

Texas Department of Criminal Justice

# STEP 2
PASO 2

OFFENDER
GRIEVANCE FORM

Forma Para Quejas de los Preso

Offender Name: Curtis Martin McKinney    TDCJ # 534028

Unit: Neal    KN    Housing Assignment: I-108

Unit where incident occurred: Wallace    RB

OFFICE USE ONLY
Para Uso De La Oficiana Solamer
Grievance #: 2002106899
UGI Rec'd Date: 06-10-02
HQ Rec'd Date: JUN 14 2002
Date Due: 7-15
Grievance Code: 623, 601, 0
Investigator Number:

☐ EM    ☐ UOF    ☐ ME
☐ ADA    ☐ REL    ☐ SSI

Give reason for appeal (Be specific). I am dissatisfied with the response at Step 1 because...

My cheif complaint was not addressed
in grievance # 2002106899 responce.

My complaint was and/or is is that
Mrs G. Anderson and her staff greatly
delayed my deteroratting medical condition
from being diagnosed and/or treated for over
four (4) years even though I provided her
with full world medical records in April 1998.

The records showed that the previouse
spinal injury that I had suffered was most likly
the source of the physical and/or medical
problems that I was experiencing.

I also pleaded with Mrs Anderson
and Dr. Hults to focus on the area due to the
previouse experience that I had suffered on a number
of I-60 request that the professional standard Health
service office made copies of in 1998.

Mrs. Anderson repeatly provided unfactual
miss leading information to other health authorities
such as Dr. William Gonzales Rochell McKinney
and other when she had related records
records (I provided) to my complaints

JUN 14 2002

I-128 Front (9/1/1999).    **PLEASE SIGN ON BACK**    (OVER)

My greatly deteriorated condition was not diagnosed until Feb 2002 after the neuro specialist noticed that there was there was more going on then what had been reported and scheduled a M.R.I of my C-spine that revealed a great timely deteriorated condition that has left me in great danger of becoming paralized due to fluid build up on my C-spinal cord and/or death due to it's in the area of the spine that stems off to my brain. Due to physiological scaring I became terrified of having the badly need surgery 5-2002 and set it off. See medical release form I sent to Arlington Memorial hospital and patical neurological report that been in my T.D.C.J medical file since 1999 also see m.r.i and Dr Maxwell report in my medical Chart.

Offender Signature: _Curtis McKinney_          Date: _6-10-2002_

**Appellate Decision and Reason:**

☐ The Step 1 answer has addressed your complaint. No action will be taken.

☐ You have not provided a good reason for your appeal or for this office to review your claims further. No action will be take

☐ The issue you raise has been resolved or is pending resolution and no further action is warranted.

☐ The issues you present have already been reviewed. No further appeals of the same issues will be addressed. No action wi taken by this office.

2002106899        McKinney        534028

A review of documentation reflects that you received an appropriate response at Step 1. Complaints regarding quality of care and personnel should be addressed to the Texas Tech Correctional Managed Health Care Medical Director, Dr. William Gonzalez at the Texas Tech University Health Science Center, 3223 South Loop, Suite 210, Lubbock, Texas 79423. Additionally, you may wish to reference correspondence dated 12-09-99 to you from Dr. Gonzalez regarding the Wallace Facility Health Administrator. Review of documentation reflects that you did not attempt to informally resolve this issue before you filed your Step 1 grievance. You should attempt informal resolution for your medical concerns with the facility medical complaints coordinator via an I-60. After this attempt is documented, you may proceed with filing a Step 1 grievance. No further action through the grievance mechanism is warranted.

Signature Authority: _Rochelle McKinney R.N, M.A._        Date: _6/28/02_

**Returned Because:**   **Rochelle McKinney, R.N., M.A.**

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible*

☐ 3. Originals not submitted*

☐ 4. Inappropriate/Excessive attachments*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language directed at an individual.

☐ 6. Inappropriate (request is for employee disciplinary action or consequential or punitive damages).

*You may resubmit this issue once corrections are made.    Grievance Staff:_____

I-128 Back (9/1/1999)

KN

#1-04B          2

**Texas Department of Criminal Justice**

# STEP 1    OFFENDER GRIEVANCE FORM

PASO 1

Forma Para Quejas de los Preso

OFFICE USE ONLY
Para Uso De La Oficiana Solamente

Grievance #: 2002106099
Date Received: 2-26-00
Date Due: 4-7-02
Grievance Code: 623 601
Investigator Number: IO265

☐ EM     ☐ UOF     ☒ MED
☐ ADA    ☐ REL     ☐ SSI

Offender Name: Curtis McKinley   TDCJ # 534028

Unit: Wallace   Housing Assignment: C/18

Unit where incident occurred: Same

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? _Neuro Sergeon_   When? _2-15-2002_

What was their response? _I need to have surgy as soon as possiable_

What action was taken? _Scheduled for surgy_

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

Feb 15, 2002 the Neuro Sergeon explained to me that I need to have surgy on my, C spine as soon as possiable due to I am in great danger of becomming a quadraplegic at any second due to the least jerk or just sleeping wrong due to my condition has deteriorated to a very critical condition due to delay of diagnosus and treatment (See medical notes in chart dated Feb. 15-2002)

When I first started to have problems I provided Mrs. G. Anderson free world medical records from Arlington Memoreail Hospital pertaining to a previouse spinal injury to my C-spinal cord area with the help of my family

Mrs. G. Anderson the Wallace Unit medical admistrator with negligent intent repeatly disregarded the medical records that I provided her and malicly ignored my constant pleas for medical atention a my condition deteriorated as I expirianced greater pain and suffering

After becomming afraid and desperate I began to contac othe medical directors and professional standard officies I was told that Mrs. G. Anderson had lead them to believe that there was nothing wrong

I-127 Front (9/1/1999)          PLEASE SIGN ON BACK          (OVER)

with me but wanted to be medicaly transfered never elvealing the fact that I had provided her with medical records pretaining to a previous spinal injury that was more then likly contributing to the problem but instead intentional giving misleading information that greatly delayed diagnosis and treatment as my condition deterioated to the current & Critical point that my condition has reached come to witch has my physical well being in great danger, as well as mental Dr's G. Anderson intentional violated Health Services Procedures Grevievance P5, A-05.1 plus P-03; A-02.1 plus P29-D29.12C-19.

**Action Requested to Resolve your Complaint.**
I'd like for Texas Tech to investigate this matter through their co/administrative director branch and I be interviewed by the proper authority.

**Offender Signature:** Curtis McKinney            **Date:** 2-24-02

---

**Administration's Decision**

☐ Mandatory referral to IAD (Grievance worksheet attached)

☐ No action warranted (Explain).

> Medical was contacted and you have addressed most of your concerns with Dr. Gonzalez, Medical Director. You were recommended for medical transfer and on March 28, 2002, you were transferred to the Neal Unit. You received adequate care and treatment while assigned to the Wallace Unit. This office defers to the professional judgement of the medical staff.

**Signature Authority:** _____            **Date:** 4-5-02

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the Step 1 response.  State your reason for appeal on the Step 2 form.  Warden E. Wheeler

---

**Returned because:**

☐ 1. Grievable time period has expired.

☐ 2. Submission in excess of 1 every 7 days*

☐ 3. Original not submitted*

☐ 4. Inappropriate/excessive attachments*

☐ 5. No documented attempt at informal resolution.*

*You may resubmit this issue once corrections are made.

☐ 6. No requested relief is stated.*

☐ 7. Malicious use of vulgar, indecent, or physically threatening language directed at an individual.

☐ 8. The issue presented is not grievable.

☐ 9. No remedy exists.

☐ 10. Illegible/Incomprehensible*

☐ 11. Inappropriate (request is for employee disciplinary action or consequential or punitive damages).

I-127 Back (9/1/1999)            UGI: _____

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — **INSTITUTIONAL DIVISION**
# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*

2. ☐ *Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)*

3. ☐ *Request for Promotion in Class or to Trusty Class (Unit Warden-if approved, will be forwarded to the Director of Classification)*

4. ☐ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78711)*

5. ☐ *Visiting List (Asst. Director of Classification, Administration Building)*

6. ☐ *Parole requirements and related information (Unit Parole Counselor)*

7. ☐ *Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)*

8. ☐ *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

TO: *Grievance Supervisor*          DATE: *10-8-02*
*(Name and title of official)*

ADDRESS: *Neal Unit Supervisor*

5

**SUBJECT:** *State briefly the problem on which you desire assistance.*

I was placed on the chain 4-29-02 the next next day after recieving this step-one grievance #2002106899 from the unit that I was transfered from. Dut to the chain office mistakenly thought that I was on the regular chain rather then the medical All of my property was packed together. When the chain bus Arived I was told by the driver that I could not bring my property except my hygene due to I was medical. So All of my property And legal work was left At the back gate for the property officer I sta, gone gone from 4-29-02 until 6-3-02. I got my property 6-4-02 is why Step-2 is just getting filed due to I was not Allowed to take it.

Name: Curtis mckinney _____ No: 53628 _____ Unit rest

Living Quarters: I 108 _____ Work Assignment: unAssigned med

**DISPOSITION:** (Inmate will not write in this space)

I-60 (Rev. 11-90)

*E X, b, t G*

4

*130 6*

Name:                          McKinney, Curtis M.          **ARLINGTON MEMORIAL**
Unit No:                                                    **HOSPITAL**
Doctor:                        THOMPSON
Admitted:
Operation:
Discharged:
Dictated:                      9-2-82
Transcribed:                   9-3-82 vls

CC:                            Neck injury.

HPI:                           This patient is a 15 year old black male who was playing
football at Mesquite tonight when he tackled someone with his head bent under and
suffered a hyperflexion injury of his neck.  He was reportedly unconscious on the
field for approximately 2 minutes and was reportedly unable to move any of his
extremities from approximately 10 minutes.  He was brought by ambulance to AMH
and upon arrival in the ER he was able to move all extremities, however, they did
seem weak, particularly marked weakness in the right hand grip.  X-rays done in the
ER revealed no abnormalities in the  cervical spine.  The patient is being admitted
at this time for further observation.

PH:                            No prior hospitalizations, no serious illnesses, no
surgery.  He.  i no medicines routinely.  Is allergic to no known medicines.

ROS:                           Negative.

FH:                            Negative.

PE:                            Blood pressure 140/80, pulse 80 and regular, T 99,
R 16.

GENERAL APPEARANCE:            Well developed, well nourished teenage black male in
no acute distress.

HEENT:                         Pupils are equal and react to light and accommodation.
Sclera and conjunctiva are clear.  Examination of the ears, nose and mouth and
throat revealed no abnormalities.

NECK:                          Supple without pain.  There is no tenderness over the
cervical spine, limited motion reveals no pain.  No nodes, masses or thyromegaly
are noted.

CHEST:                         Clear to auscultation.

HEART:                         Regular sinus rhythm without murmur or apparent cardiomegaly.

ABDOMEN:                       Flat, soft and nontender.  LSK are not palpable.  There
are no palpable masses.

EXTREMITIES:                   No apparent injuries, edema or cyanosis.

NEUROLOGICAL:                  The patient is alert and well oriented, cranial nerves
are intact.  No obvious sensory deficits, no pathological reflexes.  He does exhibit
weakness of the right arm and right hand grip, left arm, both legs exhibit full
range of motion, however, do seem somewhat weak.

IMPRESSION:                    Cervical spine strain, rule out cervical cord injury.
The patient is being admitted for observation.

HISTORY AND PHYSICAL                                    G. THOMPSON, M.D.



**Texas Department of Criminal Justice**

# STEP 2

PASO 2

**OFFENDER GRIEVANCE FORM**

Forma Para Quejas de los Preso

OFFICE USE ONLY

**Para Uso De La Oficiana Solamente**

Grievance #: 2001024020

UGI Rec'd Date: 11-1-00

HQ Rec'd Date: NOV 0 6 2000

Date Due: 12-6

Grievance Code: 623, 621

Investigator Number:

☐ EM    ☐ UOF    ☑ MED

☐ ADA    ☐ REL    ☐ SSI

Offender Name: Curtis McKinney    TDCJ# 534028

Unit: Wallace    Marvin    Housing Assignment: B 114

Unit where incident occurred: Wallace

---

**Give reason for appeal (Be specific). I am dissatisfied with the response at Step 1 because...**

The findings for facility Health services related offender grievance will be reviewed by the facility leadership council. See Health Administrative Directive A121 Grievance Mechanism Board Policy, BP 03.77, also see inmate procedure and administrative directive 03.82 management of offender grievance. ~~procedure~~ ~~policy~~. The issues of this grievance evidently has not been investigated thru medical. Review of my record chart shows that I've suffered with this medical problem sence around or about 9-9-99. I've been forced to live with blisters all over my penis for over a year ~~now~~ which has been physicaly, and mentaly frustrating due to prolonged diagnosis and proper treatment. Please Review medical record from 9-99 to 10-25-00 and see verouse doctor visits for undiagnosed infection.

Review of medical records show that Dr. Hults has not ever diagnouise the irritation and or infection on my penis but costantly prescribed nystatin Triamcinolone cream for the undiagnosed irritation and or infection when the instruction for usage of nystatin cream clearly instructs for nystatin cream to be discontined if it do not affect or help the irritated and or infect area in 25 days. Dr. Hults has proscribed the nystatin cream for over a year.

c/c

Review of medical records will show that around or about 9-19-00 a year after the first report 9-9-99 Dr. Hults based on a nuther guess a year later started me on heripies mediciation.

Review of medical record will show that today 10-25-00 Dr. Hults has fail to diagnose the irritation and or infection that he's been treating for over a year with mediciation that should have been discontined after 25 days of usage there for subjecting me to father harm. October 25, 00 Dr. Hults also made notes for me to be not allowed to come in and show him the blisters

I-128 Front (9/1/1999)    **PLEASE SIGN ON BACK**    (OVER)

be for the burst and make sores as the were today 10-25-00. Dr. Hults has been shown the blister by me a number of times within in the year and has been unable to diagnose the problem and properly treat it. I was told by Dr. Hults when he was unable to diagnose the blisters to not worrie about it as long as they don't spread due to I had been using the strongest medication that he had to offer (nystin cream)

Dr. Hults has fail to refer me to some one who specializes in C.I.D profession after he's been unable to diagnose the problem & treat it for a year now but has told me to wait to the sores turn into blisters again which he has already seen a number of times already. Due to Dr. Hults negligence I've suffered both physical and mental from this undiagnosed medical problem for a year now. I've also been severly punished by this administration disciplinary (due to being forced to live with this unusual condition for such a long time) after a 𝒶 officer walk up on my assigned housing and witness me medicating the infection with the nystin cream in J216 cell.

**Offender Signature:** *Curtis McKinney*      **Date:** 10-25-00

---

**Appellate Decision and Reason:**

- ☐ The Step 1 answer has addressed your complaint. No action will be taken.
- ☐ You have not provided a good reason for your appeal or for this office to review your claims further. No action will be taken.
- ☐ The issue you raise has been resolved or is pending resolution and no further action is warranted.
- ☐ The issues you present have already been reviewed. No further appeals of the same issues will be addressed. No action will be taken by this office.

Review of your grievance reflects that your complaint of being denied proper medical treatment for blisters was addressed in Patient Liaison Program case #000053402800004. This office will defer to their investigation and response. No action is warranted.

**Signature Authority:** *Rochelle McKinney R.N., M.A.*      **Date:** 11/21/00

**Returned Because:**

- ☐ 1. Grievable time period has expired.
- ☐ 2. Illegible/Incomprehensible*
- ☐ 3. Originals not submitted*
- ☐ 4. Inappropriate/Excessive attachments*
- ☐ 5. Malicious use of vulgar, indecent, or physically threatening language directed at an individual.
- ☐ 6. Inappropriate (request is for employee disciplinary action or consequential or punitive damages).

*You may resubmit this issue once corrections are made.      Grievance Staff:_____

I-128 Back (9/1/1999)

2

**Texas Department of Criminal Justice**

# STEP 1   OFFENDER GRIEVANCE FORM

PASO 1   Forma Para Quejas de los Preso

Offender Name: _Curtis McKinney_   TDCJ # _534028_

Unit: _Wallace_   Housing Assignment: _B114_

Unit where incident occurred: _Wallace_

| OFFICE USE ONLY |
| --- |
| **Para Uso De La Oficiana Solamente** |
| Grievance #: _2001024020_ |
| Date Received: _10-6-00_ |
| Date Due: _11-15-00_ |
| Grievance Code: _623,621_ |
| Investigator Number: _T0731_ |

☐ EM   ☐ UOF   ☑ MED
☐ ADA   ☐ REL   ☐ SSI

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? _wrote C. Anderson, Seen by Dr. Hults_ When? _9-25-00_

What was their response? _Started treatment for herpies based on futher guessing_

What action was taken? _Still suffering after a year has passed_

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

Dr. Hults has intentional left me suffering with some sort of unknown irratation and or infection for over a year now which is in the foarm of Clusters of blisters all over my penis which is in direct violation of Health services policies. See A D5.1 Health services Policies I II III IV V VI VII of Health services Procedures. Also (P06) see Comprehensive Quality Improvements program Dr. Hults refesed to refer me other qualified staff and or personal after I repeatly requested him to due so after repeatly telling and showing him at overouse appointments that the Nystation Triamcinolone cream was not banding affecting the irratation and or infection in the least. See Health services Division Policy Manual C-23.1 Position Description Sections I II III IV Also see P-24, C24.1 staffing levels discussion

Dr. Hults, contued to prescribe Nystatin Triamcinolene cream after he knew that the medication was not working and had knowledge that the medication Dosage and administration instruction states that if the symptoms persist after 25 days of usage. This is the only treatment Dr. Hult has been prescribing for the past year. See Pharmaceuticals D 22.1 Procedures A, B, C, D, E, F, G also see Direct medical orders Policy also see Procedures I A, B, C, D II. September 25, 00 Dr. Hults prescribed me medication for treatment of herpies based on futher guessing that he's done for the past year wile I've suffer phy cal & mentaly. See Infectiction control committee D.14.2 See responsible Health Authority A 021 and P14 Infectiction control program Also see Licensure and credential verification C 18.1

Due to the neg negligence of Dr. Hults And And the wallace unit medical administration I've suffered physicaly & mentaly And have been left in great fear and danger due to possible

unit spread of what ever it is that I've been left to suffer
with for the past year.
I've been severly punished by this wallace unit administration due
to a female officer walked up to my door in J wing 216 8-17-00 9:15 pm
as I was setting at the end of my bunk applying the only medic-
ation that Dr. Hults has choose to prescribe for the past year after
knowing it was not working and should have been used for only 25 days.
I've suffered cru cruel and unusal punishment & in danger-
ment due to this doctor & medical administration negligence
due to the female officer wrote me a sexual misconduct case & I had
to live in fear of spreading this unknon irritation or infection for the past year

**Action Requested to Resolve your Complaint.** See Ruiz V Scott
Medical Authority review my medical chart and records that I have
for 9-19-99 to present 90-25-00 and see verouse appointments and
attempts to recieve proper treatment and accert it's authority, and have all
administrative punishment reveced due to Dr. Hults negligence. Get proper treat.

**Offender Signature:** Curtis McKinney   **Date:** 10-5-00

**Administration's Decision**

- [ ] Mandatory referral to IAD (Grievance worksheet attached)
- [ ] No action warranted (Explain).

Per medical, you are receiving appropriate care for your diagnosis. No action is warranted.
This office defers to the professional medical judgement of the Unit Health Authority.

**Signature Authority:** Newell   **Date:** 10-23-00

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the Step 1 response. State your reason for appeal on the Step 2 form.

**Returned because:**

- [ ] 1. Grievable time period has expired.
- [ ] 2. Submission in excess of 1 every 7 days*
- [ ] 3. Original not submitted*
- [ ] 4. Inappropriate/excessive attachments*
- [ ] 5. No documented attempt at informal resolution.*

*You may resubmit this issue once corrections are made.

- [ ] 6. No requested relief is stated.*
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language directed at an individual.
- [ ] 8. The issue presented is not grievable.
- [ ] 9. No remedy exists.
- [ ] 10. Illegible/Incomprehensible*
- [ ] 11. Inappropriate (request is for employee disciplinary action or consequential or punitive damages).

I-127 Back (9/1/1999)   UGI: _____

**CLINIC NOTES**
TEXAS DEPARTMENT OF CRIMINAL JUSTICE
**INSTITUTIONAL DIVISION**

**Name:** McKinney, Curtis
**TDCJ No.:** 534028
**Unit:** WARE

| Date & Time | Notes |
|---|---|
| 5/18/98 | 0800 (continued i NSC about medical TX — free world records are in ———————— *[signature]* |
| 5/18/98 | 1130 offender in for NSC c % or about medical TX. VS wt 217  T 99.8  P 69  R 18  B/P 159/86  offender observed in waiting room i distress talking et laughing stated HX back injury freeworld i BP sharp pain "7.5" on pain scale, 1–10. pain radiated to R leg et foot, stated at morning et night. numbness to R leg et R forearm weakness noted [guar] c bruise i discoloration i edema noted walking slow into medical. Noted offender leaving medical walking fast pace. Full ROM. Radial pulse present. A) Health seeking behavior. P) Continue current med apply warm compress at house. MD/PA appt schedule 5-19-98 per muscular protocol. Left note to medical records offender requested freeworld health records and own to Ware unit. Instructed offender good body mechanics and apply [Effort] to warm compress] *R. Cuentas LVN* |
| 5-19-98 | 0800 To MD c back pain WT 2354 144/80  P 78 R 18 T 98.5 —NKDA O/V/O OVO ✓ |

*Please sign each entry with status.*

HSM - 1 (Rev. 5/92)




# CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

**Name:** McKinney Curtis

**TDCJ No.:** 534068

**Unit:** _____

| Date & Time | Notes |
|---|---|
| 4-24-99 1250 | Escorted to Infirmary for physical @ wt 216 BP 177/98 P 101 R 20 T 98.8 superficial lacerations noted to knuckles both hands, other injury noted. Impaired skin integrity. Cleansed c soap & H₂O. Released to security in handcuffs. N. Davio RN |
| 4-27-99 0547 | I-60 rec'd @ 0541 c/o requesting that you please consider recommending that I be transferred to a unit facility that can further diagnose physical and mental injuries et disabilities and offer physical therapy. Refer to PHSA ——— D. Winslow |
| 4-27-99 0805 | To RN for f/u wt 201 BP 126/80 P 62 R 18 T 99.2 - N. Davio RN |
| 4-27-99 1010 | P. LBP pain, S - pt. c hx LBP pain - Hx spinal injury 1982 of C spine - dx @ that time c-spine crush c necrosis w ?partial quadriplegia. Request for CT scan denied. O: R.O. ESS. Narrative A: Hx B/c pain - back pain @ this point LBP pain lumbar tr. s/l L-spine |

Please sign each entry with status.

HSM - 1 (Rev. 5/92)

 

# CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

Name: McKinney Curtis

TDCJ No.: 597038

Unit: _____

| Date & Time | Notes |
|---|---|
| 4-27-99 | Cortez S |
| | P. (1) Will Request CT Spine |
| | program - Will prob. be denied |
| | (2) Cortez cont Restrictions |
| | (3) F/U prn |
| | |
| | add' pt to obtain Medical |
| | Records From treating Physican |
| | in Free World |
| | (these records are in front of chest G.Anderson RN 4-21-99) |
| | D.R. Dukes, PA |
| 4-21-99 | 1545 Request for CT scan was denied however |
| | Mr. Jones from Utilization is reconsidering the |
| | request and will let unit know G.Anderson RN MHSA |
| 4-26-99 | 1600 Letter received from offender requesting medical |
| | transfer due to weakness of rt. side of body - unable to |
| | "defend himself" rt leg drags often - this causes |
| | pain to lower back - mobility is very slow - |
| | will await division of psych. scheduled 4-28-99 G.Anderson RN |
| 5-5-99 | 1200. Offender WI c/o being dizzy. States he took |
| | BP med 10 min. ago. (O) T97.6 P81 R14 BP 153/88 |
| | Skin warm, dry. Gait steady. Lungs clear to ausc. |
| | beat 3x strong, reg. (A) Sensory/perceptual alteration - |
| | dizziness (P) BP ↓ in 20 min - K. Hammond RN |

Please sign each entry with status.

**Name:** Mckinney Justin
**TDCJ No.:** 534038
**Unit:** JOHN T. MONTFORD

# CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JUS
## INSTITUTIONAL DIVISION

| Date & Time | Notes |
|---|---|
| 02-01-02 0945 | OUT PATIENT SPECIALTY CLINIC: ORTHO |
| | HT. 5 8  WT. 231  BP 142/88 T 97.5 P 65 R 20 AGE 34 B/m |
| | ALLERGIES: NKDA |
| | @ request by m.d.  3/u 12/4/01 - for new surg |
| | B. Johnson |
| | MRI - C-Spine STenosis |
| | needs to go to Spine |
| | Surgeon. (i.e. Neurosurgery) |
| | ASAP. |
| | Hass |

ign each entry with status.

MARK MAXWELL                          (915) 670-4742                    P.2



**MARK S. MAXWELL, D.O.**
NEUROSURGERY

1101 N. 19TH STREET
SUITE 121
ABILENE. TEXAS 79601
915-670-4747
Fax 915-670-4742

*KN*

*IP or NS 0806 or M/J*
*90497*

August 2, 2002

PROGRESS NOTE

Re:  Curtis McKinney
     TDCJ# 534028

I saw Curtis McKinney again on 8-2-02. Mr. McKinney is a 35 year old from Neal Unit,
seen at the French Robertson Unit. I saw Mr. McKinney before and he had pretty severe
stenosis at C3-4 and to a lesser degree at C4-5 with a syrinx already started from C3 to
C5.

I had talked to him about having decompression at C3, C4 and C5 and also about doing
his carpal tunnel on the right side which was picked up during his exam which we had
planned to do.  We originally got him scheduled for surgery and he backed out thinking
he was going to get paroled and was wanting to wait and do it on the outside, but his
parole didn't come through yet, he is going to be here for awhile and he wants to proceed.

He continues to have the same problems that he had before.  He has not really gotten any
improvement and we continue to be concerned about the rather significant and dramatic
stenosis right over his syrinx.

We talked at some length again about risks, complications, other things to consider, other
approaches and other options including not doing anything at all.  I have offered as well
to decompress his carpal tunnel so he can get it done at the same time.  It is less
symptomatic, but he also wants to improve the function in that nerve if at all possible at
the same time.  I think that is a wise choice since he will already be under a general
anesthetic for his neck.  I reminded him to quit taking any nonsteroidals between now and
the time that it is done.  I am going to send labs out today to screen him for any
communicable diseases that would inhibit his ability to go into surgery.  I will get him
scheduled as soon as I can get approval.

MARK S. MAXWELL, D.O.

MSM:lca

| | |
|---|---|
| DATE RECEIVED AT UNIT | 08/15/02 |
| DATE REVIEWED BY PHYSICIAN | 1/1 |
| SIGNATURE OF PHYSICIAN | |
| FOLLOW-UP/RECOMMEND..... ES OR NO | |
| at RB waiting surg. | |
| RECEIVED IN M.R. | 8/15 02 |

TEXAS TECH UNIVERSITY HEALTH SCIENCES CENTER
DEPARTMENT OF RADIOLOGY
3601 4TH STREET
LUBBOCK, TX  79430

PATIENT NAME:     MCKINNEY, CURTIS
DATE:             1-03-02
NUMBER:           53 40 28
PHYSICIAN:        POST
LOCATION:         MONTFORD UNIT

REPORT:  PAGE TWO.

COMPATIBLE WITH BROAD-BASED CENTRAL DESICCATED DISC
DISEASE.  MILD DISC BULGE AT THE LEVEL OF C4-C5 AND C5-C6
ALSO CANNOT BE RULED OUT ON THIS EXAMINATION.
CLINICAL CORRELATION AND COMPARISON WITH THE PRIOR
STUDY ARE SUGGESTED.

A.J. CURTI, MD

JAN 28 2002

DAVID SABBAR, M.D.
DS: jm
DD: 1-07-02
DT: 1-07-02  1803 HOURS

000146

TEXAS TECH UNIVERSITY HEALTH SCIENCES CENTER
DEPARTMENT OF RADIOLOGY
3601 4TH STREET
LUBBOCK, TX  79430

| | |
|---|---|
| PATIENT NAME: | MCKINNEY, CURTIS |
| DATE: | 1-03-02 |
| NUMBER: | 53 40 28 |
| PHYSICIAN: | POST |
| LOCATION: | MONTFORD UNIT |

CLINICAL INFORMATION:  Cord injury.

REPORT:

MRI SCAN OF THE CERVICAL SPINE:

TECHNIQUE:  Standard protocol MRI of the cervical spine was performed with sagittal T1 and T2 and axial T2.

FINDINGS:  The previous films are not available for comparison.  There is evidence of diffuse broad-based central and paracentral extradural defect at the level of C3-C4 which is causing spinal canal stenosis at this level and extrinsic pressure along the thecal sac and probably nerve root, more at the left side.  There is evidence of compression along the cervical spinal cord at the level of C3-C4 and narrowing of the cervical spinal cord at this level.

Mild disc bulge at the level of C4-C5 and C5-C6 also cannot be ruled out.

IMPRESSION:
A BROAD-BASED EXTRADURAL DEFECT AT THE LEVEL OF C3-C4 CAUSING SPINAL CANAL STENOSIS AT THIS LEVEL AS WELL AS EXTRINSIC PRESSURE ALONG THE THECAL SAC AND PROBABLY NERVE ROOT AT THE LEFT SIDE AND NARROWING OF THE CERVICAL SPINAL CORD AT THIS LEVEL.  THESE FINDINGS ARE

***CONTINUED ON PAGE TWO***

000145

5-18-02

Dear Mrs. Anderson

My name is Curtis McKinney
# 534028. During our scheduled meet-
ing last week I mentioned being con-
sidered to be medically transfered due
to the following.

(1) I suffer spinal canal stenosis that
causing extrinsic pressure along the
thecal sac and nerve root plus com-
pression along the cervical spinal
cord witch has caused narrowing of the
cervical spinal cord at C- 3, 4, 5, and 6 spine
level.

(2) I lost 90% of my phical ability in
my right hand that was first diag-
nossed as carpal tunnal but the
neuro surgeon stated that it's a
strong possibility that the narrowing
and compression at the C- spine level
could be the cause due to control of
limbs start at the C- spine level.

c/c

(3) My walking is very slow and I often
lose my sence of balance plus I
experence compleat numness in both
of my legs if I roll over off my
back wile sleep witch all cause me
problems with security due to others
have to often go around me on the
walk I often drift out side the yellow
line plus have problem in the shower
due to lose and/or unstable balance. I'm
stuck out alot due to having to want

for the feeling to come back into legs.

(4) The neuro surgeon stated that I
at a very high risk of quadruplegia
that could be brought on by the
minorist conflict witch is more
likly in this younger setting of
different races

I'm going to attempt to wait
to have the schedule c-spine
surgery due to the complex nature
and the extended possibilities plus
I do not want the person and/or
persons ongoingly responsable to
attempt to put the blame for my
physical medical condition on T.D.C.J
or the neuro surgeon. (Also I'm afraid
and would like to have my family sup-
ort and comfotting and our family doctor
to supervise the surgey and after care.

Can you please review my c-spine
M.R.I. notes and see if I at all
possiably meet the medical tranfer
requirements

Thank you
Curtis M° Kinney
# 534028
J1 - C Bld cell 118

I will talk with MD and
see what I can get done - We
will review + submit for transfer.
Mo Anderson RN
3-21-02

DATE: _12-12-2002_____

Offender _Curtis Marvin McKinney_____

TDCJ-ID# ___534028_____

_____KN_____ Facility

Your recent correspondence/inquiry was forwarded to/received by the TDCJ
Health Services, Office of Professional Standards for investigation or
response.

____ Your correspondence requesting a specialty clinic has been reviewed.
_____ No referral was documented on the computer. Subsequently there is no indication that a referral was submitted.
_____ A referral was submitted and the Utilization Review Committee has returned it requesting additional information from the provider before a final decision will be made. The provider has 14 days to submit this information and if not received in this time frame the referral is automatically denied. Check with your facility medical department.
_____ A referral was submitted and **based on the information provided** the Utilization Review Committee determined your condition did not meet the criteria for a specialty clinic evaluation and an appointment was denied.
_____ The Utilization Review Committee has reviewed the referral and approved it.
_____ a.) The appointment date is currently pending.
_____ b.) Your appointment was/is scheduled for _____ if you have not already gone for the appointment. The exact date will not be provided due to security reasons.

____ **Should you have any additional questions about the appointment, you may direct them to the Facility Management Team.**

____ **It is the facility clinicians decision and responsibility to determine the need for referral to a specialty clinic.** The Utilization review committee has the authority to review and make a determination if an appointment is indicated based upon the information provided. In both instances these are clinical decisions and are not under the purview of this office. **You should direct questions about those decisions to the facility Medical Management Team.**

____ When an offender is seen by a specialty clinic physician, the orders, prescriptions and treatment suggested are recommendations. Recommendations emanating from a specialty clinic physician or private physician are considered a means of providing professional consultation opinions, which may be incorporated into the overall care plan, as the primary care physician deems appropriate (the primary care physician is the facility physician). Upon requesting/obtaining medical records/consultation reports, the primary care provider continues to maintain responsibility for providing individual care. In no way can this process abdicate the primary care providers patient responsibility. The information from consultants/private physicians etc. is used in the facility based practice setting by the primary physician in formulating an individual treatment plan. He/she may endorse, modify, and/or deny any and all, based upon their professional judgement. **If you have additional questions/concerns please direct them to your facility Medical Management Team.**

____ Orders for non-formulary medications must be reviewed and approved by the Pharmacy and Therapeutics Committee. Due to this process there may be delays in receiving this medication, or it may be substituted. **If you have additional questions, you may wish to submit a sick call request and discuss your concerns with your facility provider.**

____ The TDCJ makes Offenders available at the TDCJ Hospital at Galveston for voluntary organ or tissue donation. The consent for organ or tissue donation, as well as the charges incurred in the preliminary testing and the actual donation process, are the sole responsibility of the donor, donor recipient, and organization financially responsible for the donation (including lab work, shipping and all hospital charges).
All requests for Offender participation in organ or tissue donation must be originated from the physician managing the organ recipient transplantation team. A notarized statement from the Offender requesting such an access must accompany the request.
The transplantation team will be responsible for informed consent in writing. All donations are free and voluntary. **The Offender will receive no award or compensation in any kind** for his/her donation, including but not limited to preferred treatment by the TDCJ or improved opportunity for parole.
If you have additional questions you may direct them to the Facility Medical Department.

____ Treatment priorities for dental care are categorized as **Emergency** (*Priority 1*), **Urgent** (*Priority 2*), **Interceptive** (*Priority 3*), **Rehabilitative** (*Priority 4*) and **Complete** (*Priority 5*). Patient priorities are assigned based on the condition of the individual at the end of an appointment.
All offenders are eligible for Priority 1 and 2 conditions. Priority 3 conditions require a minimum of 6 months incarceration and the offender must maintain a Plaque Index with results of 20% or less. Priority 4 conditions require a minimum of 12 months incarceration and the offender must maintain a Plaque Index of 20% or less. Priority 5 care has no conditions for care. If you have additional questions you may contact your facility Dentist.

____ If you believe you have a foot problem requiring special footwear, it is your decision and responsibility to submit a sick call request for evaluation of your foot. The facility care provider will evaluate the problem and determine the type of care indicated if any. The decision to refer you to a specialty clinic is the responsibility of the facility clinician.
If you have had special footwear or a softsole shoe pass (non-steel toe footwear) in the past, you will need to be re-evaluated as the criteria for them may have changed.
The majority of basic foot care is now provided by the clinicians at the facility of assignment. If, after your evaluation, the facility clinician finds no physical evidence for special shoes, you will be sent to Necessities for standard issued footwear.

____ Any requests for tennis shoes or special footwear from home/freeworld should be cleared through the Facility Warden's office and the Facility Medical Department. They will be able to tell you if it is acceptable and the proper procedures to follow. Additionally, tennis shoes may be purchased at your facility commissary. Should the facility Warden not allow footwear to be sent in; this is an administrative decision and does not fall under the purview of the medical department.
If you have additional questions or concerns, you may contact the Facility Medical Department for further information/guidance.

____ Your inquiry/complaint concerning TDCJ provided non-medical footwear has been received by/forwarded to the Office of Professional Standards. Footwear will be obtained through the facility Prison Store. The Prison Store has steel toe brogans/non-steel brogans in sizes 3½ through size 16 in regular and wide widths. They also have canvas shoes in sizes 7 through 16 (whole sizes only) and insoles for shoes in 3 sizes that can be trimmed to fit.
When needed footwear is not available on the unit or available through the Prison Store (example-bigger sizes or wider widths) the Facility Laundry or Assistant Laundry Manager has a process he/she can initiate in order to obtain proper fitting footwear.
If you have questions/complaints about sizes, widths, safety toe/non-safety toe and or fit, this is not a medical issue. Complaints of this nature must be directed to the facility Laundry Manager or his/her designee. **These are not medical issues and are not addressed by the Medical Department or the TDCJ-Health Services Division. If you are not satisfied with the facility response you may direct your concerns to the Assistant Director for Laundry Services at P.O. Box 99, Huntsville, Texas 77342-0099. You also have access to the Offender Grievance Process.**

Once you have attempted appropriate informal resolution at your facility and you continue to be dissatisfied you may utilize the Grievance process.

Sincerely,


**PATIENT LIAISON PROGRAM**

Xc:_____

Xc (w/enc.):_____

Enclosure(s) _____
Reference No.:___02|08_____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
# HEALTH SERVICES DIVISION
## Educational Brochure

DATE: _12-13-2002_

Offender: _Curtis Marvin Mc Kinney_

TDCJ-ID #: _534028_

_____KN_____Facility

The Health Care at the _____Neal_____Facility is the responsibility of the Texas Tech University Health Science Center-Correctional Managed Health Care (TTUHSC-CMHC).

In your correspondence you state you disagree with treatment/medications ordered (or not ordered) and/or outcomes of your visits with and/or chart reviews by a practitioner and/or complaints about TTUHSC-CMHC personnel. These issues are quality of care/clinic issues and/or TTUHSC-CMHC personnel issues. The Texas Department of Criminal Justice-Health Services Division is not responsible for daily health care decisions including quality of care/clinical decisions, direct patient care services and TTUHSC-CMHC personnel.

The issues you present are the responsibility of the **Texas Tech University Health Science Center-Correctional Managed Health Care (TTUHSC-CMHC).** You should first attempt informal resolution at your facility by directing your complaints through the facility medical departments complaint process. If you are dissatisfied with that outcome you should direct further complaints to:

**William Gonzalez, M.D.**
**Medical Director**
**TTUHSC-CMHC**
**3223 South Loop 289, Suite 210**
**Lubbock, Texas  79423**

Sincerely,

**Patient Liaison Program**

Xc:

Reference #: _02|08_

OPS-EB-G/a TTUHSC                                        5-02--rh

***Indigent Supply/Postage Request (ISPR)***

Name/Nombre _Curtis McKinney_ TDCJ# _534028_

Housing/Alojomiento _C/0 5_          Date/Fetcha _12/2/02_

**Inmates Fill In Section "A" Only Using Number Amounts**

Section "A"                                              Section"B"

| | Per | Legal | Per | Legal |
|---|---|---|---|---|
| Paper/Papel: | ——— | ——— | | |
| Carbon Paper/Papel Carbon: | ——— | ——— | ☐ | Exchanged |
| Envelopes/Sobres: | ——— | ——— | | |
| Writ Envelopes/Sobres De Escrita: | ——— | ——— | ☐ | Justified |
| Pen/Pluma: | ——— | ——— | ☐ | Exchanged |
| Letters/Cartas: | _/_ | ——— | Postage | Below |

Inmate's Signature/Firma: _Curtis McKinney_

Section "C"

| | Per | Legal | Postage |
|---|---|---|---|
| _____ Not Indigent | | | |
| _____ Indigent under 60 days | ——— | ——— | @$ .37 |
| _____ Indigent over 60 days | ——— | ——— | @$ .23 |
| _____ Commissary Restriction | ——— | ——— | @$ .05 |
| _____ Other Restrictions | ——— | ——— | @$ .01 |
| Date Processed:_____ | ——— | ——— | @$ _____ |
| _____ Not Supply Day | ——— | ——— | @$ _____ |

*I-310 (12/00) Over - For Additional Supplies

Dear Mrs McKinney

RECEIVED
DEC 9 2002
HEALTH SERVICES

Pg (1)

My name is Curtis McKinney
T.D.C.J. ID # 534028.

I'm writting you due too
my phyical condition has greatly
deteriorated sence I had a surgy
on my C spinal Cord at levels 2, 3, 4
and 5. and a conytitural surgy on
my right hand August 16, 2002. I have
not recieved any form of rehibili-
tation on my hand Even after the
head doctor ordered hand balls to rehibi-
litate my hand with which is noted
in my medical chart.

The neuro surgeon that
profoarmed the surgies Dr. Maxwell
told me that I would be recieving
phyical rehibilitational theapy too
regain my streongth mobile skills
and range of motion that I lost due
the greatly deterioated condition I was
in due to the spinal cord condition that
had deterioated too due too a four year
delay in diagmosing and attempting too
correct the problem by wallace unit
medical administration.

Dr. Lacy here at the Neal unit
Claims that their isn't any order for
phyical rehibilitation order but he also
Claim that there isnt a order for the
hand balls to rehibilitate my hand
in my file but I saw the order
in my chart while viewing my
medical chart

Pg (21)

My physical condition has greatly deteriorated sence the August 16th sugries. My arms and legs are very heavy and weak I have very poor regressing mobile skills and range of motion. My right leg is noticably draging and I am num in my shoulders and arm plus right leg and my right hand is very weak and uncoordinated and futher deteriorating. I fell as if I've run up a hill after walking just a short distance in my legs. I'm having sharp shootting pains that go up in the back of the left side of my brain as well as all through my body.

I've been left vulnerable in this very hostile enviorment and have become very woiried about my life and well being due to the area of the spinal cord that I had sungry stems off to my brain and I have not been physical rehibilitated at all to attempt to defend myself. I've all ready been attacked by T D C J I D officials August 30th & 31st which has caused a great deal of difficulties and pain. I need some rehibulitational therapy

Curtis McKinney
# 5 3 4 0 28
9055 Spur 591
Amarillo
Tx 79107

**Texas Department of Criminal Justice**

# STEP 2
PASO 2

**OFFENDER GRIEVANCE FORM**

Forma Para Quejas de los Preso

**OFFICE USE ONLY**
Para Uso De La Oficiana Solamente
Grievance # 2003003529
UGI Rec'd Date: 10-21-02
HQ Rec'd Date: OCT 24 2002
Date Due: 11-25-02
Grievance Code: 621,003
Investigator Number:

☐ EM  ☐ UOF  ☐ MED
☐ ADA  ☐ REL  ☐ SSI

Offender Name: Curtis Marvin McKinney   TDCJ # 534028

Unit: Neal Kn   Housing Assignment: A 103 B

Unit where incident occurred: Same Kn

Give reason for appeal (Be specific). I am dissatisfied with the response at Step 1 because...

The only clinic I missed was when I was at the hospital 8-1-02 to 8-28-02 and the Sept 7th appointment was missed due to I was still locked up in P.H.D until later that morning. The case of this grievance is due to I did not receive my blood pressure medication August 29 thru Sept 6th even after my blood pressure was recorded at a life theating rate (august 31, 02 at about 180/130 which records will show as I was taken to medical after a use of force on a P.H.D which was video recorded. I reported complications to nurse nurses and officer that reported the complaints to medical plus I wrote the medical administrator 9-3-02 but was denied necessary medical treatment as in the case of New som v. Sielaff 374 F Supp 1189 and was sub-jected to heart attack and/or stroke as officer reported inappropriate comment made by medical staff as in Roberson v Jordan 499 F 2d 293 5th Cir and due to blood pressure or chest pains were not checked. Due to medical records will show that I've been a chronic high blood pressure patient of 5 years, yet this medical id manest at the Neal unit showed and/or acted with deliberated indifference as in williams v Vincent 508 F2d 541 2d Cir. Also this medical administration violated nurse Health Services Procedures Grievance and administration Policy and administrative mentioned in step-one # 2003003529 Please review medical file 8-29-02 - 9-6-02 plus names + dates of reports to officer officer and

**PLEASE SIGN ON BACK**   (OVER)

I-128 Front (9/1/1999)

*...nurses are available that placed my*
*life in danger, and jeopardised my well being*

OCT 2 4 2002

Offender Signature: _Curtis McKinney_     Date: _10-20-02_

**Appellate Decision and Reason:**

☐ The Step 1 answer has addressed your complaint. No action will be taken.

☐ You have not provided a good reason for your appeal or for this office to review your claims further. No action will be taken.

☐ The issue you raise has been resolved or is pending resolution and no further action is warranted.

☐ The issues you present have already been reviewed. No further appeals of the same issues will be addressed. No action will be taken by this office.

2003003529       McKinney, Curtis       534028

A review of the grievance, medical records, and medication compliance report shows that medication was ordered on 9/28/02 as a renewal. It was to start on 10/3/02 allowing time for the medication to be shipped from the pharmacy. The medication was not received by you until 10/7/02. While you cannot receive the medication retroactively, this issue is being forwarded for official review. Resolution is pending through the grievance mechanism.

Signature Authority: _Lynn Allen_     Date: _11-18-02_

**Lynn Allen**
**Grievance Supervisor**

**Returned Because:**

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible*

☐ 3. Originals not submitted*

☐ 4. Inappropriate/Excessive attachments*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language directed at an individual.

☐ 6. Inappropriate (request is for employee disciplinary action or consequential or punitive damages).

*You may resubmit this issue once corrections are made.     Grievance Staff:_____

I-128 Back (9/1/1999)

*Emergency*



# Texas Department of Criminal Justice

## STEP 1    OFFENDER GRIEVANCE FORM

A-103

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2003003529 |
| Date Received: | 9-5-02 |
| Date Due: | 10-15-02 |
| Grievance Code: | 621,003 |
| Investigator ID #: | I0312 |
| Extension Date: | |
| Date Retd to Offender: | OCT 15 2002 |

Offender Name: _Curtis McKinney_    TDCJ # _534028_

Unit: _Neal_    Housing Assignment: _B-106_

Unit where incident occurred: _Same_    _C1-18B_

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? _Nurse Burns & Male nurse_    When? _8-31-02_

What was their response? _said that there was not any thing they could do_

What action was taken? _none_

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

Medical Administrator Mr. shelton, Dr. Lacy, RN Burns the male and other medical personal has knowly and intentionaly placed my life in great danger due to I've been without my chronic high blood pressure medicator sence 8-28-02 due to Dr. Lacy negligence in direct violation of Health services Procedurs Governance and Administration P-01 Access to care, Responsible health Authority A-01 and A-031, Health services Polices AA-25.1 Physician peer Review A-13.1 Pharmaceuticals D-27.1 And D27.2 Direct medical orders E-40.1 Responsible health Authority A-02, And due to Dr. Lacy refused to intervein in matter of security in a stressful condition that could and/or be leaved to have cause damage to a spinal surgery just 15 day old 8-16-02 date of the A.C.D.F. surgery which cause existen pain that cause my blood pressure to go to a life theating and/or stroke level and refused to act as the Authoritized cer-writes Achiev when health and life threat issue was at hand.

Medical Administrator Mr. shelton Fail to administer and/or gover a Affairs of the Neal unit medical personaly in violation of Access to care A-01 Responsible health Authority A-02.1 A1 A-33, Polices And Procedures A-05: Project i prison program K-32 Physician peer Review A13.1 section manage a safe and healthy enviorment, enviormental Inspections R-15.1 section C personal first training.

Burnes and male nurse 8-31-02 Pre detention medical examiners. due to they recorded my blood pressure at a life theating level and/or stroke right or about 189/130 137/130 and shuuld know concern for my life heath or wellbeing My life consisted of life threderg fault feel ing dizzyness and refused to have cuff taken from been on my back when the recorded my blood pressure at such a alarming rate. And refusing to respond to officers notes on 8-31-02 and shift report of my complaining at or about 3.45 pm And the main officer calles that officer flannigan or stale i had been made being 351 beloved to be he he threw off ass I constantly complained out of fear of my life as

---

_problems addressed and nurse that brought medication believe Being Wago 9-1-02 At About 12:40pm that I complained and gave him my name and officer Calloway, that asked that they were on the way 9-1-02 At About 7:30 pm_ and the nurse that brought the ibuprofen to me 9-1-02 At About 4:15pm due to I told here of Five year as a 3rd chronic high blood presser suffer in which he Buying personel nurse had in there having medical chart with the Five year chronic history after they recorded it at _such a dangerously high but wished it securing rather then show any regards for injurie Like All in violation of Access to TDCJ ! Health services Polices A-05.1 Section 9 meaning a inmate health care movement without personel Treatment . A of 9-3-02 1:40pm I still have not received my high blood treatment medication or even pressure check put i only have i wiest my High medication all since 9-3-02 knowing that this coming up Phile_

**Action Requested to resolve your Complaint.**

_Check Compliane for the last time I've had medication Foward to Robert McKinney For i've not public meanal standards ougam be brought in personal care check pressure. be examined by doctor I Such a possibility if 3rd stroke has been experienced due to illness_

**Offender Signature:** _Luther McKinney_                 **Date:** _9-3-02_

**Grievance Response:**

Your medical record indicates that you were seen in the clinic numerous times over the past three weeks. It also shows where you failed to show up for scheduled clinic appointments. Furthermore, your record indicates that you were seen by Dr. Lacy on 9-12-02 and your HTN is controlled. This office must defer to the expertise of the medical department in caring for your health care needs.

_D.L. Cole_   **D.L. COLE**

**Signature Authority:** _____   **Date:** _10-15-02_
If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:** **\*Resubmit this form when corrections are made.**
☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days.*
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution.*
☐ 6. No requested relief is stated.*
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. *Vacant – discontinued 9-1-00*
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Signature:** _____
**I-127 Back** (Revised 9-1-2001)

| OFFICE USE ONLY | |
|---|---|
| **Initial Submission** | UGI Initials:_____ |
| Grievance #: | _____ |
| Screening Criteria Used: | _____ |
| Date Recd from Offender: | _____ |
| Date Returned to Offender: | _____ |
| **2nd Submission** | UGI Initials:_____ |
| Grievance #: | _____ |
| Screening Criteria Used: | _____ |
| Date Recd from Offender: | _____ |
| Date Returned to Offender: | _____ |
| **3rd Submission** | UGI Initials:_____ |
| Grievance #: | _____ |
| Screening Criteria Used: | _____ |
| Date Recd from Offender: | _____ |
| Date Returned to Offender | _____ |

**CLINIC NOTES**
**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
**INSTITUTIONAL DIVISION**

Name: Mckinney Curtis
TDCJ No.: 534008
Unit: KN

| Date & Time | Notes |
|---|---|
| 10-8-02 1180 | Blue card issued for shower chair _____ J.Welch |
| 10-8-02 1320 | Orders noted. ——————— M. Reeves RN |
| 10-15-02 | Neal Unit ... 1050 To md for Physical See HSM-4 ——— C. Chapman |
| | Should be progressing after surg Pt gt around well — Neck Tender now SW BD Instructed in Pt ⅗ Handicap shower use 3 month long ... |
| 10-15-02 | 1150 spoke c̄ Captain Aguirre on the phone concerning use of handicap shower, said Captain Aguirre stated that offender will be moved to A-wing where handicap shower is. ——— J.Welch RN |
| 10-15-02 1320 | Orders noted. ——————— M. Reeves RN |
| 10-16-02 @ 1148 | Made md Appt for 10-17-02 @ 1000 hrs re-evaluation for neck brace — Richardson RN |
| | |
| | |

Please sign each entry with status.

HSM - 1 (Rev. 5/92)

**CLINIC NOTES**
TEXAS DEPARTMENT OF CRIMINAL JUSTICE
**INSTITUTIONAL DIVISION**

**Name:** _McKinney, Curtis_
**TDCJ No.:** _534028_
**Unit:** _Neal_

| Date & Time | Notes |
|---|---|
| 12-11-02 1110 | Next Unit: PT-E M. UCC ADM ⓢ to clinic for MD follow up from 12-6-02 |
| | ⓞ T-98° P-59 R-18 B/P - 13%/64 Wt - 235 |
| | Ⓐ Back problems |
| | Ⓟ Refer to MD — M. Reverson — |
| | 1 2 Back Ex long time MRI 2001 |
| | Dr. Maxwell evaluated & no surg |
| | recommended - |
| | Had C Spine Surg connect'g aug 01 |
| | #'s is recurring - |
| | Cat his "condition" is deteriorating - |
| | Has done no exercise in more than |
| | Ⓞ Tender Subjective over SI Joints |
| | neg St R & Patrick |
| | no edema - minor weakness Rt foot |
| | braces toes on Rt foot |
| | Ⓐ Back Pain |
| | Refer to PT ✓ |
| | Williams Exercise ✓ |
| | Ibuprofen 800 T/D 30 X 5 / COP ✓ |

R. LACY, M.D.

| 12/11/02 1330 | orders noted. |

L. Morrison

Please sign each entry with status.
HSM - 1 (Rev. 5/92)



# CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

**Name:** McKinney, Curtis

**TDCJ No.:** 534028

**Unit:** Neal

| Date & Time | Notes |
|---|---|
| 12-12-02 | 0820 PT request (12-11-02) submitted to UM — Steward, Secretary III |
| 12-19-02 | 0745 Here for CCC. See H+P sheet. M. Reeves RN. |
| 12-19-02 @ 0925 | orders noted. O'Burnes RN |
| 12/22/02 | 2100 Called to 1 building c̄ patient at c/o fall in the shower. Lying half way up on floor of shower c/o back + lt leg pain. Transferred to infirmary via w/c. See SAF 04 + HSN 17 protocol. A. Ray |

Please sign each entry with status.

HSM - 1 (Rev. 5/92)

**Name:** McKinney, Curtis
**TDCJ No.:** 534028
**Unit:** Rn

**Date & Time**

**Notes**

12-31-02 @ 1010   Sun C/o shoulder pain ...
NCL APPT SCHEDULED ...

... Pain
NonUnit
PL E (T)CC ADM   NO. 240# - 97ª - 76 - 20 - 159/98

A  C/o sharp shooting Pains from
lower mid back to to legs. Refuses
to bend due to increased pain.
Sleeping i put 7 or pillows to
relieve (pain). Guarded movement.

1-8-03   P. Appt i MD on 4/8/02. A days du.

1150   O. T. 98.7  P. 64   R. 16   Bp 150/92  Wt. 240#
S. To clinic for MD Appt.
A  C/o back pain
P  Referred to M.D

                              S. Morrison



# CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

**Name:** McKinney, Curtis
**TDCJ No.:** 534028
**Unit:** KN

| Date & Time | Notes |
|---|---|
| 1-21-03 1330 | Chain IN to Neal unit — *(signature)* |
| 1-24-03 @ 0630 | SCR % – sharp pains lower back + down back of both legs & muscle cramps in neck NCL APPT. SCHEDULED 1-26-03 — Richardson RN |
| 1-26-03 0430 | scheduled NCL c/o low back pain – 2nd visit see HSV-17 – Return visit to MD – Rx ineffective for pain — Euler LVN |
| 1-26-03 0500 | MD scheduled 1-30-03 — Euler LVN |
| 1-26-03 0830 | chronic info chronic clinic "HTN" appt scheduled — *(signature)* |
| 1-30-03 1030 | ⓢ MD appt ⓞ 98⁴ 79 18 — 12/02 wt – 239. ⓐ c/o low back pain ⓟ Refer to MD — *(signature)* Continues Problem č back + Rt leg Problem č scalp – dry Degenerative disc lumbar Seboulee ⊕ refer to Neurosurg ✓ is good only for 90 day per HV pharmacy — RN *(initials)* Selenum sup use weekly 1700 KOP č |
| Meds Ordered ☑ Date: 1-30-03 Sig. PRPT ⓟ | |
| 1-30-03 1245 | Orders noted. — M. Reaves RN |

Please sign each entry with status.



**Texas Department of Criminal Justice**

# STEP 2

**OFFENDER
GRIEVANCE FORM**

Offender Name: _Curtis McKinney_   TDCJ # _534028_
Unit: _Neal_   Housing Assignment: _utility #2_
Unit where incident occurred: _Neal_

OFFICE USE ONLY
Grievance #: 2003086838
UGI Recd Date: 3-5-03
HQ Recd Date: MAR 1 1 2003
Date Due: 4-9-03
Grievance Code: 200,804
Investigator ID #: 20258
Extension Date:

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

Give reason for appeal (Be specific).   *I am dissatisfied with the response at Step 1 because...*

The core of this grievance is the fact that Major Baker knowingly and intentionaly change the docter orders for me too be housed on A wing due too it has has a build in handicap shower after I reported problems that I was having with the portably handicap shower chair Oct 15, 2002 see medical records! (Dr Say orders).

After Major Baker and Mrs Southern ignored the I-60 report that I reported the fact that me and my celly was having problems (due too he is a known active homosexual that was have sex with his fag friend in our cell) and was attempting too avoid physical confrontation so I filed a grievance on Mrs Southern.

After recieving a move slip the evening after I filed the grievance the move from A-107 too C-105 I went too Capt Aguirre which medical contacted w/ 03/02 and ordered that I be moved from C 113 P too A wing due too the built in handicap shower. Capt Aguirre called Major Baker (which authorized the move) and reported the fact that I was ordered moved on A wing by medical for the needed medical shower. I reported the celly problem before it got out of control as it was not a problem for me too stay on A wing in fact it seemed logical for the two homo sexuals too be seperated due too too illegal sexualy activity would continue.

Major Baker told Capt Aguirre too tell me that I could stay in the cell with the problem or move too C wing which the docter had ordered me moved off due too medical needs.

I-128 Front (Revised 9-1-2001)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

Dec 27, 2002 I fail trying too get out of the shower due too my legs got very weak which is why the handicap shower was needed due too the real unit medical department disregarded the neuro surgeons orders for me too be physical rehibilitated after having a major spinal cord surgery. Crequest 16 and the limited physical abilities had greatly det oriated even futher due to their neglegenc And picked office to ward would not give me the shower chair too use in the limited shower time we have on medium which is one of the problems I reported 6/13/02. When I finally was sent to physical theopy evaluation I was hurting realy bad from the 12/27/02 shower lower back injury and could barly walk the theorpist gave me a chue to stay over the week end do nothing or come back the next week when I culd get around better

**Offender Signature:** _Curtis McKinney_  **Date:** 3/2/03

MAR 1 1 2003

**Grievance Response:**

You were correctly advised at the unit level.  No action is warranted.

**Signature Authority:** _[signature]_  **Date:** MAR 2 0 2003

### D. F. FONDREN

**Returned because:**   *Resubmit this form when corrections are made.*

- ☐ 1. Grievable time period has expired.
- ☐ 2. Illegible/Incomprehensible. *
- ☐ 3. Originals not submitted. *
- ☐ 4. Inappropriate/Excessive attachments. *
- ☐ 5. Malicious use of vulgar, indecent, or physically threatening language. *
- ☐ 6. Inappropriate. *

**CGO Staff Signature:** _____

**I-128 Back (Revised 9-1-2001)**

| OFFICE USE ONLY | |
|---|---|
| **Initial Submission** | **CGO Initials:**_____ |
| Date UGI Recd:_____ | |
| Date CGO Recd:_____ | |
| (check one) ____ Screened ____ Improperly Submitted | |
| Comments:_____ | |
| Date Returned to Offender:_____ | |
| **2nd Submission** | **CGO Initials:** _____ |
| Date UGI Recd:_____ | |
| Date CGO Recd:_____ | |
| (check one) ____ Screened ____ Improperly Submitted | |
| Comments:_____ | |
| Date Returned to Offender:_____ | |
| **3rd Submission** | **CGO Initials:**_____ |
| Date UGI Recd:_____ | |
| Date CGO Recd:_____ | |
| (check one) ____ Screened ____ Improperly Submitted | |
| Comments:_____ | |
| Date Returned to Offender:_____ | |



**Texas Department of Criminal Justice**

# STEP 1

## OFFENDER GRIEVANCE FORM

OFFICE USE ONLY

Grievance #: 2003086838

Date Received: 1-15-03

Date Due: 2-24-03

Grievance Code: 200,804

Investigator ID #: I0312

Extension Date:

Date Retd to Offender: FEB 21 2003

Offender Name: _Curtis McKinney_  TDCJ # _534028_

Unit: _Neal_  Housing Assignment: _C 122B_

Unit where incident occurred: _Neal_

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? _Sgt Smothers, 1st Daniel Medical_ When? _12/29/02 12/28/02_

What was their response? _would check it out / Scheduled to see the neuro surgeon_

What action was taken? _None / Scheduled to be examined_

---

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

I've suffered unnecessary and wanton inflictions of infliction of pain due too Major Baker's deliberate indifference too my serious medical needs due too she willfuly and intentional abused her authority by changing Dr Lacy's order for me too be moved from C wing around or about October 15, 02 too A wing which has a built in handicap shower with rails due too I've been rapidly loosing strength and ability in my upper and lower limbs and coordination due too not being physically rehibilitated ofth after having a major spinal cord surgery 8/16/02. Dr Lacy ordered for me too be moved too A wing due too increase deteroration deterioration of abilities and the A wing shower has handicap rails plus due too problem that I was having with getting the handicap chair from office and sanitary problems with office using it for a foot stool due too a number of times foot prints and some sort of chemical substances being on the chair when I get it out of the picket and I don't have any access too disinfected. Major Baker retaliated on my having too file a grievance complaint after I reported homosexual activity, that was causing conflict with me and my celly, due too he was having his boyfriend in our cell while I was at Ramadan service and Mrs Southern and Major Baker fail too respond too the report that was leading too serious physical conflict (See grievance # 2003056359). Capt Auguine

---

I-127 Front (Revised 9-1-2001)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER

too A Wing by medicals request due too Major Baker 9/27/02 the fact that I had bee
Cape shower Major Baker told Capt Aguirre too the need for the
Could stay in the cell with the person too tell me the
lems with or move back too C Wing which does not han
built in handicap shower back too C Wing which does not have
balance while standing in the shower that I used too keep
#37, PO 22 # 23 and §39.04 violating my civil rights. I use too
body injury due too I fell attempting too get out of the shower
too I did not have the rail too hold and a office tured her too the shower
shower Chris 12/27/02 and would not give it too me as I previously did tur
inta in Gr-oo touching system for investigation of inspector gener
Place on file for CIA James Fellner of human rights watch and the NA
Be service for worst transfer due too inmate abuse and adm
ation that I constantly suffered at the hand of somking administratio
and I am in great fear of futher retaliation due too this complaint

Action Requested to resolve your Complaint. Call me in too get to pics of witness at

Offender Signature: _____

Grievance Response: Curtis McKinley                           Date: 1/6/03

Your complaint has been noted.  You have been on A wing since your return
from the RB unit on 1-21-03.  According to Major Baker you were the one
who requested to be moved.  There was no retaliation found on the part of
Major Baker.  Medical was contacted regarding your complaint and has revealed
to this office that your medical record indicates that Dr. Lacy wrote an
order for a handicap shower for three months on 10-15-02.  On 12-6-02, the
P.A. wrote an order for a shower chair for 60 days.  You were sent to
Montford for physical therapy but you refused to stay for extended therapy.
This office must defer to the expertise of the medical dept in caring for
your medical needs.

Signature Authority:  [signature]
If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response.
reason for appeal on the Step 2 Form.

**D.L. COLE**

Date: 2-21-03

Returned because:    *Resubmit this form when corrections are made.
☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Vacant – discontinued 9-1-00
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

Signature: _____
Back (Revised 9-1-2001)

OFFICE USE ONLY

Initial Submission
Grievance #: _____
                                    UGI Initials: _____
Screening Criteria Used: _____
Date Reed from Offender: _____
Date Returned to Offender: _____

2nd Submission
Grievance #: _____
                                    UGI Initials: _____
Screening Criteria Used: _____
Date Reed from Offender: _____
Date Returned to Offender: _____

3rd Submission
Grievance #: _____
                                    UGI Initials: _____
Screening Criteria Used: _____
Date Reed from Offender: _____
Date Returned to Offender



**Texas Department of Criminal Justice**

# STEP 2    OFFENDER
GRIEVANCE FORM

Offender Name: _Curtis McKinney_    TDCJ # _53628_

Unit: _Neal_    Housing Assignment: _C 122_

Unit where incident occurred: _Neal_

**OFFICE USE ONLY**

Grievance #: _2003056359_

UGI Recd Date: _1-14-03_

HQ Recd Date: JAN 17 2003

Date Due: _218_

Grievance Code: _000_

Investigator ID #: _00258_

Extension Date:

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

Give reason for appeal (Be specific).    *I am dissatisfied with the response at Step 1 because...*

Due too I had too file complaint #2003056359 in a attempt too prevent futher problems inbetween me and my celly due Major Baker and Mrs Southern Mrs Southern ignored the report I made too them that could have lead too serious injury too me due too medical problems that I already suffer due too a major spinal cord surgry on the area of the spinal cord that stem off too my brain

Out of retaliation too me having too file the complaint Major Baker moved me off of A wing with the built in handicap shower with the safty rails even after it was brought too her attention that the unit doctor had requested that I be placed on A wing for the shower by Capt Laguirie that I was ever there on A wing for the handicap shower.

Major Baker told Capt Laguirie too tell me that I could stay in the cell with the person that was causing the problem due too him having has homosexual boy friend in our cell for homosexual reasons which should have resulted in them being seperated too different wings too prevent such activita.

Major Baker handled the problem in a racist manner due too the problem was inbetween two black inmates due too there are some some instances and/or not neve

I-128 Front (Revised 9-1-2001)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

as abuse as mine that involve caucasian inmates
that get prompt response with having too file complaint
and are handle in a better justifier manner.

Dues too Major Baker abusing her authority and changing
the doctors orders for me too be house on A wing with
the handicap shower with the rails after I had problem
on C wing in Oct 2002 with the shower chair. I've
suffered unnecessary and wanton inflictum of pain
and suffering after falling in the shower while attempt-
ing too get out due too a b office Howard took the shower chair
12/27/02 which is one of the problems that I had repo
reported to Dr Lacy in Oct which made him request A wing housin

**Offender Signature:** Curtis McKinney **Date:** 1/12/03

**Grievance Response:**

Appropriate action was taken at the unit level in regards to your life endangerment claims. Further investigation reveals you have been re-housed to A-Wing. No further action is warranted.

**Signature Authority:** _D. F. FONDREN_ **Date:** FEB 0 4 2003

**Returned because:** *Resubmit this form when corrections are made.*

- [ ] 1. Grievable time period has expired.
- [ ] 2. Illegible/Incomprehensible. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 6. Inappropriate. *

**CGO Staff Signature:** _____

**I-128 Back (Revised 9-1-2001)**

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | CGO Initials:_____ |
| Date UGI Recd: | |
| Date CGO Recd: | |
| (check one) ____Screened ____Improperly Submitted | |
| Comments: | |
| Date Returned to Offender: | |
| 2nd Submission | CGO Initials: _____ |
| Date UGI Recd: | |
| Date CGO Recd: | |
| (check one) ____Screened ____Improperly Submitted | |
| Comments: | |
| Date Returned to Offender: | |
| 3rd Submission | CGO Initials:_____ |
| Date UGI Recd: | |
| Date CGO Recd: | |
| (check one) ____Screened ____Improperly Submitted | |
| Comments: | |
| Date Returned to Offender: | |



**Texas Department of Criminal Justice**

## STEP 1

**OFFENDER GRIEVANCE FORM**

OFFICE USE ONLY
Grievance #: 2003056359
Date Received: 11-27-02
Date Due: 1-6-03
Grievance Code: 000
Investigator ID #: ±0312
Extension Date:
Date Retd to Offender: JAN 0 6 2003

Offender Name: Curtis McKinney   TDCJ # 534028
Unit: Neal   Housing Assignment: A107B
Unit where incident occurred: Same   Ct22

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.
Who did you talk to (name, title)? Sgt Smothers & Wast My Baker   When? 11/18/02
What was their response? Contact Mrs. Southern
What action was taken? None

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

Mrs Southern has knowly and intentional placed my life and/or well being in great danger due to negligence and racist actions due to on 11/18/02 I reported to Mrs. Southern that I've been having some problem with my celly inmate Williams a knowd homosexual that has been having his boy friend come in our cell for whatever they do. I spoke with him and he stated that he was not going to stop. Due to I am a muslim and recently had a major surgery on my spinal cord at the area that stems off to my brain 8/16/02 and could easly be paralized or killed due to lack of abalaties some of my muslim brothers want to get involve and due to he has been on the unit a long time he has a lot of friends that want to get involve which can turn into a major black on black incident. When Caucasion Caucasion inmates complain about the simplest unfounded complaint about there celly they are quickly moved before it results into violence.

Mrs Southern is in direct violation of PD 22 #21 Discrimination against persons as protected class due to African american inmat problems is leaked over and/or disregarded due to lack of concern for them & pitting one another. PD 22 # 5. Reckless endangerment has been violated due to Mrs Southern knows from reports and medical records that I had a major spinal surgy at the area area that stemes off to my brain 8/16/02 and could easly be kill or paralized from a phycal confon confrontation. PD 22 # 8 Failure to follow proper safety procedures when her legal duty to prote

I-127 Front (Revised 9-1-2001)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

(7th Cir 1992)

offenders as in Swofford v Mandrell 969 F2d 547, 549, Butler v Doud 979 F2d 661, 675 (8th Cir 1992) PD 22 #7 Substandard duty performance level (4) due to miss Southern has recklessly ignored a possible violent and to deadly incident after I reported it to her. I feel strongly that this is a act and/or another act of retaliation of this administration chief due to I've had to file complaints on supervising officials after being assaulted by a officer 8/30/02 and a unjustified major use of force by Lt Nelson and then suffered another unjustified use of force by Lt Ponder and Sgt Hinkle 8/31/02 for failing a incident report 8/30/02 on the 8/30/02 incident and was written up on 8/31/02 and placed on medium custody with more aggressive off. PD 22 #

**Action Requested to resolve your Complaint:**
Intervene to eliminate trucking system for investigation of directors and agents. Investigate by inspector general office coordinator. Refer to IAD team's Gemini. Place on file for CIA James Fellner of human rights. Investigated by the NAACP. Move one of us are to his keyfriend is commman in our cell

**Offender Signature:** _Curtis McKinney_                    **Date:** 11/22/02

**Grievance Response:**

Your grievance was thoroughly investigated and records indicate you were moved on 11-27-02.  No further action deemed necessary.

M. MUNSELLE

**Signature Authority:** _M Munselle_                    **Date:** 1-4-03

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:     *Resubmit this form when corrections are made.**

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days.*
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution.*
☐ 6. No requested relief is stated.*
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. *Vacant – discontinued 9-1-00*
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Signature:** _____
**I-127 Back** (Revised 9-1-2001)

| OFFICE USE ONLY | |
|---|---|
| **Initial Submission** | **UGI Initials:** |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |
| **2nd Submission** | **UGI Initials:** |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |
| **3rd Submission** | **UGI Initials:** |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender | |



**Texas Department of Criminal Justice**

# STEP 2

**OFFENDER GRIEVANCE FORM**

OFFICE USE ONLY

Grievance #: 2004111098

UGI Recd Date: MAY 21 2004

HQ Recd Date: MAY 27 2004

Date Due: 6-25

Grievance Code: 611, 623

Investigator ID #:

Extension Date:

Offender Name: Curtis McKinney    TDCJ # 534023

Unit: Estell    Housing Assignment: D2-104

Unit where incident occurred: Roberson

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be specific).** *I am dissatisfied with the response at Step 1 because...*

The core of grievance # 2004111098 is the fact that neuro surgeon Dr. Maxwell Knowly and intentional left me to suffer with pinched nerves at levels C5&6 and C4&5 and then abandon me leaving me to suffer from his acts of deliberate indifference to my seriouse medical condition and needs.

Dr. Maxwell never called me back and or sent for me for a post surgry follow up even after I reported to his office that I was having problems in the area soon after the surgry.

The neuro surgeon at U.T.M.B ordered the phyisical and occupational therapy that I started over a year and a haff (1½ yr) later Feb, 2004.

I never recieved therapy after the August 16, 2002 C-2-C-5 surgry and futher injured myself due to report problem and weakness's that I begin to suffer which Dr. Maxwell also ignored.

My complaint does not have any thing to do with Mr. Chavers or U.T.M.B.

The proper responded should have been Dr. Maxwell due to the complaint is soly on his deleberate indifferences to my medical needs. MAY 27 2004

**Offender Signature:** _Curtis McKinney_          **Date:** _5-23-2004_

**Grievance Response:**

2004111098          McKinney, Curtis          534028

Review of your Step 1 grievance reflects that you failed to provide specific information, such as dates, to make investigation at this level possible. Based on the information provided, it appears that your access to medical care and/or treatment received an acceptable response at Step 1. Medical personnel complaints are the responsibility of the contracted university providers, who are not supervised by the TDCJ Health Services Division. If you have a concern about the clinical decision made, you may wish to direct that concern to the appropriate university official. In this instance, that is Dr. De Shields, (Attn: Angela Beltran), Office of Health Care Systems, 3901 State Jail Road, El Paso, Texas 79938. In order to expedite resolution of medical complaints, you are encouraged to utilize the facility's medical complaints process by contacting the facility medical complaints coordinator before filing a grievance. No further action through the grievance mechanism is warranted.

**Signature Authority:** _[signature]_          **Date:** _6-8-04_

**Returned because:**          ***Resubmit this form when corrections are made.***

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible. *          **Ahla Shabaaz, F.N.P., M.S.N., M.P.H.**

☐ 3. Originals not submitted. *          **Director of Clinical Services**
                                         **TDCJ Health Services Division**
☐ 4. Inappropriate/Excessive attachments. *

☐ 5. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 6. Inappropriate. *

**CGO Staff Signature:** _____

**I-128 Back (Revised 9-1-2001)**

| OFFICE USE ONLY | |
|---|---|
| **Initial Submission** | **CGO Initials:**_____ |
| Date UGI Rec'd:_____ | |
| Date CGO Rec'd:_____ | |
| (check one) ____Screened ____Improperly Submitted | |
| Comments:_____ | |
| Date Returned to Offender:_____ | |
| **2nd Submission** | **CGO Initials:** _____ |
| Date UGI Rec'd:_____ | |
| Date CGO Rec'd:_____ | |
| (check one) ____Screened ____Improperly Submitted | |
| Comments:_____ | |
| Date Returned to Offender:_____ | |
| **3rd Submission** | **CGO Initials:**_____ |
| Date UGI Rec'd:_____ | |
| Date CGO Rec'd:_____ | |
| (check one) ____Screened ____Improperly Submitted | |
| Comments:_____ | |
| Date Returned to Offender:_____ | |



**Texas Department of Criminal Justice**

# STEP 1   OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2004111098 |
| Date Received: | FEB 24 2004 |
| Date Due: | 04-04-04 |
| Grievance Code: | 611, 603 |
| Investigator ID #: | 946 |
| Extension Date: | 3-24-04 |
| Date Retd to Offender: | |

Offender Name: _Curtis McKinney_ TDCJ # _534028_

Unit: _Estelle_ Housing Assignment: _H2-104-B_

Unit where incident occurred: _Roberson_

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when _G-22-0;_ appealing the results of a disciplinary hearing.   _12-13-03_

Who did you talk to (name, title)? _wrote Dr. Maxwell_   When? _dec 2003 2-13-04_

What was their response? _none_

What action was taken? _none left to suffer pain and disabilities_

---

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

Dr. Mark Maxwell has repeatly acted with deliberate indifference to my serious medical needs leaving me to suffer unnecessary and wanton pain due to I've been left with pinched nerves at levels C4&5 and C5&6 in which Dr. Maxwell operated on and has now left to suffer constant pain and loss of physical abilities due too there was not any rehibilitation or physical therapy ever done after the major spinal surgry at levels C2-C6.

I've been left in great pain and physically disable and Dr. Maxwell has repeatly ignored my reports of the problems that I've been left with after he convenced me that he would take care of me and do the best he could to help me me with my medical problems if I allowed him to preform the spinal surgry

---

I-127 Front (Revised 9-1-2001)      **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**      (OVER)

**Action Requested to resolve your Complaint.**

After viewing the October, 2003 M.R.I I'd like a investigation into the matter and get the proper medical treatment to release me of the constant suffering and recieve proper physical rehibilitation or therapy,

**Offender Signature:** Curtis McKinney,                **Date:** 2-24-04

**Grievance Response:**

McKinney, Curtis        TDCJ-ID # 534028    Grievance # 2004111098

An investigation was conducted into your complaint.   J. Chavers, Cluster Practice Manager for Health Services checked your records on 2/24/04.  Those records indicate that you have been afforded appropriate access to care while living on the Estelle Unit and this office will defer to the professional opinion of medical staff in regard to your diagnosis and subsequent care.

**Signature Authority:** _____        **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

T. MORGAN                                    5/11/2004

**Returned because:    *Resubmit this form when corrections are made.**

- [ ] 1.  Grievable time period has expired.
- [ ] 2.  Submission in excess of 1 every 7 days.*
- [ ] 3.  Originals not submitted. *
- [ ] 4.  Inappropriate/Excessive attachments. *
- [ ] 5.  No documented attempt at informal resolution.*
- [ ] 6.  No requested relief is stated.*
- [ ] 7.  Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8.  The issue presented is not grievable.
- [ ] 9.  *Vacant – discontinued 9-1-00*
- [ ] 10.  Illegible/Incomprehensible. *
- [ ] 11.  Inappropriate. *

**UGI Signature:** _____

I-127 Back (Revised 9-1-2001)

**OFFICE USE ONLY**

**Initial Submission**        UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender:_____

**2nd Submission**        UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

**3rd Submission**        UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender:_____

Date Returned to Offender:





**TEXAS TECH UNIVERSITY HEALTH SCIENCES CENTER**
**DEPARTMENT OF RADIOLOGY**
3601 4TH STREET
LUBBOCK, TX  79430

PATIENT NAME:
DATE:                          MCKINNEY, CURTIS
NUMBER:                    1-03-02
PHYSICIAN:                 53 40 28
LOCATION:                  POST
                                     MONTFORD UNIT

CLINICAL INFORMATION:  Cord injury.

REPORT:

MRI SCAN OF THE CERVICAL SPINE:

TECHNIQUE:  Standard protocol MRI of the cervical spine was performed with sagittal T1 and T2 and axial T2.

FINDINGS:  The previous films are not available for comparison.  There is evidence of diffuse broad-based central and paracentral extradural defect at the level of C3-C4 which is causing spinal canal stenosis at this level and extrinsic pressure along the thecal sac and probably nerve root, more at the left side.  There is evidence of compression along the cervical spinal cord at the level of C3-C4 and narrowing of the cervical spinal cord at this level. Mild disc bulge at the level of C4-C5 and C5-C6 also cannot be ruled out.

IMPRESSION:
A BROAD-BASED EXTRADURAL DEFECT AT THE LEVEL OF C3-C4 CAUSING SPINAL CANAL STENOSIS AT THIS LEVEL AS WELL AS EXTRINSIC PRESSURE ALONG THE THECAL SAC AND PROBABLY NERVE ROOT AT THE LEFT SIDE AND NARROWING OF THE CERVICAL SPINAL CORD AT THIS LEVEL.  THESE FINDINGS ARE

***CONTINUED ON PAGE TWO***


JAN 1 1 2002

**CLINIC NOTES**
TEXAS DEPARTMENT OF CRIMINAL JUSTICE
INSTITUTIONAL DIVISION

Name: _McKinney Curtis_

TDCJ No.: _534004_

Unit: _W2_

| Date & Time | Notes |
|---|---|
| 11-2-01  0915 | in for HTN – Su HSn – 2yr |
| | Taylor Lin _J Gentn_ |

Please sign each entry with status.

SM - 1 (Rev. 5/92)

411

**Name:** McKinney Curtis
**TDCJ No.:** 534008
**Unit:** (129)

**CLINIC NOTES**
TEXAS DEPARTMENT OF CRIMINAL JUSTICE
**INSTITUTIONAL DIVISION**

| Date & Time | Notes |
|---|---|
| 10/30/01 | 2300 1-60 Red — Yo-Atul suffery from allerce. Sneezes after finish of Sudafed, Benedryl Nasal Spray NSC o— 10/31/01 at 2300 — Jophone LVN |
| 10-31-01 | 2020 in for NSC ① ⓢ allergies/sinus/sinus med refill @ HSN-21 filed @ altered Comfort BN ⑩ M&/P4 11-2-01 — J Taylor LVN |

Please sign each entry with status.

ISM - 1 (Rev. 5/92)

# CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JUST
### INSTITUTIONAL DIVISION

**Name:** _McKinney, Curtis_

**TDCJ No.:** _534028_

**Unit:** _WC_

| Date & Time | Notes |
|---|---|
| 10-18-01 | 1025 Offender into medical records to review records — R Swann RN |
| 10-19-01 | 0600 in for sinus infection — wt 233 B/P 138/80 P 60 R 20 Temp 97.2 A Taylor LVN |
| 10-19-01 07W | [P. Rheum tx] S: in phone — hx. antihistamine p'nos O: throat - nobly fulminates — [illegible] most - [illegible] to PTA A: Rheum tx P: 1) [illegible] Tc y 6i X 10d — [illegible] 2) Benadryl 50 y hs X 10d. [illegible] 3) [illegible] 5 day tt necessary for sinus X 10d — 4) F/u [illegible] J. DUKES, PA |
| 10/25/01 | 1230 MD/PA appt 11/2/01 for FU HTN — [signature] |

# CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JUSTIC
## INSTITUTIONAL DIVISION

**Name:** McKinney, Curtis

**TDCJ No.:** 534028

**Unit:** WL

| Date & Time | Notes |
|---|---|
| 10-5-01 | 1420 Returned to WL unit from RMF ortho consult - Recommendations as follows: |
| | 1.) dorsal cock-up splint Rt |
| | 2.) Motrin 800mg tid c̄ meals |
| | 3.) RTC 6 wks, if no improvement consider CTR. |
| | W.O. Dr Hults / CWebster RN |
| | - noted 10-5-01 1420 CWebster RN |
| | Dr R. Hults MD |
| 10-10-01 | 0515 rec'd 1-60 c̄ request to schedule appt to review med records → referred to medical records CWebster RN |
| 10-10-01 | 0840 1-60 rec'd - request to review medical records. Key-in 10-18-01. B Nixon LVN R. Hults, MD |
| 10-17-01 | @0500 160 c/o finishing Droxol still c/o sinus trouble NSC 10-17-01 @1100 DStewart RN |
| 10/17/01 | @1105 NSC ⓢ offers in c̄ c/o allergies sinus draining yellow ft phlegm from nose needs antibiotic ⓡ warm T98° P 76 R18 BP 138/86 lidness noted nares ? drainage, Tympanic membrane carer LCTA NAD ⓐ all ? Cuff ⓡ will schedule MD/PA appt 10/19/01 [signature] |

**TDCJ HEALTH SERVICES DIVISION**
**NURSE'S CHAIN REVIEW**

NAME: _McKinney Curtis_                     TDCJ#: _53402 8_

---

**I. OUTGOING CHART REVIEW**     Date: _10-4-01_   Time: _0200_   Facility: _WL_
Transfer to: _R B Unit_   Allergies: _NKDA_
Method and time of travel appropriate: YES ☒ NO ☐   Medical Condition Appropriate for Travel: YES ☒ NO ☐
X-rays sent: YES ☒ NO ☐ N/A ☒   Current med pass on chart: YES ☒ NO ☐ DOT: YES ☐ NO ☒
Meds sent: YES ☐ NO ☒ N/A ☐   Health Problems: Medical ☒ Dental ☐ Mental ☐
Special Diet: _____ ∅
Treatment/Preps: _____ ∅

Housing Restrictions: _____   Discipline Restrictions: YES ☐ NO ☒
Crutches ☐ Cane ☐ Walker ☐ Wheelchair ☐ Other ☐ _____
Pending Appts/Follow-ups: _____ ∅
Special Instructions given to transport personnel:   YES ☐ NO ☐ N/A ☒
Nurse Signature/Date/Time: _Taylor LVN 10-4-01 @ 0200_

---

**II. ENROUTE CHART REVIEW**     Date: _____   Time: _____   Facility: _____
On Meds: YES ☐ NO ☐   Meds rec'd: YES ☐ NO ☐ DOT: YES ☐ NO ☐   X-rays rec'd: YES ☐ NO ☐
Housing Restrictions: _____
Treatment/Preps: _____

New Orders: _____

New Medications On Computer: YES ☐ NO ☐   Pending Appointments: _____
Chart for Review to: CID ☐ Mental Health ☐ Dental ☐
Additional Comments: _____

Nurse Signature/Date/Time: _____   Physician-PE Signature/Date/Time: _____

---

**III. FACILITY OF ASSIGNMENT:**   Date: _10-5-01_   Time: _1420_   Facility: _WL_
DOT: YES ☐ NO ☒   Meds rec'd: YES ☐ NO ☒ Date last PPD ☐/CXR ☐: _____
X-rays rec'd: YES ☐ NO ☒
Health Diagnoses: _Carpal tunnel syndrome - paraparesis Rt_
_Chronic back pain - HTN_

| Meds: | Rec'd | Exp'd | MD Reorder |
|---|---|---|---|
| Vruvbral %, BD | ☐ | ☐ | _____ |
| Wiazide %, d. | ☐ | ☐ | _____ |
| Metaprolol 150 d. | ☐ | ☐ | _____ |
| | ☐ | ☐ | _____ |
| | ☐ | ☐ | _____ |
| | ☐ | ☐ | _____ |
| | ☐ | ☐ | _____ |

Treatments/Special Care/Follow-up/Diet/Appointments: _____

Chart to Review to: CID ☐ Mental Health ☐ Dental ☒   Add to Chronic Clinic: YES ☒ NO ☐
Restrictions: Housing _↓ bunk_   Work _#5 - 82880 yds, #16, 19_
Discipline: YES ☐ NO ☒
Nurse Signature/Date/Time: _Webster LVN 10-5-01   1420_
Physician-PE Signature/Date/Time: _____

HSN –1 (rev. 10/00)                                          416

# CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

**Name:** McKinney, Curtis

**TDCJ No.:** 534028

**Unit:** WOL

| Date & Time | Notes |
|---|---|
| 10-1-01 | 1600 Warigral - ½ BID x 15 days KoP<br>— T.o. Dr Hults / CW ebsterla<br>— Cnoted CW ebsterla 10-1-01 1600<br>—                                    Dr R. Hults m.D |

# NURSING ASSESSMENT PROTOCOL
## FOR
## UPPER RESPIRATORY
### (Cold Symptoms, Cough, Flu, Sinus, Sore Throat)

Name: McKinney Curtis   TDCJ#: 534028   Date: 10-1-01   Time: 1545
Facility of Assignment: Wallace   Work Assignment: GF
Current Medications: Diazide - Atenelol
Allergies: (Food, drug, other) _____

Circle all items that are appropriate and/or complete all blanks.

## SUBJECTIVE DATA

1. Patient complaint: Sinus

2. Date of onset: 2 days

3. EENT Symptoms:
   (Sneezing)  (Nasal Discharge)
   Tearing   Facial Pain
   Headache   Sore Throat
   Earache   Hoarseness
   (Nasal Stuffiness)

4. Shortness of breath: None
   At rest   On exertion
   Uneven chest wall movement: (N)/Y

5. Cough (None) Chronic  Dry  Productive
   Color and consistency of Sputum _____

6. History of Smoking:   (N)/Y
   Packs per day _____

7. History of positive PPD:   (N)/Y
   Date _____

## OBJECTIVE DATA  Cellside Assessment due to unit Lockdown

1. T___  P___  R___  B/P___

2. Eyes: (Normal)  Tearing   Injected
   Periorbital Edema
   Conjunctiva appearance  clear

3. Ears: external canal:
   Right - Normal  Red  Swollen  Drainage  NA
   Left - Normal  Red  Swollen  Drainage
   Describe drainage if other than cerumen:
   _____

---

Tympanic membrane:  NA
   Right -  Pearly gray  Dull  Red  Bulging
   Left -   Pearly gray  Dull  Red  Bulging

Hearing Acuity:  NA
   Right -   Normal  Reduced  Absent
   Left  -   Normal  Reduced  Absent

4. Nasal Mucosa: (Normal)  Pale   Cyanotic
   Reddened   Edematous
   Discharge color & amount  Yellow

5. Throat: ASSESS WITH CAUTION
   Color - (Normal)  Red  Pale  Petechiae  Ulceration
   Tonsils -  (Normal)  Absent   Exudative
      Swollen  Reddened  White  Yellow
   Swallowing - (Normal)   Unable to swallow
   Voice Quality - (Normal)  Nasal  Hoarse
   Breath -  (Normal)  Foul  Fruity

6. Neck:  Able to touch chin to chest?   N/(Y)
   Cervical Nodes - (Normal)  Tender  Enlarged

7. Thoracic:
   Respirations - (Normal)  Deep
      Shallow  Labored
   Chest wall movement -
      (Equal)  Unequal  Retracting
   Breath Sounds -  Left Chest.  Right Chest
   Clear
   Wheezes
   Crackles
   Diminished

8. Generalized Symptoms:
   Skin - (Warm)  Hot  (Dry)  Moist
      Cool  Flushed  Pale
      Turgor  Tenting  Normal

Comments. _____
_____
                              418

**TDCJ HEALTH SERVICES DIVISION**
**NURSE'S CHAIN REVIEW**

NAME: _McKinney Curtis_     TDCJ#: _534028_

---

**I. OUTGOING CHART REVIEW**   Date: _2-14-02_   Time: _0200_   Facility: _WA_
Transfer to: _RB 22_   Allergies: _NKDA_
Method and time of travel appropriate: YES ☒ NO ☐   Medical Condition Appropriate for Travel: YES ☒ NO ☐
X-rays sent: YES ☐ NO ☒ N/A ☐   Current med pass on chart: YES ☒ NO ☐ **DOT:** YES ☐ NO ☒
Meds sent: YES ☐ NO ☒ N/A ☐   Health Problems: Medical ☒ Dental ☐ Mental ☐
Special Diet: _Ø_
Treatment/Preps: _Ø_

Housing Restrictions: _II B-2_   Discipline Restrictions: YES ☐ NO ☒
Crutches ☐ Cane ☐ Walker ☐ Wheelchair ☐ Other ☐ _Ø_
Pending Appts/Follow-ups: _Ø_
Special Instructions given to transport personnel: YES ☒ NO ☐ N/A ☐
Nurse Signature/Date/Time: _Crowder RN 2-14-02 @ 0200_

**II. ENROUTE CHART REVIEW**   Date: _2/14/02_ Time: _2335_ Facility: _RB_
On Meds: YES ☒ NO ☐ Meds rec'd: YES ☐ NO ☒ DOT: YES ☐ NO ☒ X-rays rec'd: YES ☐ NO ☒
Housing Restrictions: _II B 2_
Treatment/Preps: _Ø_

New Orders: _Ø_

New Medications On Computer: YES ☒ NO ☐   Pending Appointments: _Ø_
Chart for Review to: CID ☐ Mental Health ☐ Dental ☐
Additional Comments: _HTN (R) arm Carpel Syndrome_

Nurse Signature/Date/Time: _2/14/02 2335_   Physician-PE Signature/Date/Time:

**III. FACILITY OF ASSIGNMENT:** Date: _____ Time: _____ Facility: _____
**DOT:** YES ☐ NO ☐ Meds rec'd: YES ☐ NO ☐ Date last PPD ☐ / CXR ☐ :
X-rays rec'd: YES ☐ NO ☐
Health Diagnoses:

| Meds: | Rec'd | Exp'd | MD Reorder |
|---|---|---|---|
| | ☐ | ☐ | |
| | ☐ | ☐ | |
| | ☐ | ☐ | |
| | ☐ | ☐ | |
| | ☐ | ☐ | |
| | ☐ | ☐ | |
| | ☐ | ☐ | |

Treatments/Special Care/Follow-up/Diet/Appointments:

Chart to Review to: CID ☐ Mental Health ☐ Dental ☐   Add to Chronic Clinic: YES ☐ NO ☐
Restrictions: Housing _____ Work _____
Discipline: YES ☐ NO ☐
Nurse Signature/Date/Time:
Physician-PE Signature/Date/Time: _____ 391

HSN –1 (rev. 10/00)

# TDCJ HEALTH SERVICES DIVISION
## NURSE'S CHAIN REVIEW

NAME: *McKinney, Curtis*                     TDCJ#: *534028*

**I. OUTGOING CHART REVIEW**          Date: _____   Time: _____   Facility: _____
Transfer to: _____        Allergies: _____
Method and time of travel appropriate:  YES ☐  NO ☐     Medical Condition Appropriate for Travel:  YES ☐  NO ☐
X-rays sent: YES ☐  NO ☐  N/A ☐   Current med pass on chart: YES ☐  NO ☐  **DOT:** YES ☐  NO ☐
Meds sent:  YES ☐  NO ☐  N/A ☐   Health Problems:  Medical ☐  Dental ☐  Mental ☐
Special Diet: _____
Treatment/Preps: _____

Housing Restrictions: _____        Discipline Restrictions:  YES ☐  NO ☐
Crutches ☐  Cane ☐  Walker ☐   Wheelchair ☐   Other ☐ _____
Pending Appts/Follow-ups: _____
Special Instructions given to transport personnel:     YES ☐  NO ☐   N/A ☐
Nurse Signature/Date/Time: _____

**II. ENROUTE CHART REVIEW**          Date: _____   Time: _____   Facility: _____
On Meds:  YES ☐  NO ☐   Meds rec'd: YES ☐  NO ☐   **DOT:**  YES ☐  NO ☐   X-rays rec'd:  YES ☐  NO ☐
Housing Restrictions: _____
Treatment/Preps: _____

New Orders: _____

New Medications On Computer:  YES ☐  NO ☐        Pending Appointments: _____
Chart for Review to:  CID ☐   Mental Health ☐   Dental ☐
Additional Comments: _____

Nurse Signature/Date/Time: _____        Physician-PE Signature/Date/Time: _____

**III. FACILITY OF ASSIGNMENT:**     Date: *2-19-02*     Time: *0900*     Facility: *WL*
**DOT:**   YES ☐  NO ☑   Meds rec'd: YES ☐  NO ☑   Date last PPD ☐ CXR ☐: *8-14-01*
X-rays rec'd:   YES ☐  NO ☑
Health Diagnoses: *↓HTN - Carpal tunnel syndrome*

| Meds: | Rec'd | Exp'd | MD Reorder |
|---|---|---|---|
| *Diaride ½ d.* | ☐ | ☐ | _____ |
| *Unothin 800 BID* | ☐ | ☐ | _____ |
| *metoprolol 150mg d* | ☐ | ☐ | _____ |
| _____ | ☐ | ☐ | _____ |
| _____ | ☐ | ☐ | _____ |
| _____ | ☐ | ☐ | _____ |
| _____ | ☐ | ☐ | _____ |

Treatments/Special Care/Follow-up/Diet/Appointments:
_____ *needs medical clearance for surgery*

Chart to Review to:  CID ☐   Mental Health ☐   Dental ☑     Add to Chronic Clinic:  YES ☑  NO ☐
Restrictions:  Housing *√ bunk*              Work *#1*
Discipline:  YES ☐  NO ☑
Nurse Signature/Date/Time: *Webster R, 2-19-02  0900*
Physician-PE Signature/Date/Time: _____

**CLINIC NOTES**
TEXAS DEPARTMENT OF CRIMINAL JUSTICE
**INSTITUTIONAL DIVISION**

**Name:** _McKinney, Curtis_

**TDCJ No.:** _534028_

**Unit:** _WL_

| Date & Time | Notes |
|---|---|
| 2-19-02 | 1000 Schedule appointment c̄ MD for pre op medical clearance  G.Anderson RN — |
| 2-19-02 | 1010 appt. scheduled 2-20-02 — G.Anderson RN |
| 2/20/02 | — Here for MD/PA appt for pre-op medical clearance. T  P  R  BP  Wt |
| 2-20-02 | 1030 MD Appoint Rescheduled for 2-21-02 — A.___ RN |
| 2/21/02 | 0830 In for MD/PA appt pre-op medical clearance wt ___ BP 146/83  T 97.5  P 69  R 20  ___ |
|  | (O) 2/21/02 2/0840 S) Ask. Cardiovasc., ___ |
|  | a) ___ lungs clr, HA ___ |
|  | a) ph___ eval pre Surg 2-21 |
|  | P) —CBC—UA  CXR, EKG— |
|  | —P, —PT, PTT — 2-21-02 |
|  | R. ___ MD |
| 2-26-02 | 1000 I-60 received c/o scalp infection - NSC 2/27/02  C.Webster |
| 2-27-02 | 1230 NSC (S) c/o Dandruff; scalp Infections (U) wt 231  T 98 P 100 R 20  BP 142/94 ) Redness, scabs, Flakes noted To scalp) states "Shampoo does not work." (A) Alter Comfort ) (P) MD/PA Appoint Made for 3-1-02 —  A.___ RN |

Please sign each entry with status.                                                      388

# CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

**Name:** McKinney Curtis

**TDCJ No.:** 534038

**Unit:** JOHN T. MONTFORD

| Date & Time | Notes |
|---|---|
| 02-01-02 0945 | OUT PATIENT SPECIALTY CLINIC: _ORTHO_ |
| | HT. 5'8 WT. 221 BP 142/88 T 97.5 P 65 R 20 AGE 34 b/m |
| | ALLERGIES: NKDA                    f/u 12/14/01 — _per new Event_ |
| | @ request by m.d.                              B. Johnson LVN |
| | MRI - C-Spine Stenosis needs to go to Spine Surgeon. (ie Neurosurgery) ASAP.          Hass |

_lease sign each entry with status._

4163

# CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## INSTITUTIONAL DIVISION

**Name:** McKinney Curis
**TDCJ No.:** 53.40.28
**Unit:** WI

| Date & Time | Notes |
|---|---|
| 2.4.02 | 1000- Returned to WI unit from RMF - ortho consult - neuro Consult- To see neurosurgry ASAP- Chart referred to UNSA ___ CWebsterLa |
| 2.4.02 | 1420 Contacted RMF concerning status of surgery appt. the appointment will be scheduled by RMF. B.Anderson, RN |
| 2.6.02 | 1000 Req. for neuro. submitted to UM via fax. H.Wilson, RN |
| 2/6/02 | 134, I60 Rec'd request to Review Medical Records — Ref to Medical Record — M.Matthews |
| 2/6/02 | 1430 I60 referred to Medical (records) request to review records) again on 2-08-02 ___ CWebsterLa |
| 2-8-02 | 0920 Offender in to review medical records N.Brunson RN |

392

Please sign each entry with status.

HSM-1 (Rev. 5/90)

# CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## INSTITUTIONAL DIVISION

**Name:** McKinley Curtis

**TDCJ No.:** 539008

**Unit:** _____ UL _____

| Date & Time | Notes |
|---|---|
| 3-14-02 0935 | Renew Pulaes PS (Constitab ? (90 ?) + Noted 3-14-02 ____ J. DUKES, P? 0940 L Cuneo ?? |
| 3-21-02 | 0900 L Letter received via truck mail addressed to Mrs Henderson - 4 temperances of little respiration of spine cold soreness, 90% of my physical ability in rt hand first Dr as carpal tunnel later result of spinal problem, walking is very slow, ofunder often loses balance also numbness in legs - Request to wait until gets out for surgery - request transfer for his safety - Response: I have talked c MD and submission for transfer will be made. Henderson RN |
| 3-21-02 | 1400 - Ground floor - Handicapped shower VO Dr Hults / Henderson RN |
| noted ?? LVN 3/21/02 1400 | R Hults N |

## TDCJ HEALTH SERVICES DIVISION
## NURSE'S CHAIN REVIEW

NAME: _McKinney, Curtis_          TDCJ#: _534028_

**I. OUTGOING CHART REVIEW**  Date: _3-28-02_  Time: _0200_  Facility: _WW_
Transfer to: _RB21_  Allergies: _NKDA_
Method and time of travel appropriate: YES ☒ NO ☐  Medical Condition Appropriate for Travel: YES ☒ NO ☐
X-rays sent: YES ☐ NO ☒  N/A ☐  Current med pass on chart: YES ☒ NO ☐  DOT: YES ☐ NO ☒
Meds sent: YES ☐ NO ☒ N/A ☐  Health Problems: Medical ☐ Dental ☐ Mental ☐
Special Diet: ___ _Ø_
Treatment/Preps: ___ _Ø_

Housing Restrictions: _II B-2   II C-2_  Discipline Restrictions: YES ☐ NO ☒
Crutches ☐ Cane ☐ Walker ☐ Wheelchair ☐ Other ☐ _Ø_
Pending Appts/Follow-ups: _Ø_
Special Instructions given to transport personnel:  YES ☒ NO ☐ N/A ☐
Nurse Signature/Date/Time: _D. Franklin LVN   3-28-02 @ 0200_

**II. ENROUTE CHART REVIEW**  Date: ___  Time: ___  Facility: ___
On Meds: YES ☐ NO ☐  Meds rec'd: YES ☐ NO ☐  DOT: YES ☐ NO ☐  X-rays rec'd: YES ☐ NO ☐
Housing Restrictions: ___
Treatment/Preps: ___

New Orders: ___

New Medications On Computer: YES ☐ NO ☐  Pending Appointments: ___
Chart for Review to: CID ☐ Mental Health ☐ Dental ☐
Additional Comments: ___

Nurse Signature/Date/Time: ___  Physician-PE Signature/Date/Time: ___

**III. FACILITY OF ASSIGNMENT:** Date: _3/29/02_  Time: _1752_  Facility: _KN_
DOT:  YES ☐ NO ☒  Meds rec'd: YES ☐ NO ☐  Date last PPD ☐ / CXR ☐ : _8/14/01_
X-rays rec'd: YES ☐ NO ☒
Health Diagnoses: _HTN, R para paresis, chronic back pain, R carpal_
_syndrome, C2-C3 entrapment_
                                     _KOP_
Meds: _Selenium Sulf apply 1x day_  Rec'd ☐  Exp'd ☐  MD Reorder  ___
_Lisinopril ? 1X daily - KOP_  ☐  ☐  ___
_Metoprolol 50mg 3 tabs daily KOP_  ☐  ☐  ___
_Nystatin/Triamcin Crm as dir't KOP_  ☐  ☐  ___
___  ☐  ☐  ___
___  ☐  ☐  ___
___  ☐  ☐  ___
___  ☐  ☐  ___

Treatments/Special Care/Follow-up/Diet/Appointments: ___

Chart to Review to: CID ☐ Mental Health ☐ Dental ☐  Add to Chronic Clinic:  YES ☒ NO ☐
Restrictions: Housing _lower bunk ground floor_  Work _Medically unassigned_
  Discipline:  YES ☐ NO ☐
Nurse Signature/Date/Time: _S. Mercier LVN 3/29/02 1800_
Physician-PE Signature/Date/Time: ___

                                          R. LACY, M.D.                384

HSN –1 (rev. 10/00)

# CLINIC NOTES
### TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## INSTITUTIONAL DIVISION

**Name:** McKinney, Curtis

**TDCJ No.:** 534098

**Unit:** _____

| Date & Time | Notes |
|---|---|
| 02-01-02 @ 750 | I/P Scheduled for Neuro OPC, see notes under refusal section of Brown Chart — B. Johnson vn |
| 02-01-02 @ 0935 | I/P Scheduled for Ortho, see notes under refusal section of Brown Chart — B. Johns |

Please sign each entry with status.

394

TEXAS TECH UNIVERSITY HEALTH SCIENCES CENTER
DEPARTMENT OF RADIOLOGY
3601 4TH STREET
LUBBOCK, TX  79430

PATIENT NAME:     MCKINNEY, CURTIS
DATE:             1-03-02
NUMBER:           53 40 28
PHYSICIAN:        POST
LOCATION:         MONTFORD UNIT

CLINICAL INFORMATION:  Cord injury.

REPORT:

MRI SCAN OF THE CERVICAL SPINE:

TECHNIQUE:  Standard protocol MRI of the cervical spine was performed
with sagittal T1 and T2 and axial T2.

FINDINGS:  The previous films are not available for comparison.  There is
evidence of diffuse broad-based central and paracentral extradural defect at
the level of C3-C4 which is causing spinal canal stenosis at this level and
extrinsic pressure along the thecal sac and probably nerve root, more at the
left side.  There is evidence of compression along the cervical spinal cord at
the level of C3-C4 and narrowing of the cervical spinal cord at this level.

Mild disc bulge at the level of C4-C5 and C5-C6 also cannot be ruled out.

IMPRESSION:
A BROAD-BASED EXTRADURAL DEFECT AT THE LEVEL OF C3-C4
CAUSING SPINAL CANAL STENOSIS AT THIS LEVEL AS WELL AS
EXTRINSIC PRESSURE ALONG THE THECAL SAC AND PROBABLY
NERVE ROOT AT THE LEFT SIDE AND NARROWING OF THE
CERVICAL SPINAL CORD AT THIS LEVEL.  THESE FINDINGS ARE

***CONTINUED ON PAGE TWO***

220